# EXHIBIT A



US010810578B2

## (12) United States Patent
### Colby

(10) Patent No.: **US 10,810,578 B2**
(45) Date of Patent: **Oct. 20, 2020**

(54) **RFID FINANCIAL DEVICE INCLUDING MECHANICAL SWITCH**

(71) Applicant: **Steven Michael Colby**, Mountain View, CA (US)

(72) Inventor: **Steven Michael Colby**, Mountain View, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 369 days.

(21) Appl. No.: **15/435,231**

(22) Filed: **Feb. 16, 2017**

(65) **Prior Publication Data**

US 2017/0243194 A1    Aug. 24, 2017

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 14/660,927, filed on Mar. 17, 2015, now abandoned, which is a continuation-in-part of application No. 13/481,104, filed on May 25, 2012, now abandoned, which is a continuation of application No. 12/777,474, filed on May 11, 2010, now abandoned, which is a continuation of application No. 11/350,309, filed on Feb. 7, 2006, now Pat. No. 7,719,425, said application No. 14/660,927 is a continuation-in-part of application No. 13/084,433, filed on Apr. 11, 2011, now abandoned, which is a continuation-in-part of application No. 11/458,620, filed on Jul. 19, 2006, now Pat. No. 7,924,156, which is a continuation-in-part of application No. 11/382,052, filed on May 7, 2006, now abandoned, and a continuation-in-part of application No. 11/382,053, filed on May 7, 2006, now abandoned, and a continuation-in-part of application No. 11/382,054, filed on May 8, 2006, now abandoned, and a continuation-in-part of application No. 11/382,264, filed on May 8, 2006, now abandoned, and a

(Continued)

(51) **Int. Cl.**
*G06Q 20/32* (2012.01)
*G06K 19/073* (2006.01)
*G06K 19/07* (2006.01)

(52) **U.S. Cl.**
CPC ..... *G06Q 20/3278* (2013.01); *G06K 19/0723* (2013.01); *G06K 19/07327* (2013.01); *G06K 19/07345* (2013.01); *G06K 19/07381* (2013.01)

(58) **Field of Classification Search**
CPC ....................... G06K 7/10198; G06K 7/10366
USPC ........................................................ 340/10.1
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

7,715,593 B1 * 5/2010 Adams ................ G06Q 20/327
382/115
2002/0047777 A1 * 4/2002 Casden ............. G06K 19/0723
340/10.32

(Continued)

*Primary Examiner* — Omer S Khan
(74) *Attorney, Agent, or Firm* — Rimon Law

(57) **ABSTRACT**

Various switchable RFID devices are disclosed. These switchable RFID devices may include one or more RFID tags and one or more switches. Some of these one or more switches are optionally wireless. In various embodiments, the switchable RFID devices include cellular phones, security devices, identity devices, financial devices, remote controls, and the like. In some embodiments, switches are configured to enter data into a switchable RFID device, for example to select a financial account. Switches are optionally configured to program the RFID device or to operate as sensors.

**17 Claims, 28 Drawing Sheets**



### Related U.S. Application Data

continuation-in-part of application No. 11/382,265, filed on May 8, 2006, now abandoned, and a continuation-in-part of application No. 11/420,721, filed on May 26, 2006, now abandoned, said application No. 13/084,433 is a continuation-in-part of application No. 11/382,050, filed on May 7, 2006, now abandoned, said application No. 14/660,927 is a continuation-in-part of application No. 14/468,110, filed on Aug. 25, 2014, now Pat. No. 9,495,852, which is a continuation of application No. 12/577,209, filed on Oct. 12, 2009, now Pat. No. 8,816,826, which is a continuation-in-part of application No. 11/382,050, filed on May 7, 2006, now abandoned, said application No. 12/577,209 is a continuation-in-part of application No. 11/382,052, filed on May 7, 2006, now abandoned, and a continuation-in-part of application No. 11/382,053, filed on May 7, 2006, now abandoned, and a continuation-in-part of application No. 11/382,054, filed on May 8, 2006, now abandoned, and a continuation-in-part of application No. 11/382,264, filed on May 8, 2006, now abandoned, and a continuation-in-part of application No. 11/382,265, filed on May 8, 2006, now abandoned, and a continuation-in-part of application No. 11/420,721, filed on May 26, 2006, now abandoned.

(60) Provisional application No. 60/650,478, filed on Feb. 7, 2005, provisional application No. 60/678,428, filed on May 6, 2005, provisional application No. 60/685,331, filed on May 27, 2005, provisional application No. 60/700,884, filed on Jul. 19, 2005, provisional application No. 60/712,308, filed on Aug. 30, 2005, provisional application No. 60/715,641, filed on Sep. 10, 2005, provisional application No. 60/752,933, filed on Dec. 21, 2005, provisional application No. 60/758,751, filed on Jan. 13, 2006, provisional application No. 60/782,068, filed on Mar. 13, 2006, provisional application No. 60/744,154, filed on Apr. 3, 2006, provisional application No. 60/746,636, filed on May 6, 2006.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2002/0089434 A1 * | 7/2002 | Ghazarian | G06Q 10/08 | 340/988 |
| 2005/0033619 A1 * | 2/2005 | Barnes | G06K 9/00 | 235/377 |
| 2007/0152829 A1 * | 7/2007 | Lindsay | G06K 19/0717 | 340/572.3 |
| 2008/0054078 A1 * | 3/2008 | Tanner | G06K 19/07345 | 235/492 |
| 2012/0130905 A1 * | 5/2012 | Tsudik | G06F 21/34 | 705/75 |

* cited by examiner



**FIG. 1**





OFF Position   FIG. 4A



FIG. 4B    ON Position



**FIG. 5A**
**Membrane Switch (OFF)**



**FIG. 5B**
**Membrane Switch (ON)**



Optional
Label on top
of Membrane

Flexible
Membrane
520

Spring 555

Surface
535

Spacer
540

Spacer
540

Support Layer
510

**FIG. 5C**

500



Flexible
Membrane
520

Surface
535

Spacer
540

525

530

Support Layer
510

Opening 570

Tag
160

550

**FIG. 5D**

500



100

FIG. 6
(Top View)



FIG. 7



FIG. 8



FIG. 9



**FIG. 10**



FIG. 11



FIG. 12



FIG. 13



**FIG. 14**



FIG. 15



**FIG. 16A**

**FIG. 16B**



**FIG. 16C**



FIG. 17



**FIG. 18**



**FIG. 19**



**FIG. 20**

FIG. 21



Exit
Sensors
2140



Tamper
Sensor
2110

Point of Sale
2130

Tamper Sensor
2110

Changing Room 2120



FIG. 22



**FIG. 23A**



**FIG. 23B**



**FIG. 23C**



FIG. 24



FIG. 25



**Switch 2600**

**FIG. 26A: Switch
in Open State**



**Switch 2600**

**FIG. 26B: Switch
in Closed State**



**FIG. 27**



**FIG. 30**



**FIG. 28**



Conductor 2020A

Melt Material 2910

Before Melt

Conductor 2920B

FIG. 29



Conductor 2020A

After Melt

Conductor 2920B



FIG. 31

# RFID FINANCIAL DEVICE INCLUDING MECHANICAL SWITCH

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. non-provisional patent application Ser. No. 14/660,927 filed Mar. 17, 2015, which in turn is:

a continuation in part of U.S. non-provisional patent application Ser. No. 13/481,104 filed May 25, 2012; which is in turn is a continuation of Ser. No. 12/777,474 filed May 11, 2010, which in turn is a continuation of Ser. No. 11/350,309 filed Feb. 7, 2006, now U.S. Pat. No. 7,719,425, and claims benefit of provisional patent applications:

60/650,478 filed Feb. 7, 2005,
60/678,428 filed May 6, 2005,
60/685,331 filed May 27, 2005,
60/700,884 filed Jul. 19, 2005,
60/712,308 filed Aug. 30, 2005,
60/715,641 filed Sep. 10, 2005,
60/752,933 filed Dec. 21, 2005, and
60/758,751 filed Jan. 13, 2006;

a continuation in part of U.S. non-provisional patent application Ser. No. 13/084,433 filed Apr. 11, 2011 which in turn is a continuation in part of Ser. No. 11/458,620 filed Jul. 19, 2006, now U.S. Pat. No. 7,924,156 which is a continuation in part of:

Ser. No. 11/382,052 filed May 7, 2006,
Ser. No. 11/382,053 filed May 7, 2006,
Ser. No. 11/382,054 filed May 8, 2006,
Ser. No. 11/382,264 filed May 8, 2006
Ser. No. 11/382,265 filed May 8, 2006, and
Ser. No. 11/420,721 filed May 26, 2006,
and claims benefit of provisional patent applications:

60/700,884 filed Jul. 19, 2005,
60/712,308 filed Aug. 30, 2005,
60/715,641 filed Sep. 10, 2005,
60/752,933 filed Dec. 21, 2005,
60/758,751 filed Jan. 13, 2006,
60/782,068 filed Mar. 13, 2006,
60/744,154 filed Apr. 3, 2006, and
60/746,636 filed May 6, 2006, and is

a continuation in part of Ser. No. 11/382,050 filed May 7, 2006, which claims benefit of provisional patent applications:

60/678,428 May 6, 2005, and
60/685,331 May 27, 2005; and

a continuation in part of U.S. non-provisional patent application Ser. No. 14/468,110 filed Aug. 25, 2014, which is a continuation of Ser. No. 12/577,209 Oct. 12, 2009, now U.S. Pat. No. 8,816,826,

which claims benefit of provisional patent applications:

60/700,884 filed Jul. 19, 2005,
60/712,308 filed Aug. 30, 2005,
60/715,641 filed Sep. 10, 2005,
60/752,933 filed Dec. 21, 2005,
60/758,751 filed Jan. 13, 2006,
60/782,068 filed Mar. 13, 2006,
60/744,154 filed Apr. 3, 2006, and
60/746,636 filed May 6, 2006, and
is a continuation in part of

CIP Ser. No. 11/382,052 filed May 7, 2006,
CIP Ser. No. 11/382,053 filed May 7, 2006,
CIP Ser. No. 11/382,054 filed May 8, 2006,
CIP Ser. No. 11/382,264 filed May 8, 2006,
CIP Ser. No. 11/382,265 filed May 8, 2006,

CIP Ser. No. 11/420,721 filed May 26, 2006, and
CIP Ser. No. 11/382,050 filed May 7, 2006 which claims benefit of provisional patent applications:

60/678,428 filed May 6, 2005, and
60/685,331 filed May 27, 2005.

The disclosures of the above provisional and nonprovisional patent applications are hereby incorporated herein by reference. The disclosure of U.S. nonprovisional patent application Ser. No. 11/350,309 filed Feb. 7, 2006 is also hereby incorporated herein by reference.

## BACKGROUND OF THE INVENTION

Field of the Invention

The invention is in the field of communication devices and more specifically in the field of communication devices including radio frequency identification (RFID) tags.

Description of Related Art

RFID tags are typically small, flexible, and low profile devices that can be affixed to items for electronic tracking and information storage purposes. An RFID tag can be read by an RFID reader when the RFID tag is brought within a certain vicinity of the reader while the reader is broadcasting an appropriate signal. In some cases, once within that vicinity, the RFID tag receives sufficient power from the broadcast signal to permit the RFID tag to transmit a return radio frequency signal. This type of RFID tag is referred to as a passive RFID tag because it does not include an independent power source. Passive RFID tags may receive power either via a radio frequency signal (e.g., radio waves) or through electromagnetic induction. Typically, electromagnetic induction is easier to implement but operates over a shorter range. Electromagnetic induction may operate at lower frequencies than RF powered RFID tags. In other cases an RFID tag includes an independent power source for generating a radio frequency signal. This type of RFID tag is referred to as an active RFID tag.

RFID tags generate a return radio frequency signal that may include an encoded copy of information stored within the RFID tag. As RFID tags achieve more wide spread use they will become ubiquitous on forms of tagging, labeling, identification, and be included in personal and business effects, such as passports, driver's licenses, keys, cell phones, credit cards, PDAs, and so forth. For example, an RFID tag may be incorporated in a driver's license to store personal information about the licensee or in a product label to track inventory.

A problem with using RFID tags to store security, confidential and/or personal information is that an RFID reader can read any RFID tags that pass within its range. Even if data is encrypted, this creates a possibility of unauthorized access to the personal data and other information stored in the RFID tag.

## BRIEF DESCRIPTION OF DRAWINGS

FIG. 1 is a block diagram of a switchable RFID device, according to various embodiments of the invention;

FIGS. 2 and 3 illustrate some of many possible locations for a switch within a switchable RFID device, according to various embodiments of the invention;

FIG. 4A illustrates an OFF Position of a switch, according to various embodiments of the invention;

FIG. 4B illustrates an ON position of a switch, according to various embodiments of the invention;

FIGS. 5A and 5B illustrates a membrane switch, according to various embodiments of the invention;

FIG. **5C** illustrates an embodiment of a membrane switch including a spring, according to various embodiments of the invention;

FIG. **5D** illustrates a cross-sectional view of a membrane switch disposed within a switchable RFID Tag, according to various embodiments of the invention;

FIG. **6** illustrates a top view of a membrane switch, according to various embodiments of the invention;

FIG. **7** illustrates a switchable RFID tag in an identity document, according to various embodiments of the invention;

FIG. **8** illustrates the manufacture of instances of an identity document, according to various embodiments of the invention;

FIG. **9** illustrates an exploded view of an embodiment of a switchable RFID device including a driver's license, according to various embodiments of the invention;

FIG. **10** illustrates an embodiment of a switchable RFID Device including a plurality of switches, according to various embodiments of the invention;

FIG. **11** illustrates various embodiments of an tag configured for use in embodiments of a switchable RFID device including a plurality of switches, according to various embodiments of the invention;

FIG. **12** illustrates an instance of a tag, according to various embodiments of the invention;

FIG. **13** illustrates a method according to various embodiments of the invention, according to various embodiments of the invention;

FIG. **14** illustrates a switchable RFID device configured to operate as a remote control, according to various embodiments of the invention;

FIG. **15** illustrates a multiswitch credit card, according to various embodiments of the invention;

FIGS. **16A-16C** illustrate an antenna within a credit card, according to various embodiments of the invention;

FIG. **17** illustrates an RFID device including a conductor configured to set a state of an RFID tag, according to various embodiments of the invention.

FIG. **18** is a block diagram illustrating an RFID tag, according to various embodiments of the invention;

FIG. **19** is a flowchart illustrating a method of changing a state of the RFID tag illustrated in FIG. **1**, according to various embodiments of the invention;

FIG. **20** is a flowchart illustrating a method of operating the RFID tag illustrated in FIG. **1**, according to various embodiments of the invention;

FIG. **21** is block diagram illustrating an environment including exit sensors and RFID security tamper sensors disposed where tampering is possible, according to various embodiments of the invention.

FIG. **22** is a block diagram of an RFID security device, according to various embodiments of the invention;

FIGS. **23A-23C** illustrate wherein an RFID tag is coupled to an article, according to various embodiments of the invention.

FIG. **24** illustrates embodiments of the invention wherein an RFID tag is connected to plastic, cloth, metal, paper, or similar packaging, according to various embodiments of the invention.

FIG. **25** illustrates alternative embodiments of the systems illustrated in FIGS. **23A-23C**.

FIGS. **26A** and **26B** illustrate a switch in open and closed states, according to various embodiments of the invention.

FIG. **27** illustrates a sensor, according to various embodiments of the invention.

FIG. **28** illustrates an embodiment of a switch is configured to be responsive to tilt, according to various embodiments of the invention.

FIG. **29** illustrates part of a switch configured to be responsive to temperature, according to various embodiments.

FIG. **30** illustrates an example of a switch configured to respond to breaking of a Seal **3010**, according to various embodiments of the invention.

FIG. **31** illustrates a mechanically programmable RFID tag, according to various embodiments of the invention.

## SUMMARY

Various embodiments of the invention include a remotely powered RFID (radio frequency identity) tag having an electronically controlled switch. This switch is optionally a remotely (wirelessly) controlled switch. In some embodiments, when the switch is in an off state, the RFID tag will not transmit and when the switch is in an on state the RFID tag will transmit in response to an RF (radio frequency) signal. In some embodiments, the switch includes multiple on states in which different information or signals are transmitted responsive to the state of the switch. The RFID tag includes a memory configured to store the states of the RFID tag and an integrated circuit configured to determine whether to transmit responsive to the stored state of the RFID tag and a received RF signal.

Various embodiments of the invention include switchable RFID devices. These switchable RFID devices can include identity documents such as passports or driver's licenses, financial cards such as credit or debit cards, remote controls, security devices, access devices, communication devices, or the like. In some embodiments, more than one switchable RFID tag is included in a single RFID device. In various embodiments, one or more switches are used to change operation of an RFID tag from a responsive state to a non-responsive state, to change operation of an RFID tag from one responsive state to another responsive state, to enter data into an RFID device, to control an external device, or the like. In various embodiments, the switches are electronic, wireless, and/or mechanical.

Various embodiments of the invention includes an RFID tag comprising an antenna configured to receive data in a first RF signal, to receive energy from the first RF signal, and to transmit data in a second RF signal, the transmission of the second RF signal being powered by the energy received from the first RF signal; and an integrated circuit including an input configured to receive data from the antenna and to receive power resulting from the energy received from the antenna, an output configured to provide an RF signal to the antenna for transmission, a state memory configured to store an ON/OFF state of the RFID tag, a key memory configured for storing a key for changing the ON/OFF state stored in the state memory, and a switch logic configured to receive data from the input, to read the key from the key memory, to compare the received data with the read key, and to change the ON/OFF state stored in the state memory responsive to this comparison, the switch logic is further configured to determine whether or not to provide a second RF signal to the antenna for transmission, the determination being responsive to the ON/OFF state stored in the state memory.

Various embodiments of the invention include a method of changing an ON/OFF state of an RFID Tag, the method comprising receiving energy sufficient to power the RFID Tag through an RF antenna included in the RFID tag,

receiving first data through the RF antenna, reading a key from a key memory, using an integrated circuit to compare the first data received through the RF antenna with the key read from the key memory, the integrated circuit powered by the received energy, and writing data to state memory responsive to the comparison, the data written to the state memory being configured to change the RFID tag from an OFF state in which the RFID tag will not transmit an RF signal to an ON state in which the RFID tag will transmit an RF signal.

Various embodiments of the invention includes a method of operating an RFID tag, the method comprising receiving energy sufficient to power the RFID tag through an RF antenna included in the RFID tag, reading a state from state memory, sending an RF response through the RF antenna unless the read state is an OFF state.

Various embodiments of the invention includes a method of operating an RFID tag, the method comprising receiving energy sufficient to power the RFID tag through an RF antenna included in the RFID tag, reading a state from state memory, sending an RF response through the RF antenna if the read state is an ON state, and disabling the RF response through the RF antenna if the read state is an OFF state.

Various embodiments of the invention, the invention includes a method of operating an RFID tag, the method comprising receiving energy sufficient to power the RFID tag through an RF antenna included in the RFID tag, reading a state from state memory, sending an RF response through the RF antenna only if the read state is an ON state.

Various embodiments of the invention includes a multi-layer identity document comprising a first outer layer, an electrical conductor configured to conduct a current, a spacer layer including an opening configured to contain a switch activator, the switch activator configured to make and break an electrical connection to the electrical connector, and an inner layer disposed such that the spacer layer and switch activator are between the first outer layer and the second outer layer, the inner layer being configured to be pressed to activate the switch activator.

Various embodiments of the invention includes a switchable RFID tag comprising an antenna configured to receive an RF transmission, an integrated circuit configured to generate a response transmission, and a switch configured to turn on and of the ability of the integrated circuit to generate the response transmission, the switch being disposed such that it is surrounded by the antenna.

Various embodiments of the invention includes a system comprising a plurality of switches configured for a user to enter data, logic configured to transmit a first wireless signal responsive to the entered data, and a circuit configured to receive energy from a received second wireless signal and to power the logic and the transmission of the system using the received energy.

Various embodiments of the invention includes a system comprising logic configured to transmit a first wireless signal in response to a received second wireless signal, a wireless I/O configured to receive the second wireless signal and to transmit the first wireless signal, a memory configured to store an account number, the account number being included in the first wireless signal, a physical contact I/O configured for writing the account number to the memory, logic configured to allow writing of the account number to the memory if the account number is received via the physical contact I/O but if the account number is received via the wireless I/O, and a circuit configured to receive energy from the received second wireless signal and to

power the logic and the transmission of the first wireless signal using the received energy.

Various embodiments of the invention includes a system comprising logic configured to transmit a first wireless signal in response to a received second wireless signal, a wireless I/O configured to receive the second wireless signal and to transmit the first wireless signal, the second wireless signal including an identification data associated with a reader, a memory configured to store a log of received identification data received from a plurality of readers, a physical contact I/O configured for uploading the log of received identification data from the memory, logic configured to allow uploading of the log of received identification data from the memory via the physical contact I/O but via the wireless I/O, and a circuit configured to receive energy from the received second wireless signal and to power the logic and the transmission of the first wireless signal using the received energy.

Various embodiments of the invention includes a method comprising mounting a plurality of RFID antenna and RFID tags on a support, mounting a the support on a first side of a spacer, the spacer including opening **140** and optionally including one or more cavity to receive the RFID tags, mounting a cover layer on a second side of the spacer, and cutting the support and spacer to generate a plurality of RFID enabled financial Cards.

Various embodiments of the invention include a method comprising mounting an RFID antenna and RFID tag on a support, mounting a spacer on the support, the spacer being compliant (soft) so that the RFID tag can enter a plane of the spacer to form a cavity, allowing the spacer to harden, and mounting a cover layer on the spacer.

Various embodiments of the invention include a method of assembling an identity device, the method comprising depositing an integrated circuit, antenna and switch contacts on a support layer, and laminating the support layer, spacer and flexible membrane together, the spacer having a cavity in which the integrated circuit fits.

Various embodiments of the invention include a method of assembling an identity device, the method comprising depositing an integrated circuit, antenna and switch contacts on a support layer, depositing a spacer on the support layer, the spacer covering the integrated circuit, and depositing a flexible membrane on the support layer, the flexible membrane or the support layer optionally including an image of a user. The Spacer is optionally configured to create a hermetic seal around the integrated circuit and/or the RFID antenna.

Various embodiments of the invention include a method comprising programming data to non-volatile memory of an RFID tag in a programmable mode, and changing a state of a switch coupled to the RFID tag so as to change the RFID tag from the programmable mode to a non-programmable mode.

Various embodiments of the invention include an RFID tag comprising an antenna configured to transmit data, a power circuit configured to provide power, an integrated circuit configured to receive power from the power circuit, to provide the data to the antenna, the integrated circuit including a non-volatile memory configured to store the data and a logic circuit configured to determine a state of a switch, the switch being configured to control whether the volatile memory can or cannot be programmed.

Various embodiments of the invention include an integrated circuit comprising a first logic input configured for determining a state of a switch, a power input configured to receive power from a radio frequency antenna, the received

power being sufficient for powering the integrated and transmitting a data output signal via the radio frequency antenna, and a data output configured for generating the data output responsive to the state of the switch as determined by the first logic input.

Various embodiments of the invention include an Identity Device comprising an RFID antenna configured to receive power from and communicate with an RFID reader, a circuit configured to receive power from the RFID Antenna, a tag configured to be powered by power received through the RFID antenna and to generate a signal for transmission between the RFID antenna and the RFID reader, and a switch configured to repeatedly turn on and turn off detectability or readability of the tag.

Various embodiments of the invention include a locking mechanism comprising a RFID tag activation circuit configured to turn on a switchable RFID tag by operating a switch within the switchable RFID tag, an RFID reader configured to read the switchable RFID tag, and a lock configured to open responsive to the RFID reader.

Various embodiments of the invention include a method of operating an RFID tag, the method comprising activating a switch in order to turn on the detectability or readability of the RFID tag, the RFID tag powered by power received through an RFID antenna, and activating the switch in order to turn off the detectability or readability of the RFID tag.

Various embodiments of the invention include a method of operating a switchable RFID tag, the method comprising operating a switch to turn the RFID tag on, responsive to a first action of a user, receiving a signal at an RFID antenna, collecting power from the signal, using the collected power to power an integrated circuit, collecting data from the signal, processing the collected data using the integrated circuit, transmitting a signal generated by the integrated circuit in response to the collected data, using the RFID antenna, and operating the switch to turn the RFID tag off, responsive to a second action of a user.

Various embodiments of the invention include a switchable RFID tag comprising an RFID antenna configured to receive power from and communicate with an RFID reader, a tag configured to be powered by power received through the RFID antenna and to generate a signal for transmission between the RFID antenna and the RFID reader, and a switch configured to repeatedly turn on and turn off detectability or readability of the tag.

Various embodiments of the invention include a method of controlling an electronic device, the method comprising receiving a wireless RF signal from an RF transmitter, converting the received RF signal into electronic power, generating a wireless return signal using the electronic power, the wireless return signal configured to control the electronic device, placing a switch in a first position to turn on the generation of the wireless return signal, placing the switch in a second position to turn off the generation of the wireless return signal, and returning the switch to the first position to turn on the generation of the wireless return signal.

Various embodiments of the invention include a method of controlling an electronic device, the method comprising receiving a wireless RF signal from an RF transmitter, converting the received RF signal into electronic power; repeatedly changing a switch from a first position to a second position; and generating a wireless return signal using the electronic power, the wireless return signal configured to control the electronic device and being responsive to whether the switch is in the first position and the second position. 1

Various embodiments of the invention include a A system comprising an antenna configured to receive a wireless RF signal from an RF transmitter, a power circuit configured to convert the RF signal into electronic power, a circuit configured to receive the electronic power and to send a wireless response signal in response to the RF signal, and a first switch configured to repeatedly turn on and off a first operation of the circuit under control of a user.

Various embodiments of the invention include a method of receiving control instructions, the method comprising, generating a wireless RF signal, transmitting the wireless RF signal to a RF powered remote control device configured to send a wireless return signal responsive to the states of one or more switches, the return signal being generated and transmitted using power converted from the wireless RF signal, receiving the return signal, and determining the states of the one or more switches using the received return signal.

Various embodiments of the invention include a system comprising a RF transmitter configured to send a wireless RF signal, a controlled device, a RF powered remote control configured to be powered by the wireless RF signal and to send a wireless response signal to the controlled device responsive to a first switch, the first switch configured to be repeatedly turned on and off by a user.

Various embodiments of the invention include a method of operating an RFID tag, the method comprising receiving energy sufficient to power the RFID tag through an RF antenna included in the RFID tag, reading a state from state memory, and sending an RF response through the RF antenna unless the read state is an OFF state.

Various embodiments of the invention include a method of operating an RFID tag, the method comprising receiving energy sufficient to power the RFID tag through an RF antenna included in the RFID tag, reading a state from state memory, sending an RF response through the RF antenna if the read state is an ON state, and disabling the RF response through the RF antenna if the read state is an OFF state.

Various embodiments of the invention include a method of operating an RFID tag, the method comprising receiving energy sufficient to power the RFID tag through an RF antenna included in the RFID tag, reading a state from state memory, sending an RF response through the RF antenna only if the read state is an ON state.]

Various embodiments of the invention include a security system comprising a security device including a passive RFID circuit configured to generate a first signal and a second signal, the first signal being responsive to removal of the security device from an article and the second signal being different from the first signal. These embodiments also comprise an anti-tamper sensor configured to detect the first RF signal, and an anti-theft sensor configured to detect the second RF signal. In some of these embodiments, the circuit includes a conductor configured to be broken when the security device is removed from an article.

Various embodiments of the invention include a method comprising removing an RFID tag from an article, detecting the removal of the RFID tag from the article by detecting a change in state of the RFID tag, recording a sale of the article, and associating the removal of the RFID tag with the sale of the article. Some of these embodiments further comprise logging the presence of the article in inventory using the passive RFID tag. Other embodiments further comprise recording an identity of a person who removed the RFID tag from the article. Still other embodiments further comprise determining if the RFID tag was removed at a point of sale location or an unauthorized location. Removing

9

10

the RFID tag from the article, in some embodiments, optionally includes making or breaking an electrical connection.

An RFID tag that can easily be removed but that when removed is modified such that it cannot be easily attached to another device without detection of the removal. It is desirable to attach RFID tags to items such as these items can be tracked. For example, an RFID tag may be attached to a pharmaceutical container to help track that container and thus prevent the distribution of counterfeit drugs. It is also desirable for an RFID tag to be removable so that an end user (e.g., consumer) may remove the RFID tag if desired. There is a problem in that making an RFID tag easily removable may make it possible to transfer the RFID tag from one article to another and thus reduce the utility of the RFID tag in reducing counterfeit drugs or other counterfeit items.

Some embodiments of the invention solve both of these needs by including an RFID tag that is easily removable but once removed cannot be attached to another item without the detection of the removal. The RFID tag of the invention optionally includes a switchable RFID tag whose state changes upon removal or tampering.

DETAILED DESCRIPTION

FIG. 1 is a block diagram of a Switchable RFID Device 100. In some embodiments, Switchable RFID Device 100 is an identity device such as a passport, identity card, driver's license, immigration document (e.g., green card or visa), student identity card, library card, financial card (e.g., credit card, debit card or prepaid card), social security card, Military ID card, key, keycard or the like. Switchable RFID Device 100 optionally includes Visible Indications 120 such as a barcode, picture, image, name, address, text, and/or the like. Switchable RFID Device 100 further includes one or more Switchable RFID Tag 130. Switchable RFID Tag 130 includes one or more RFID Antenna 140, a Circuit 150, one or more Tag 160 and one or more Switch 170. Switch 170 is optionally disposed within Circuit 150 or Tag 160. RFID Antenna 140 is configured for sending a radio frequency (RF) signal from Switchable RFID Device 100 in response to a received signal. The received signal is optionally used to power Switchable RFID Tag 130. In some embodiments, the received signal is an RF signal received by RFID Antenna 140. In alternative embodiments, the received signal is received through an inductive coupling or a non-RF antenna within Circuit 150. RFID Antenna 140 is optionally a dipole antenna.

In some embodiments, Switchable RFID Tag 130 is configured for a user to be able to repeatedly turn on and off the function (e.g., delectability or readability) of Tag 160 using Switch 170. Circuit 150 typically further includes a diode, capacitor, transistor, and/or the like configured to receive power through RFID Antenna 140 or an inductive coupling and to convey signals between RFID Antenna 140 and Tag 160. In some embodiments, Tag 160 includes an integrated circuit.

Switchable RFID Tag 130 is differentiated from circuits found in RFID tags of the prior art by at least the inclusion of Switch 170. Switch 170 is optical, thermal, magnetic, mechanical, wireless, and/or electronic. Switch 170 is configured to be activated by a magnetic field, an electric field, a wireless signal, light, heat, mechanical force, and/or an electronic circuit external to Switchable RFID Device 100. Switch 170 is optionally a sliding switch, a flip switch, a rotating switch, membrane switch, pushbutton switch, or other mechanical switch known in the art of mechanical switches. In typical embodiments, Switch 170 is configured for both turning on and turning off function of Tag 160.

In various embodiments, Switch 170 is normally open or normally closed, and the function of Tag 160 can be normally on or normally off. For example, In some embodiments, Switch 170 is a mechanical contact switch activated by applying pressure to an outside surface of Switchable RFID Device 100. In some embodiments, when this pressure is applied the functionality of Tag 160 will be turned on, and when this pressure is not applied the functionality of Tag 160 will be off. In some embodiments, Switch 170 is a mechanical contact switch activated using a magnetic field. In some embodiments, Switch 170 is an electrical switch turned on or off by a circuit external to Switchable RFID Device 100. For example, Switch 170 may include two electrical contacts exposed at the exterior of Switchable RFID Device 130. When a conductance path, current and/or voltage is applied between these electrical contacts Switch 170 is turned on, or in alternative embodiments, turned off.

In various embodiments, Switch 170 functions by creating a short circuit. For example, Switch 170 can be configured to turn off the function of Tag 160 by short circuiting RFID Antenna 140, a diode within Circuit 150, a capacitor within Circuit 150, a transistor within Circuit 150, and/or a connection within Tag 160.

In various embodiments, Switch 170 functions by creating an open circuit. For example, Switch 170 can be configured to create an open circuit between (or within) RFID antenna 140, Circuit 150, and/or Tag 160.

In some embodiments, Switchable RFID Device 100 is configured to operate as a key and Switch 170 is activated to turn on the functions of Tag 160 by mechanical insertion of the key into a locking device. In these embodiments, the functions of Tag 160 are typically off when the key is not inserted in the locking device. The locking device is configured to activate Switch 170 using an electronic circuit, a mechanical force, or a magnetic field.

In alternative embodiments, an instance of Switch 170 is included in Tag 160 and/or Circuit 150. Thus, Switchable RFID Tag 130 may include a plurality of Switch 170, one Switch 170 in Circuit 150 and one Switch 170 in Tag 160. As is described further herein, these instances of Switch 170 may be configured to perform different functions.

FIG. 2 illustrates some of many possible locations for Switch 170 within Switchable RFID Device 100 where Switch 170 creates an open circuit. FIG. 3 illustrates some of man possible locations for Switch 170 within Switchable RFID Device 100 wherein Switch 170 creates a short circuit. The embodiments illustrated by FIGS. 2 and 3 include a Transistor 210, a Diode 220, and a Capacitor 230. Possible positions for Switch 170 are indicated by an "X."

In some embodiments, Switch 170 is configured to partially limit the functionality of Tag 160. Thus, Tag 160 may be configured to respond with data indicating a first state when Switch 170 is on and to respond with data indicating a second state when Switch 170 is off. For example, Switch 170 can be connected to logic circuits of Tag 160 in such a way that Tag 160 will transmit a limited amount of data when Switch 170 is off and a less limited amount of data when Switch 170 is on. For example, Tag 160 may be configured to respond with data indicating the name of a person when Switch 170 is off and to respond with the data including the name, an address, an account number and a telephone number when Switch 170 is on. When Switch 170 is connected to a circuit within Tag 160, Switch 170 (or a plurality thereof) is optionally configured to separately control detection of and readability of Tag 160. Detection occurs

when Tag **160** sends any response signal, while readability is a function of the data that may be included in the contents of the response signal.

FIGS. **4**A and **4**B illustrate one embodiment of Switchable RFID Device **100** in which Switch **170** is a sliding switch disposed along an Edge **420** of Switchable RFID Device **100**. FIG. **4**A illustrates an OFF Position wherein an Electrical Connector **410** between Circuit **150** and Tag **160** is in an open circuit state. In this state, Tag **160** is not normally detectable or readable. FIG. **4**B illustrates an ON position wherein Switch **170** completes an electrical connection between Circuit **150** and Tag **160**. In this position, Tag **160** is detectable and readable. In this embodiment, Switch **170** is configured to be moved between the on position and the off position, for example using a finger. In the on position, Switch **170** optionally extends from Edge **420** of Switchable RFID Device **100**. In the off position, Switch **170** is optionally approximately flush with Edge **420**. Some embodiments of the invention include a switch configured to be approximately flush with an edge of a financial card (e.g., credit card or debit card) in at least one position. Some embodiments of the invention include a switch configured to be below an edge of a financial card in at least one position. Switch **170** may be bistable or astable. Other features illustrated in FIGS. **4**A and **4**B are optional.

FIGS. **5**A illustrates a Membrane Switch, generally designated **500**, (and surrounding area) for use in a switchable RFID device such as Switchable RFID Device **100**. Membrane Switch **500** is optionally an embodiment of Switch **170**. Membrane Switch **500** is shown in the OFF and ON positions, in FIGS. **5**A and **5**B respectively. The use of a finger to operate Membrane Switch **500** is optional, other devices may be used to activate the switch. By bringing electrical conductors on a Surface **530** and a Surface **525** together, a switchable RFID tag is controlled, activated or deactivated. Typically, Surface **525** and Surface **530** are coated with an electrical conductor, such as copper. In some embodiments, a Support Layer **510** is disposed at a First Surface **515** of Switchable RFID Device **100** and a Flexible Membrane **520** is disposed at a Second Surface **535** of Switchable RFID Device **100**. Thus, the Flexible Membrane **520** includes both Surface **525** and an outer surface, e.g., Surface **535** of Switchable RFID Device **100**. In some embodiments, Surface **535** extends beyond Membrane Switch **500** to Surrounding Areas **550**. As such Flexible Membrane **520** is essentially flush with a surface of Switchable RFID Device **100**. Flexible membrane **520** and Support Layer are separated by a Spacer **540**. In some embodiments, Spacer **540** extends beyond the immediate vicinity if Membrane Switch **500** to Surrounding Areas **550**. Spacer **540** optionally extends essentially throughout Switchable RFID Device **100**. As such, Surface **535** can be essentially smooth, e.g. does not include raised portions near Membrane Switch **500**. Support Layer **510** is typically stiffer than Flexible Membrane **520**.

In various embodiments, Membrane Switch **500** is included in an identity device such as a passport, driver's license, immigration card, key card, financial card, ID card, or the like. For example, in some embodiments, Membrane Switch **500** is included within a passport or other identity device having a clamshell configuration. In these embodiments, Flexible Membrane **520** is optionally disposed toward an interior of the identity device when the identity device is closed. In this position, Flexible Membrane **520** is protected from inadvertent contact and typically can only be pressed after the identity device is opened.

In various embodiments, Membrane Switch **500** is included in a financial card (e.g., a credit card, debit card or the like). In some of these embodiments, Flexible membrane **520** is essentially flush with Surrounding Areas **550** of the financial card including Surface **525**, as illustrated in FIGS. **5**A and **5**B. In this position Membrane Switch **500** does not substantially stick out from First Surface **525** of the financial card and is, thus, protected by Surrounding Areas **550** from inadvertent activation. In some embodiments, Membrane Switch **500** is recessed below First Surface **535**.

FIG. **5**C illustrates an embodiment of Membrane Switch **500** further including a Spring **555**. Spring **555** may be considered a switch activator. Spring has an activation height at which the spring center will spring into contact with the Support Layer **510** this activation height is typically below First Surface **535**.

FIG. **5**D illustrates a cross-sectional view of Membrane Switch **500** disposed within Switchable RFID Tag **130**. Tag **160** is at least partially disposed within Spacer **540** and/or Support Layer **510**. Spacer **540** and/or Support Layer **510** optionally include a cavity configured to receive Tag **160**. In some embodiments, Tag **160** is deposited on Support Layer **510** before Spacer **540** is deposited on Support Layer **540**. In these embodiments, Support Layer **540** is formed around Tag **160**. In some embodiments, Spacer **540** is configured to hermetically seal Tag **160** and/or Membrane Switch **500**.

In various embodiments, an Opening **570** within Membrane Switch **500** is less than or equal to 2.0 mm, 1.5 mm, 1.75 mm, 1.25 mm, 1.0 mm, 0.75 mm, or 0.5 mm think as measured from Surface **525** to Surface **530**.

The membrane switch illustrated in FIGS. **5**A and **5**C is optionally disposed such that Flexible Membrane **520** is approximately flush with, or recessed in, First Surface **535** of an identity device such as a driver's license or credit card. As such, Spacer **540** prevents the membrane switch from being activated when a force is applied to the entire first surface. For example, when the identity device is placed within a wallet and the wallet is compressed.

Spacer **540** optionally extends essentially throughout an identity device. For example, where Switchable RFID Device **100** is a credit card, Spacer **540** may extend to the outer edges of the credit card. Flexible Membrane **520** optionally includes a picture of a user and/or an indication of the location of Opening **570** in Spacer **540**. In some embodiments, Flexible Membrane **520** is transparent and Spacer **540** includes a picture of a user or a credit card number. In some embodiments, Spacer **540** includes a cavity configured to fit an integrated circuit, the integrated circuit configured to operate as part of Tag **160** and optionally mounted on Support Layer **510**. In some embodiments, Support Layer **540** includes conductive traces configured to connect Tag **160** to an RFID Antenna **140**. In some embodiments, Spacer **540** is generally rectangular in shape, (e.g., in the shape of a financial card).

FIG. **6** illustrates a top view of Membrane Switch **500** of FIG. **5**C, according to various embodiments of the invention. In these embodiments, the shape of the Opening **570** is configured to prevent Spring **555** from rotating. A wide variety of alternative shapes may be used in alternative embodiments.

FIG. **7** illustrates Switchable RFID Tag **130** in an embodiment wherein Switchable RFID Device **100** includes an Identity Document **700** having a clamshell configuration (e.g., a passport). Switchable RFID Tag **130** may be included in a Cover **740**, a Cover **730**, or an interior page (not shown) of Identity Document **700**. Identity Document **700** optionally includes Shielding **710**. Flexible Membrane **520** is

typically disposed such that it is on the interior of Identity Document **700** when Identity Document **700** is closed. See U.S. nonprovisional patent application Ser. No. 11/350,309 filed Feb. 7, 2006 for further details of Identity Document **700**, according to some embodiments.

FIG. **8** illustrates the manufacture of instances of Identity Document **700**. At one stage in the manufacturing process, Shielding **710** is dispensed in the form of a strip. The strip is laid down over what will be several separate instances of Identity Document **700** (after when the manufacturing is completed). A plurality of Switchable RFID Tag **130** are deposited, creating a device including several Switchable RFID Tag **130**. The assembled material, including Shielding **710** is optionally cut to separate the locations where the instances of Switchable RFID tag **130** are deposited or to be deposited. As a result a plurality of Identity Document **700** are produced. Pages are optionally added to the assembled material prior to cutting. See U.S. nonprovisional patent application Ser. No. 11/350,309 filed Feb. 7, 2006 for further details, according to some embodiments.

In the above and other embodiments, Switchable RFID Tag **130** is optionally disposed such that the switch mechanism is accessed from the inside of Cover **730** or Cover **740**, the inside being the sides that face each other when Identity Document **700** is closed. This orientation is optionally configured to reduce the probability of inadvertently activating Switch **170** when Identity Document **700** is closed. For example, in these embodiments, Flexible membrane **510** may be to the inside (of the closed Identity Document **700**) and Support Layer **510** may be to the outside. Support Layer **510** optionally includes a stiffener in the region near Opening **570**.

FIG. **9** illustrates an exploded view of an embodiment of Switchable RFID Device **100** including a Driver's License, generally designated **900**. In this view, for clarity, Spacer **540** is removed and Flexible Membrane **520** is separated from Tag **160**, RFID Antenna **140**, Circuit **150** and Support Layer **510**. A location of Membrane Switch **500** is indicated by Markings **920** visible at Flexible Membrane **520**. Surface **535** is of uniform level across the face of Driver's License **900**. As such, Switchable RFID Device **100** can smoothly be placed in a wallet and Membrane Switch **500** is protected from inadvertent activation by Spacer **540**. Membrane Switch **500** is optionally disposed at least partially within RFID Antenna **140**. A similar embodiment of Switchable RFID Device **100** may include a credit card or similar financial device.

FIG. **10** illustrates an embodiment of Switchable RFID Device **100** including a plurality of Switches, designated **1010**, **1020** and **1030**. These embodiments of Switchable RFID Device **100** may include an identity device, financial device, credit card, debit card, remote control, product label, communication device, or the like. Any of Switches **1010**, **1020**, and **1030** are optional. Switch **1030** is configured for turning Switchable RFID Device **100** ON and OFF. For example, as illustrated, Switch **1030** may be disposed in a connection between RFID Antenna **140** and a Power Circuit **1040**. Power Circuit **1040** is an embodiment of Circuit **150** configured to generate electrical power from a received signal to power Tag **160**.

Switch **1010** and Switch **1020** are configured to control processing logic within Tag **160**. For example, in some embodiments, Switch **1010** and Switch **1020** are configured to provide Boolean (true/false) values to a logic circuit within Tag **160**. Some embodiments include further switches (e.g., 3, 4, 6, 8, 10 or more) configured to control processing logic.

In various embodiments, the processing logic within Tag **160** can be configured to perform a wide variety of functions responsive to Switch **1010**, Switch **1020**, and any additional switches present. For example, in some embodiments, the processing logic is configured such that when Switch **1010** is activated a transaction amount is approved and when Switch **1020** is activated the transaction amount is disapproved. Alternatively, Switch **1010** and Switch **10** may be part of a set of switches used to enter a PIN (personal identification number), an encryption key, an amount, an authorization code, an RFID reader identification number, an identification number associated with Switchable RFID Device **100**, a selection of a mode of Tag **160**, text, numbers, and/or other data.

In some embodiments, data sent by Tag **160** using RFID Antenna **140** is responsive to Switch **1010** and/or Switch **1020**. For example, in some embodiments, Tag **160** will send a different identification number depending on whether Switch **1010** or Switch **1020** is activated. In some embodiments, Tag **160** is configured to allow a transaction up to a certain value if neither Switch **1010** nor Switch **1020** is activated, and progressively higher values if Switch **1010** or Switch **1020** is activated. In some embodiments, Tag **160** is configured to require that Switch **1010** and Switch **1020** be activated in a specific combination, order and/or with a specific temporal pattern in order to perform some operation, e.g., a financial transaction.

While the embodiment of Switchable RFID Device **100** illustrated in FIG. **10** includes one instance of Tag **160**, as discussed elsewhere herein, Switchable RFID Device **100** optionally includes more than one instance of Tag **160**. When more that one instance of Tag **160** is present, a separate instance of Switch **1030** may be disposed between RFID Antenna **140** (or Circuit **150**) and each instance of Tag **160**. In this configuration, the instances of Switch **1030** may be used to select which instance of Tag **160** to activate. Switch **1010** and/or Switch **1020** may, likewise, be configured to select, activate or control different instances of Tag **160**.

In some embodiments, Switchable RFID Device **100** includes a Memory **1050**. Memory **1050** is optionally programmable. For example, in some embodiments, Memory **1050** is programmable using data entered through instances of Switch **1010** and Switch **1020**. In some embodiments, Memory **1050** is changed from a write state to a read only state, using Switch **1010**. In various embodiments, Memory **1050** is configured to store data to be broadcast, encryption information, data keys, values to be used in conjunction with data entered suing Switch **1010**, data for logic processing, identifying data, account data, mode data characterizing a mode of Switchable RFID Tag **130**, or the like. Memory **1050** can be volatile or non-volatile, FLASH, SDRAM, ROM, DDRAM, DRAM, or the like. Some embodiments of the invention include an automated device configured to actuate Switch **170** in order to place Switchable RFID Tag **130** in a programmable mode.

FIG. **11** illustrates various embodiments of Tag **160** configured for use in embodiments of Switchable RFID Device **100** including a plurality of switches. In the illustrated embodiments, Tag **160** includes a First Logic Input **1110** and an optional Second Logic Input **1120**, configured to be coupled to Switch **1010** and Switch **1020**, respectively. First Logic Input **1110** and Second Logic Input **1120** are each configured to be responsive to a different switch. First Logic Input **1110** and Second Logic Input **1120** are configured to control the function of Tag **160**.

For example, in some embodiments, Tag **160** is configured to output different data via a Data Input/Output **1140** depending on the state of Switch **1010** as determined by the First Logic Input **1110**. Tag **160** is optionally configured to output different data depending on whether a switch coupled to First Logic Input **1110** or a switch coupled to Second Logic Input **1120** is activated.

In some embodiments, the switches illustrated in FIG. **11** are membrane switches. In some embodiments, the switches illustrated in FIG. **11** are irreversible switches.

FIG. **12** illustrates an instance of Tag **160**, according to various embodiments of the invention. These embodiments include a plurality (e.g., 2, 3, 4, 8, 10, 12 or more) of switch inputs, such as First Logic Input **1110**, Second Logic Input **1120** and Third Logic Input **1230**. First Logic Input **1110**, Second Logic Input **1120** and Third Logic Input **1230** are configured to receive inputs from Switch **1010**, Switch **1020**, Switch **1030**, or the like, respectively. The state of connected switches (Switch **1010**, Switch **1020**, etc.) is monitored by an optional Switch State Monitor **1240** and a Processing Logic **1250**. Switch State Monitor **1240** is optionally a multiplexer, latch, logic circuit, or the like.

In some embodiments, Processing Logic **1250** is configured to process data received through a Data Input From Antenna **1260**, to receive power from a Power Input From Antenna **1130**, and to generate data for output through a Data Output to Antenna **1270** responsive to the states of Switch **1010**, Switch **1030**, etc. The generated data is optionally further responsive to data stored in Memory **1050** and/or data received from Data Input from Antenna **1260**.

The data received from Memory **1050** can include codes required for Processing Logic **1250** to generate specific data for communication through Data Output to Antenna **1270**. For example, in some embodiments, Tag **160** is configured to output an RF signal only if data in Memory **1050** matches a state of Switches **1010** and **1020**. In some embodiments, the state of switches is used to determine which of several different alternative RF signals to transmit. For example, if Switch **1010** is activated then a first signal is transmitted, if Switch **1020** is activated then a second signal is transmitted, and if no switches are depressed than no signal is transmitted or an third signal is transmitted. The first and second signals are optionally associated with different financial accounts and/or different functions.

Some embodiments of the invention include a multiswitch credit card including one or more instances of Tag **160**. This multiswitch credit card optionally is configured to be associated with more than one financial account and switches may be used to indicate which of the more than one financial account should be used for a transaction. In one example, the multiswitch credit card includes an instance of Tag **160** configured for engaging in a financial transaction responsive to Switch **1010** and also configured to operate an electronic lock responsive to Switch **1020**.

Some embodiments of the invention optionally include programming of Tag **160** to make associations with the one or more financial account. This programming can include entering data within Memory **1050**. Alternatively, Tag **160** is configured to include a plurality of exchangeable Memory **1050**. In these embodiments, Tag **160** is programmed to operate with different financial accounts and/or functions by inserting different instances of Memory **1050** within Switchable RFID Tag **130**. The multiswitch credit card is, thus, optionally a multi account credit card.

Some embodiments of Switchable RFID Device **100** are configured to include a plurality of Tag **160**. Each member of the plurality of Tag **160** may be responsive to one or more

switches. In some embodiments, Switchable RFID Device **100** is configured to receive one or more replaceable instances of Tag **160**. In these embodiments, Switchable RFID Device **100** may be programmed by replacing an instance of Tag **160**. Multiple instances of Tag **160** optionally share one instance of RFID Antenna **140** and/or one instance of Memory **1050**.

FIG. **13** illustrates a method according to various embodiments of the invention. In these embodiments, power is received by Tag **160** through an RF or inductive signal in a Receive Power Step **1310**. The RF signal optionally includes data received in a Receive Data Step **1320**. The state of one or more of Switches **1010**, Switch **1020**, etc. is then determined in a Determine Switch State **1330** Step. This state is used to determine an RF response, of any, in a Determine Response Step **1340**. The RF response is then sent in a Send Response Step **1350**.

FIG. **14** illustrates various embodiments of the invention in which Switchable RFID Device **100** is configured as a RF Powered Remote **1400** configured to control external devices. This RF Powered Remote **1400** optionally does not require an internal power source (e.g., is powered wirelessly). Power is received from an RF (radio frequency) signal via RFID Antenna **140** and used to send a return signal, typically through the same instance of RFID Antenna **140**. RF Powered Remote **1400** uses one or more Switchable RFID Tag **130** to activate and deactivate or modify the return signal. The one or more Switchable RFID Tag **130** optionally share RFID Antenna **140**, power circuits, and/or processing logic. RF Powered Remote **1400** is typically a multifunction remote control.

RF Powered Remote **1400** is optionally used as part of a locking mechanism, such as in a vehicle lock or door lock. RF Powered Remote **1400** is optionally configured to control electronic equipment, such as a computing device, a video recording device, projector, a game, a stereo, or a television. RF Powered Remote **1400** is optionally configured to control a garage door opener.

As illustrated in FIG. **14**, a Transmitter **1410** is configured to send an RF signal to provide power to RF Powered Remote **1400**. This RF signal is received by RF Powered Remote **1400**. When a switch (e.g. a First Switch **1420** or a Second Switch **1430**), included in RF Powered Remote **1400**, is in a first position the received power is used to send a return signal from RF Powered Remote **1400** to the device being controlled, e.g. a Controlled Device **1440**. Transmitter **1410** is optionally included in Controlled Device **1440**. When First Switch **1420** and/or Second Switch **1430** is in a second position the received power is not used to send the return signal from the remote, or is used to send a different return signal. The return signal may include audio, RF, infrared light, visible light, or the like. First Switch **1420** and Second Switch **1430** are optionally embodiments of Switch **1010**, Switch **1020**, or Switch **1030**. In various embodiments, RF Powered Remote **1400** includes 1, 2, 3, 4 or more switches, such as First Switch **1420** and Second Switch **1430**. Typically, different switches are configured to control different functions of Controlled Device **1440**.

In some embodiments, First Switch **1420** and/or Second Switch **1430** are configured to control the collection of power from the RF signal. In some embodiments, First Switch **1420** and/or Second Switch **1430** are configured to prevent the power from flowing through an integrated circuit within the RF Powered Remote **1400**. In some embodiments, the First Switch **1420** and/or Second Switch **1430** are configured to decouple an instance of RFID Antenna **140** within RF Powered Remote **1400**. In some embodiments,

the First Switch **1420** and/or Second Switch **1430** are configured to prevent data transmission from RF Powered Remote **1400**. In some embodiments, First Switch **1420** and/or Second Switch **1430** are configured to control logic within an instance of Tag **160** within RF Powered Remote **1400**. In various embodiments, First Switch **1420** and/or Second Switch **1430** are normally on or normally off. In some embodiments, more than one switch is configured to control logic within the same integrated circuit.

The embodiments of RF Powered Remote **1400** illustrated in FIG. **14** include a Power Collection Circuit **1450** configured to convert the received RF signal to electrical power of the operation of one or more Tag **160**. RF Powered Remote **1400** is configured to operate an integrated circuit, e.g., Tag **160**, and send a return signal using the electrical power produced by Power Collection Circuit **1450**. The RF Powered Remote optionally receives all of its electrical power from the Power Collection Circuit **1450**.

Depending on the state of Switch **1420** and/or Switch **1430**, Tag **160** may cause the return signal to be transmitted using a Return Signal Generator **1460**. Return Signal Generator **1460** is optionally included in Tag **160**. Return Signal Generator **1460** is optionally shared by a plurality of Tag **160** within RF Powered Remote **1400**. In some embodiments, Return Signal Generator **1460** includes an instance of RFID Antenna **140**.

First Switch **1420** and Second Switch **1430** each control Tag **160**, such that the return signal is responsive to the states of these, and optionally further, switches. For example, in some embodiments, if First Switch **1420** is on, then Tag **160** will include a first data in the return signal, and if Second Switch **1430** is on, then Tag **160** will include a second (typically different) data in the return signal.

The RF Transmitter **1410** and Controlled Device **1440** are optionally separate. For example, the RF transmitter may be included in an automobile and the controlled device may be a garage door.

In some embodiments, First Switch **1420** is activated by insertion of RF Powered Remote **1400** in part of a locking system.

In some embodiments, First Switch **1420** is coupled to a button configured for turning the volume of an electronic device up and/or Second Switch **1430** is coupled to a different button configured for changing a channel.

In some embodiments, RF Powered Remote **1400** is configured to unlock a car.

In various embodiments, RF Powered Remote **1400** includes a wireless keypad, a wireless computer mouse, a wireless keyboard, a wireless microphone, a key, a telephone, an identity document, or the like.

In some embodiments, RF Powered Remote **1400** is included in a hermetically sealed and/or waterproof housing. Because the RF powered remote is remotely powered, there is no necessity for a battery compartment or power plug.

First Switch **1420** and Second Switch **1430** may include a push-button switch, a membrane switch, a sliding switch, a magnetic switch, or any of the many other switches known in the art to make and break electrical connections. First Switch **1420** is optionally part of a roller, wheel or dial that makes and breaks an electrical connection as it is turned. First Switch **1420** and Second Switch **1430** are optionally embodiments of Switch **170**.

In some embodiments, a single instance of RF Transmitter **1420** is configured to power a plurality of Tag **160**. Each of this plurality of Tag **160** is optionally configured to control a separate electronic device or operate different functions in a single electronic device. The plurality Tags **160** optionally included in the same RF Powered Remote **1400**.

In some illustrative embodiments, an instance of RF Transmitter **1410** is disposed within a vehicle dashboard and a plurality of Tag **160** are disposed within a steering wheel of the vehicle or rear view mirror. One of the plurality Tag **160** is configured to control an audio system and another of the plurality of switchable RFID tags is configured to control a climate system (e.g., air conditioner or heating). In some embodiments, the wireless response signals generated by both of these Tag **160** is received by a RF receiver and communicated to a circuit that then controls the separate electronic devices. In alternative embodiments, each of the separate electronic devices (e.g., audio system and climate system) includes a separate RF receiver configured to receive the response signals.

FIG. **15** illustrates an embodiment of Switchable RFID Device **100** including a Multiswitch Credit Card **1500**, according to various embodiments of the invention. Multiswitch Credit Card **1500** includes two or more switches, such as Switch **1510**, Switch **1511**, and optional Switch **1512**. Switches **1510**, **1511** and **1512** are optionally embodiments of Switch **1010** and Switch **1020**. Multiswitch Credit Card **1500** further includes one or more instances of Tag **160**, an optional instance of Circuit **150** configured to generate power for used by Tag **160**, and RFID Antenna **140**. In embodiments without Circuit **150**, Multiswitch Credit Card **1500** includes its own power source (not shown).

Switches **1510**-**1512** are each configured to make or break an electrical connection, the state of which can be determined by the resistance of electric current flow or the presence of a current or voltage. In some embodiments, Switches **1510**-**1512** are membrane switches, such as Membrane Switch **500**. In various embodiments, Multiswitch Credit Card **1500** including Switches **1510**-**1512** is less than 4, 3, 2, 1.5, 1, or 0.5 mm thick. In various embodiments, Switches **1510**-**1512** are essentially flush with a front surface of Multiswitch Credit Card **1500**.

In some embodiments, Circuit **150** is configured to generate electrical power from the RF signal received via RFID Antenna **140** for use by one or more instances of Tag **160**. In some embodiments, Circuit **150** and/or RFID Antenna **140** are shared by several instances of Tag **160** within Multiswitch Credit Card **1500**. In some embodiments, Multiswitch Credit Card **1500** is configured not to transmit an RF signal unless at least one of Switches **1510**-**1512** is activated. In some embodiments, Switches **1510**-**1512** are configured for entering an access code, such as PIN or password. The access code is optionally encoded by an order in which the states of switches are changed, by a switch combination, and/or by a temporal relationship between changes in switch state, e.g., a temporal pattern.

In some embodiments, Switches **1510**-**1512** are configured for approving the amount of a financial transaction. In some embodiments, Switches **1510**-**1512** are configured for selecting from among a plurality of financial accounts. For example, activating Switch **1510** may result in a transaction being debited from a checking account, activating Switch **1511** may result in a transaction being applied a first charge account, and activating Switch **1512** may result in a transaction being applied to a second charge account.

In some embodiments, Multiswitch Credit Card **1500** (or other embodiments of Switchable RFID Tag **100**) includes encryption logic configured to operate in response to the activation of switches. For example, the encryption logic may be configured to use data received via switches as an encryption or decryption key. The encryption logic may be

configured to encrypt data received via switches prior to transmission of this data. In some embodiments, Switchable RFID Tag 100 is configured to make use of rolling codes for security purposes. In these embodiments, synchronization of the codes is optionally be coordinated by a central server configured to communicate with point of sale stations. In some embodiments, a switch is activated using a biometric sensor. The features described herein with respect to various embodiments of Switchable RFID Tag 100, such as Multi-switch Credit Card 1500, may be included in other types of identity devices.

In various embodiments of the invention, an identity device includes both one or more electrical contact configured to make physical electrical contact with a reader and a RFID tag configured to communicate wirelessly with a reader. The physical contact is optionally used to convey communication that is different from the wireless communication. For example, the physical connection based communication may include programming of a circuit within the RFID tag (e.g., programming account number), while the wireless communication may be more limited than the physical connection based programming, (e.g., the wireless communication may be limited to reading the programmed account number). In another example, the wireless communication may be configured for a limited set of transaction types (e.g., those less than $50, or deposits), while the physical communication is configured for additional transaction types (e.g., larger value withdrawals). Further, the physical communication may be used for downloading transaction logs or other data stored on the ID card. Transaction logs are optionally stored using power received through RFID Antenna 140.

In various embodiments, an identity device includes a plurality of switches and is configured to engage in a transaction or allow access (to an account, data, or a physical location) responsive to whether proper members of the plurality of switches are pressed. For example, in one embodiment the ID card includes 10 switches configured for a user to enter a PIN (personal identification number) or password. Only when the proper data is entered using the plurality of switches will the ID card participate in certain functions, such as an electronic payment or opening of a lock. As described further herein, different numbers of switches are possible.

In various embodiments, an identity device includes logic configured to process data entered using a plurality of switches. This logic may, for example, prevent the identity device from transmitting an RF signal unless the entered data matches previously stored data, for example, if an entered PIN matches a stored access code. The logic may be responsive to the order of switches activated, combinations of switch activation (e.g., which switches are activated at the same time), or which of the plurality of switches are activated. Timing may be achieved through the use of appropriate RC (resister-capacitor) circuits or a clock signal.

Various embodiments of the invention include a modified version of Basic Access Control. In these embodiments, the logic is configured to prevent the identity device from transmitting certain data unless the data entered using switches on the identity device matches an ID number of a RFID reader making a request. The logic may be configured to implement Basic Access Control, such as that used in electronic U.S. passports, but unlike the system used in current passports, the data entered is an ID of the reader and the data is entered at the passport (or other identity device) rather than at the reader.

In various embodiments, the identity device includes a plurality of switches configured for a user to enter data associated with a reader. For example, In some embodiments, the switches are configured to receive an ID number of a point of sale (POS) device. Logic within the identity device may then use this ID number to assure that a transaction is communicated to the correct POS device. For example, if several vending devices are positioned adjacent to each other, the ID number of one of the vending devices may be entered in the identity device using the plurality of switches and the ID card may then be enabled to engage in a transaction with that particular vending device but not the other nearby vending devices.

Passwords, PINs, or the like received by the identity device through the plurality of switches are optionally stored in volatile memory within the identity device. When the identity device ceases to receive energy through an RF signal the data stored in this volatile memory is discarded (lost). In some embodiments, this data is stored in non-volatile memory and thus retained between RF transmissions.

In some embodiments, the identity device is configured to store an account balance in static memory. Logic within the identity device is optionally configured such that the account balance can only be increased using a physical connection, while the account balance can be debited using a wireless connection. Alternatively, logic within the identity device is optionally configured such that the account balance can only be debited using a physical connection.

Some embodiments of the invention include methods of purchasing using a switchable RFID. The identity device is placed within the reading range of a wireless POS device. One of a plurality of switches within identity device is activated such that an RFID tag will respond to an RF signal from the POS device. The RFID tag responses to the RF signal from the POS by energizing itself using the RF signal and generating a response RF signal. The responsive RF signal includes an account number such as a checking or savings account number, a credit card number, identity number, or the like, responsive to the switch.

FIGS. 16A-16C illustrate positions of RFID Antenna 140 within Multiswitch Credit Card 1500, according to various embodiments of the invention. As illustrated in FIG. 16A, in some embodiments, RFID Antenna 140 is disposed such that Embossed Lettering or Numbering 1520 is inside of RFID Antenna 140. In these embodiments, at least part of Switch 170 (or a plurality thereof) is optionally disposed inside of RFID Antenna 140. As illustrated in FIGS. 16B and 16C, in some embodiments, RFID Antenna 140 is disposed primarily in the part of a credit card (e.g., the upper half) that does not include Embossed Lettering or Numbering 1520. In these embodiments, Switch 170 (or a plurality thereof) may be disposed either inside and/or out side of RFID Antenna 140. As illustrated in FIG. 16C, when Switch 170 is disposed outside of RFID Antenna, Connections 1510 between Switch 170 and Tag 160 are optionally routed to avoid Embossed Lettering or Numbering 1520. In some embodiments, Spacer 540 is comprised of a material that can be embossed to form raised lettering and numbering (e.g., a name and credit card number). In these embodiments, the manufacture of Embossed Lettering or Numbering 1520 can be made through Spacer 540.

In some embodiments, of the invention, one or more instances of Switch 170 are configured to control whether Tag 160 (and/or associated memory) are in a programmable state or a non-programmable state. For example, when an instance of Switch 170 is in a first state writing to non-

volatile memory within Tag **160** is allowed and when Switch **170** is in a second state writing to the non-volatile memory is not allowed but reading of the non-volatile memory may be allowed. In some embodiments, Switch **170** is initially in a state wherein the non-volatile memory can be written to and the switch is then irreversible changed to a state wherein the non-volatile memory can no longer be written to.

The irreversible change optionally includes breaking of a conductor. For example, in some embodiments, an RFID enabled identity device is configured such that an instance of Switch **170** comprises a Conductor **1710** coupled to Tag **160**. As illustrated in FIG. **17**, when Conductor **1710** is unbroken Tag **160** is in a programmable state, e.g., non-volatile memory within Switchable RFID Tag **130** can be written to. After programming this conductor is broken and Tag **160** is thus irreversibly changed to a nonprogrammable state. Data already programmed within Switchable RFID Tag **130** may be locked by the breaking of Conductor **1750**. In one embodiment, Conductor **1710** is broken through the manufacture of Embossed Lettering or Numbering **1520**. For example, embossing a credit card number into a credit card can break a conductor and thus lock the contents of non-volatile memory within the credit card. In alternative embodiments, an identity device includes a plurality of Conductor **1710** and members of this plurality are broken in order to program function of Tag **160**. Each member of the plurality of Conductor **1710** that is or is not broken represents one bit of logic programmed.

Some embodiments of the invention include a switchable RFID tag is configured to be remotely switched using an RF signal. In some embodiments, in an OFF state, the RFID tag will not transmit a response signal and thus is not remotely detectable using an RF signal. In an ON state, the RFID tag will transmit a response signal The RFID tag is switched between the ON state and the OFF state through receipt of a specific command or commands, through an RF signal. In alternative embodiments, the RFID tag includes multiple ON states, optionally in combination with an OFF state.

FIG. **18** illustrates a remotely switchable RFID Tag **1800** including an Antenna **1810**, a Power Electronics **1820**, and an Integrated Circuit **1830**. RFID Tag **1800** is optionally an embodiment of other RFID tags disclosed herein. Likewise, Antenna **1810**, Power Electronics **1820** and Integrated Circuit **1830** are optionally embodiments of other antennae, power electronics and integrated circuits disclosed herein. Antenna **1810** is configured to send and receive data encoded in an RF signal and also optionally configured to receive sufficient energy to power RFID Tag **1800**.

Power Electronics **1820** are configured to receive energy through Antenna **1810** and to power Integrated Circuit **1830** using this received energy. Power Electronics **1820** typically include elements such as a diode, capacitor, transistor, or the like.

Integrated Circuit **1830** includes an Input **1835** configured to receive data from Antenna **1810** and power from Power Electronics **1820**. Integrated Circuit **1830** further includes an Output **1840** configured to convey data to Antenna **1810** for transmission as an RF signal.

Integrated Circuit **1830** further includes an optional State Memory **1845** configured to store the current state of the RFID Tag, e.g., ON or OFF. In various embodiments, State Memory **1845** includes a memory location in a static random access memory, a magnetic memory, or the like. In these embodiments, the state stored within State Memory **1845** is preserved without a constant source of power. In some embodiments, State Memory **1845** includes memory configured to store data only while power is available. In this

embodiment, the ON state is typically temporary and automatically reverts to the OFF state after power is no longer available.

Integrated Circuit **1830** further includes an optional Data Memory **1850** configured to store data received through Antenna **1810**, and/or to be transmitted using Antenna **1810**. The data stored in Data Memory **1850** may include a serial number of RFID Tag **1800**, identification data, biometric data, medical information, license information, or the like.

Integrated Circuit **1830** further includes a Key Memory **1855** configured to store a key required to change the state of the RFID Tag **1800** from ON to OFF, from OFF to ON, and/or between two ON states. Key Memory **1855** is typically static memory, and optionally read only memory or write-once memory. In other embodiments, the Key Memory **1855** is memory configured for temporary storage of data.

Integrated Circuit **130** further includes Switch Logic **1860** configured to read the state stored in State Memory **1845** and, responsive to the read state, either transmit or not transmit an RF signal using Antenna **1810**. The transmitted data optionally includes data stored in Data Memory **1850**. In some embodiments, Switch Logic **1860** is configured to not transmit an RF signal unless the state read from State Memory **1845** indicates that the RFID Tag is in an ON state. In some embodiments, Switch Logic **1860** is configured to read the state stored in State Memory **1845** and, responsive to the read state, transmit one of a plurality of alternative data stored in Data Memory **1850**. In some embodiments, Switch Logic **1860** is configured to read the state stored in State Memory **1845** and, responsive to the read state, transmit different amounts of data stored in Data Memory **1850**.

In some embodiments, Switch Logic **1860** is configured to receive data through Antenna **1810**, to read a key from Key Memory **1855**, to compare the received data with the read key, and to change the state stored in State Memory **1845** responsive to this comparison. For example, in some embodiments, if the read key matches the received data, the state of the RFID Tag **1800** is set to ON, or changed from one ON state to another ON state. In some embodiments, Switch Logic **1860** includes logic configured to decrypt or apply a hash function to the received data prior to the comparison. The Switch Logic **1860** can include software, hardware, and/or firmware. In some embodiments, State Memory **1845** is configured to store a rolling code.

In some embodiments, Integrated Circuit **1830** is embodied in several devices. For example, the functionality of Integrated Circuit **1830** may be distributed among several chips. In some embodiments, Key Memory **1855**, Antenna **1810**, Switch Logic **1860** and/or State Memory **1845** are configured to be shared by more than one instance of Integrated Circuit **1830**. For Example, two or more instances of RFID Tag **1800** may be included in a single device and these two or more instances of RFID Tag **1800** may share a single instance of Key Memory **1855**, Antenna **1810**, Switch Logic **1860** and/or State Memory **1845**.

In some embodiments, RFID Tag **1800** further includes a mechanical switch configured to control operation of RFID Tag **1800**. This switch may include, for example, Switch **170** (FIG. **1**). For example, in one embodiment, Switch Logic **1860** is configured for turning ON and OFF operation of RFID Tag **1800**, while Switch **170** is configured to select between alternative ON states. In an alternative embodiment, Switch **170** is configured for turning ON and OFF operation of RFID Tag **1800** and Switch Logic **1860** is configured for selecting between alternative ON states. In

some embodiments, proper activation of both Switch **170** and Switch Logic **1860** is required to turn RFID Tag **1800** to an ON state. Thus, in order for RFID Tag **1800** to transmit certain information, or to transmit at all, Switch **170** must be activated by a person and Switch Logic **1860** must receive a proper key from an RF reader. This provides a dual layer of mechanical and key based security. In some embodiments, the switch must be activated and a proper key must be received in order for RFID Tag **1800** to transmit certain information. In some embodiments, use of Switch **170** will activate RFID Tag **1800** in a first ON state and use of Switch Logic **1860** (through an RF signal) will activate RFID Tag **1800** in a second ON state. The second ON state optionally requires use of both Switch **170** and Switch Logic **1860**.

In some embodiments, Integrated Circuit **1830** also includes an independent Power Supply **1865** such as a battery or capattery.

In some embodiments, the switchable RFID Tag **1800** of FIG. **1** is included in an identification document such as a driver's license, green card, passport, or the like. In some embodiments, the Switchable RFID Tag **1800** is included in a wireless key configured to open a lock, to access data, to gain entry, or the like. In some embodiments, Switchable RFID Tag **1800** is included in a cellular telephone or an other device configured to communicate using WiFi, WiMAX, or similar non-RFID standards.

FIG. **2** is a flowchart illustrating a method of changing a state of RFID Tag **1800**. In an optional Receive Energy Step **1910**, energy sufficient to power RFID Tag **1800** is received by Antenna **1810**. Receive Energy Step **1910** is typically similar to Receive Power Step **1310**. In a Receive Data Step **1920**, data is received by Antenna **1810** in the form of an RF signal. In some embodiments, Receive Data Step **1920** requires that a mechanical switch be activated. In a Read Key Step **1930**, a key is read from Key Memory **1855**. Optionally, the data received in the Receive Data Step **1920** is decrypted or otherwise processed. In a Compare Step **1940**, the read key is compared with the, optionally processed, data received in the Receive Data Step **1920**.

In a Change State Step **1950**, the state of RFID Tag **1800** is changed responsive to results of the comparison made in the Compare Step **1940**. In some embodiments, if there is a match between the key and the data then the state of RFID Tag **1800** is set to ON. Setting the state ON optionally includes writing a value to State Memory **1845**. In some embodiments, if there is no match between the key and the data then the state is set to OFF. In some embodiments, if there is a match between the key and the data, then the state is set to one of two or more possible ON states. In one of the two or more possible ON states, RFID Tag **1800** can transmit a response RF signal but the data that can be included in the response RF signal is restricted relative to another of the two or more possible ON states. For example, in one embodiment, in one ON state RFID tag **1800** is configured to include a name in the response RF signal, but another ON state RFID tag **1800** is configured to include the name and medical information in the response RF signal.

In some embodiments, RFID Tag **1800** is automatically returned to the OFF state from the ON state, in a Revert Step. For example, in one embodiment the ON state remains only so long as there is charge on a capacitor. When this charge dissipates or is used, the RFID automatically returns to a default OFF state. The automatic switch back to the OFF state can be dependent on when power is no longer received from an RF signal, on the timing characteristics of an RC (resistor-capacitor) circuit, on Switch **170**, on an RF signal received, and/or the like.

FIG. **20** is a flowchart illustrating a method of operating the RFID Tag **1800** illustrated in FIG. **18**. In an optional Receive Energy Step **1910** energy sufficient to power the RFID is received by Antenna **1810**. In a Read State Step **2020** the state of the RFID Tag is read from State Memory **145**. In a State? Step **2030** the read state is examined. If the read state is ON, then in a Send Response Step **2040** an RF response is sent from the RFID Tag **1800** using Antenna **1810**. If the read state is OFF, then the RFID Tag **1800** is prevented from sending an RF response, in an Abort Response Step **2050**. In some embodiments, that include more than two states, the read state can be something other than ON or OFF. If the read state is a state other than ON or OFF then a restricted RF response is sent in a Send Restricted Response Step **2060**. The restricted response typically includes less or different data than would be included if the read state had been ON.

The steps shown in FIGS. **19** and **20** are optionally performed using Integrated Circuit **1830** of FIG. **18**.

In some embodiments, first data in a transmission is configured to change the state of an RFID tag to ON. Further data in the transmission is then configured to elicit a responding transmission from the RFID tag. After the transmission is concluded the RFID tag automatically reverts to the OFF state. These embodiments optionally include non-volatile memory for storage of the state.

In some embodiments, data in a transmission is configured to change the state of an RFID tag to ON. The ON state persists until the RFID tag receives data configured to change the state of the RFID tag to OFF.

Some embodiments of the invention include RFID security devices including a tamper detection switch. These security devices are configured to function as an RFID device to prevent shoplifting. As such, the RFID security devices include an anti-theft mode configured to be detected by sensors at, for example, an exit of a retail establishment. Typically, this mode is always active. The RFID security devices include a second tamper mode in which tampering of the device is detectable. The tamper mode is configured to detect if, for example, the RFID security device is removed from a retail item. Both modes may be operable at the same time.

In some embodiments, the RFID security device includes two RFID tags the first operating in the anti-theft mode and the second being a switchable RFID tag. The switchable RFID tag is configured to become activated when the RFID security device is tampered with. For example the switchable RFID tag may be configured to generate an RFID signal after a conductor is broken or the RFID security device is removed from an article. This conductor is optionally disposed such that it is broken when tampering occurs.

Referring to FIG. **21**, a typically embodiment includes the RFID security device and an attached retail item, a tamper sensor **2110** disposed in a location where tampering is possible, e.g., a changing room **2120**, and an exit sensor **2140** configured to detect theft. The tamper sensor **2110** is configured to detect the tamper mode of the RFID security device.

If someone attempts to remove the RFID security device near the tamper sensor **2110** then the tampering will be detected. If the security device and retail article are passed through the exit sensor **2140**, then this will be detected as well. When a legitimate sale occurs, the RFID security device may be removed at a point of sale **2130** device. In some embodiments, a tamper sensor **2110** is also located at this location. This tamper sensor **2110** may be configured to

detect the removal of the RFID security device from the retail article by an authorized sales person.

The detection of this event is optionally used for the purposes of inventory management. In some embodiments, the authorized sales person is optionally required to login so that he or she can be identified. In some embodiments, the RFID security device includes two separate RFID tags, one supporting the tamper mode and one supporting in the anti-theft mode. These two RFID tags optionally share an antenna. In some embodiments, the RFID security device includes one RFID tag configured to support both the anti-theft mode and the tamper mode.

FIG. 22 illustrates and embodiment of an RFID security device 2200. The two RFID tags (2210 and 2220) illustrated are typically configured to transmit different signals. These two different RFID tags optionally share an antenna. In alternative embodiments the two RFID tags are combined into one RFID tag 2220 configured to send at least two signals, one for anti-theft and one for anti-tamper.

Some embodiments of the invention include a switchable RFID tag 2220 having an electrical conductor 2230 coupled with a link between the anti-tamper RFID tag 2220 and an article 2240. The link is configured such that it is modified if the RFID tag 2220 is removed from the article 2240. The signal or signals sent by RFID tag 2220 are dependent on whether electrical conductor 2230 is broken or an intact conductor. For example, RFID Tag 2220 may transmit a first signal when electrical Conductor 2230 is intact and a different signal when electrical Conductor 2230. The different signals are optionally distinguished by Tamper Sensor 2110.

FIG. 22 illustrates an embodiment of an RFID Security Device 2200, wherein RFID Tag 2220 is coupled to Article 2240 via Conductor 2230 in the form of a conductive loop. In this embodiment, detaching the RFID Tag 2220 from the article includes opening a circuit within the conductive loop (e.g., breaking Conductor 2230) and thus changing the state of RFID Tag 2220. This stage change is detectable, it can thus be determined if RFID Tag 2220 is moved from an instance of Article 2240. The conductive loop of Conductor 2230 optionally includes a pin and a clamping mechanism configured to receive the pin. The pin is optionally metal and part of the conductive loop. The conductive loop is optionally configured to be attached to a bottle. In alternative embodiments, the conductive loop is intact when RFID Security Device 2200 is detached from an article and broken when attached to the article.

RFID Security Device 2200 optionally further includes a second (e.g., an Anti-theft) RFID Tag 2210 configured to transmit a different signal than RFID Tag 2220. Alternatively, RFID Tag 2220 may be configured to transmit different signals before and after Conductor 2230 is broken. As such, the breaking of Conductor 2230 can be detected by security systems, such as Tamper Sensors 2110.

One advantage of using a mechanical switchable RFID tag is that the state of the RFID tag 2220 can be changed while the RFID tag is not powered.

FIGS. 23A-23C illustrate an embodiment of the invention wherein the RFID tag 2220 is coupled to the article 2240 via a tag layer 2320 and an adhesive layer 2340. In this embodiment the RFID tag 2220 is disposed in the tag layer 2320 and includes an Electrical Conductor 2230 configure such that the Conductor 2230 is broken if the RFID tag 2220 is separated from the adhesive layer 2340. The adhesive layer 2340 is configured not to detach from the article 2240 if the RFID tag 2220 is removed from the article 2240, e.g., the adhesive layer 2340 is typically more firmly attached to

the article layer than the RFID tag 2220 (and tag layer 2320) is attached to the adhesive layer 2340.

The adhesive layer 2340 may be attached to the article using an adhesive, or in alternative embodiments via stitching, rivet, pin, bolt, screw, thermal bonding, embedding, plastic connector, or the like. Specifically, as illustrated in FIG. 23A, a RFID Tag 2220 is disposed within a Tag Layer 2320. Tag Layer 2320 is configured to be attached to an Article 2240 via an Adhesive Layer 2340. Tag Layer 2320 optionally includes a Removal Tab 2350 configured for removing Tag Layer 2320 and RFID Tag 2220 from Article 2240. Tag Layer 2320 optionally includes a label and/or information on removing Tag Layer 2320 from Article 2230. Tag Layer 2320 may be plastic, paper, cloth or other material suitable for holding RFID Tag 2220. In some embodiments Tag Layer 2320 includes an antenna attached to RFID Tag 2220.

RFID Tag 2220 is optionally a switchable RFID tag the operation of which is responsive to a state of the Conductor 2230. For example the switchable RFID discussed elsewhere herein. See also, U.S. patents and patent applications incorporated herein above by reference, which further disclose switchable RFID tags as may be included in various embodiments of the invention. Conductor 2230 may be coupled to logic circuits, power circuits, antenna circuits, data circuits, or the like within RFID Tag 2220. In one embodiment, Conductor 2230 is part of an antenna that becomes non-functional or less functional when broken. In some embodiments, breaking Conductor 2230 is configured to disable a first antenna while a second antenna within the same device remains operational. For example, the first antenna may be configured for communication at a longer range or at a different frequency than the second antenna. Thus, breaking of Conductor 2230 results in a device having a reduced communication range.

Conductor 2230 is coupled to Adhesive Layer 2340, and is configured to be broken when Tag Layer 2320 is removed from Article 2240. For example, in various embodiments Conductor 2230 is disposed around, though, or partially within Adhesive Layer 2340. Conductor 2230 may include a thin wire, a metal film, conductive ink, or the like.

In various embodiments, Tab 2350 and/or Tag Layer 2320 includes visually displayed price or product information.

FIG. 23B illustrates an exploded view of the system illustrated in FIG. 23A. In this view the length of Conductor 2230 may be exaggerated for clarity. While the path of Conductor 2230 is shown as going around Adhesive Layer 2340 and between Adhesive Layer 2340 and Article 2240, in alternative embodiments Conductor 2230 may exit Tag Layer 2320 closer to the center of Tag Layer 2320 and/or Conductor 2230 may pass through Adhesive Layer 2340.

FIG. 23C illustrates the result of removing Tag Layer 2320 from Article 2240. Tag Layer 2320 has separated from Adhesive Layer 2340 while Adhesive Layer 2340 has remained in contact with Article 2240. As a result, Conductor 2230 is broken. This changes a state of RFID Tag 2220, it can thus be determined if RFID Tag 2220 is moved from one instance of Article 2240, for example to another instance of Article 2240.

Tag layer 2320 and Adhesive Layer 2340 do not necessarily have to have a clearly defined boundary between them.

FIG. 24 illustrates embodiments of the invention wherein RFID Tag 2220 is connected to plastic, cloth, metal, paper, or similar packaging. The packaging includes a Package Interior 2410, and a plurality of Package Walls 2420. The plurality of Package Walls 2420 are connected at a pair of

Bonded Edges **2430**. This bonding is performed using pressure, heat, adhesive, stitches, screws, bolts, rivets, staples, and/or the like. Conductor **2230** is disposed between Bonded Edges **2430** and configured to be broken if RFID Tag **2220** is removed from the packaging and/or Bonded Edges **2430** are separated. Optional Removal Tab **2350** is configured for removal of RFID Tag **2220**.

FIG. **25** illustrates alternative embodiments of the systems illustrated in FIGS. **23A**-**23C**. In FIG. **25**, Adhesive Layer **2340** is not necessarily disposed between Tag Layer **2320** and Article **2240**. Tag Layer **2320** is optionally connected to Article **2240**. Adhesive layer **2340** is optionally configured to function as a seal or closure of a package. In these embodiments Conductor **2230** is optionally configured to break if Tag Layer **2320** and/or Adhesive Layer **2340** are removed from Article **2240**.

For example, in one embodiment, Article **2240** is a CD Jewel case and Adhesive Layer **2340** is one of the plastic seals used to seal the case closed. Adhesive Layer **2340** optionally includes a holograph.

While the examples herein describe embodiments where RFID Tag **2220** is removed from Article **2240** or packaging in order to break Conductor **2230**, in alternative embodiments Tab **2350** is connected to Conductor **2230** and when pulled breaks Conductor **2230** while leaving RFID Tag **2220** connected to Article **2240** or the packaging.

Various embodiments of the invention include a portable communication device such as a cellular telephone, a blackberry, a wireless personal digital assistant, or the like. The portable communication device includes an optionally switchable RFID tag configured to communicate with a local device via RFID technology as well as more distant devices using other RF technology such as Bluetooth, WiFi, WiMAX, 802.11 or cellular standards. The communication via the RFID tag is optionally at a different frequency than the communication using other technology. Two separate antenna are optionally used to communicate at these different frequencies. An electronically configurable antenna is optionally used to communicate at these different frequencies.

A user interface of the communication device is configured to control operation of the RFID tag. For example, the user interface may be used to turn on or off operation of the RFID tag, to enter security data into the RFID tag, to enter financial information (e.g., a credit or debit card number into the RFID tag, to enter an identifying number (e.g., telephone number) into the RFID Tag, or to enter account number into the RFID tag. The communication device may be configured for a user to enter the above data into the communication device using the user interface for later transmission (optionally encrypted) using the RFID Tag. For example, a user may enter a credit card number that is later transmitted in an encrypted for to an RFID reader.

In Various embodiments, the communication device is configured to receive one or more memory devices configured to store data such as financial or account information. For example, in some embodiments the communication device includes a plurality of slots configured to receive memory having credit card data stored thereupon. In these embodiments, the memory is used to provide the data to the communication device. A particular communication device is configurable to operate with respect to different financial accounts dependent on which particular memories have been inserted into the slots. Thus, a user may receive a first memory issued by a first bank and a second memory issued by a second bank, and install both the first memory and the second memory into the communication device. The user

interface of the communication device may then be used to select which account (e.g., the first bank or second bank accounts) should be used for a particular transaction. For example, activating a first switch may result in a transaction being debited from a first account and activating a second switch may result in a transaction being debited from a second account. In some of these embodiments, the use of RFID is optional. For example, the transactions may be performed using cellular RF transmissions from a cellular telephone.

In some embodiments, the memory device may be configured to fit both a financial card including an RFID tag for transmission of data stored in the memory device, and also to fit within one of one or more slots within a cellular phone or similar communication device. In these embodiments, the memory device is optionally configured to act as a key allowing whatever device it is attached to to engage in a financial transaction.

In some embodiments, the memory devices are each packaged with an optionally switchable RFID tag. Thus, both the memory and the RFID tag are inserted in to a slot of the communication device. The communication device need not include an RFID tag prior to insertion of a memory device. In some embodiments, the memory devices further include a separate antenna for use by the RFID tag. In alternative embodiments, the RFID tag is configured to use an antenna previously installed in the communication device.

Various embodiments of the invention include a memory device configured to be disposed within a financial card such as a credit card, to be removed from the credit card and to be inserted into the communication device. Thus, the memory device can be transferred from a credit card to the communication device. In some embodiments, transfer of the memory device includes transfer of an RFID tag. In some embodiments, transfer of the memory device includes transfer of an antenna for use by the RFID tag. In alternative embodiments the RFID tag is configured to use a first antenna included in the credit card and a second antenna included in the communication device, these antenna being separateable from the memory device.

In some embodiments the user interface of the communication device is configured to enter an ID of an RFID reader in order to assure that a transaction takes place with the proper RFID reader. For example, in one embodiment several vending machines each include a numbered RFID reader. A user enters the number of a desired member of the several vending machines in order to be sure that the transaction doesn't accidentally occur with an adjacent vending machine.

In some embodiments, the user interface of the communication device is configured for entering an amount of a financial transaction, e.g., an amount of an electronic payment.

In some embodiments, the communication device is configured to use voice recognition to approve an RFID based financial transaction. For example, in some embodiments voice recognition authentication may be required before an RFID tag is activated.

Some embodiments of the invention include a cellular phone configured to use two or more communication modes: one mode for cellular operation and one mode, e.g., RFID, for short range financial transactions or lock operation. These modes may use different frequency ranges.

In some embodiments, a memory device inserted in a slot of the communication device is configured to operate a lock, optionally via RFID. The communication device may be

configured to accept more than one memory device configured to activate a lock and/or engage in a financial transaction. In some embodiments, a memory device inserted in a slot of the communication device is configured as a remote control (e.g., as a car remote or a television remote).

In some embodiments, the user interface of the communication device is configured to receive an access code before the RFID tag is detectable. For example, prior to receiving the access code the RFID tag may be disabled from sending radio frequency signals.

In some embodiments, a power source of the communication device is used to power the RFID tag. In these embodiments the RFID tag does not need to generate power from a received inductive or RF signal. In some embodiments, the RFID tag is configured to receive power from the power source of the communication device when the communication device is ON, and to generate power from a received inductive or RF signal when the communication device is off. In some embodiments, the RFID tag is configured to receive power from the power source of the communication device when the communication device is ON, and to be unresponsive when the communication device is off In some embodiments, the RFID tag is configured to receive power from the power source of the communication device when the communication device is ON or OFF. For example, in one embodiment the RFID tag is configured to draw power from the power source of the communication when an incoming signal is detected but to draw reduced or no power from the power source when no incoming signal is detected.

In some embodiments, the RFID tag is included in a replaceable battery cover of the communication device. Thus, the RFID tag may be changed by changing the battery cover. In some embodiments, the RFID tag or memory device is included in a replaceable antenna component of the communication device. In some embodiments the RFID tag or memory device is configured to fit into an audio plug of the communication device. In some embodiments, the memory device or RFID tag is configured to fit into a MiniSD slot of the communication device. In some embodiments, the memory device or RFID tag is configured to fit into the same interface as a power cord of the communication device. In some embodiments the communication device has a form factor that can be opened and closed (e.g., a clamshell cell phone) and operation of the RFID tag is responsive to whether the communication device is open or closed. For example, in one embodiment the RFID tag is inactive unless a cell phone is opened.

Some embodiments of the invention include a sensor including an RFID tag and an irreversible or reversible switch configured to change a state of the RFID tag. The switch is configured to operate without the use of electrical power or an RF signal. Thus, the switch may change the state of the RFID tag while the sensor is unpowered, e.g., lacks an electrical power source and is not receiving energy wirelessly. The switch may be normally open or normally closed.

Referring to FIGS. 26A and 26B, a Switch 2600 may be in an open or closed state. Switch 2600 may be configured to detect shock, temperature, tilt, moisture, pressure, breaking of a seal, and/or the like.

In some embodiments, Switch 2500 is configured to be responsive to shock (e.g., vibration or dropping). In these embodiments, switch 2600 may be normally closed and be configured to become open as a result of shock. For example, Switch 2600 can include a conductor configured to bread or move responsive to shock. When this conductor

breaks or moves an electrical connection is broken creating an open circuit. Switch 2600 can include a thin wire optionally supporting a weight. When a shock occurs, the thin wire is broken. Switch 2600 can include a fragile material such as glass, paper thread, plastic or the like, that includes a conductor coating or conductive core and is configured to break in response to shock. These changes in switch 2600 are typically irreversible. Thus, once the state of switch is changed mechanically as the result of shock, this change is irreversible unless specific steps are taken, such as replacement of a broken wire.

Switch 2600 may alternatively be normally open and be configured to become closed as a result of a shock. For example, Switch 2600 may contain a fragile vial containing a conductive fluid, e.g., liquid or powder. When a shock occurs this vial breaks and the conductive liquid flows to where it becomes part of a closed electrical circuit.

FIG. 28 illustrates an embodiment of Switch 2600 is configured to be responsive to tilt. For example, Switch 2600 may be normally closed and include a metal Ball 2810 configured to roll through a Channel 2815 to break a Conductor 2820 when a tilt occurs. Breaking of Conductor 2820 changes Switch 2600 from a closed to an open state.

Alternatively, the metal Ball 2810 may be configured to close an electrical Connector 2820 when a tilt occurs. For example, when a tilt occurs, the Channel 2815 is configured such that the Ball 2810 rolls (or a conductive powder flows) to a new position where it is irreversibly trapped and also becomes part of a closed circuit.

FIG. 29 illustrates part of a Switch 2600 configured to be responsive to temperature. For example, Switch 2600 may become irreversibly open or close when an upper temperature limit or when lower temperature limit is reached. In those embodiments responsive to an upper temperature limit, Switch 2600 may include a Material 2910 that melts or otherwise change phase near the upper temperature limit. The melting can open or close Switch 2600 by, for example, altering support for a conductor, breaking a connection between conductors, eliminating an insulation layer between two conductors, or the creation of a conductive connection between two conductors. For example, the melting material 2910 may be conductive and flow such as to close a connection where a threshold temperature is reached. In one embodiment, two Conductors 2920A and 2920B are held together by a Material 2910 configured to melt the Conductors 2920A and 2920B are also under a slight tension so that when the melting Material 2910 melts the Conductors 2920A and 2920B will no longer touch, as illustrated in FIG. 29.

In some embodiments, Switch 2600 is configured to respond to a lower temperature limit. For example, the expansion or contraction of a liquid on freezing can be configured to open or close Switch 2600. Specifically, Switch 2600 may be configured such that a glass vial includes a liquid that expands on freezing. When freezing occurs, the vial is broken and conductors within the vial are separated creating an open circuit.

In some embodiments, Switch 2600 is configured to be responsive to moisture. For example, Switch 2600 may be configured to respond to the presence of water. In one embodiment, Switch 2600 includes a material configured to hold two conductors together and soften in the presence of moisture. In reaction to the moisture, the material is configured to release the conductors such that conduction between them is broken. In alternative embodiments, the release of a conductor results in making a connector contact another conductor and, thus, establish a connection.

In some embodiments, Switch **2600** includes a material configured to mix with a liquid and create a conductive path.

In some embodiments, Switch **2600** is responsive to pressure. For example, Switch **2600** can include a connector configured to break under pressure thus breaking or making an electrical connection. Alternatively, Switch **2600** may include a part configured to allow two conductors to irreversibly come together when a threshold pressure is applied.

FIG. **30** illustrates an example of Switch **2600** is configured to respond to breaking of a Seal **3010**, according to various embodiments. When breaking a seal, conductive loop **3020** is broken and Switch **2600** changes from a closed circuit to an open circuit. The Seal **3010** may be, for example, a safety seal, a security seal, or the like. For example, in some embodiments, Seal **3010** is used to in association with the access [e.g. lid, door, etc.] a container. If the Seal **3010** is broken, Switch **2600** is converted from closed to open states. Some embodiments include a RFID reader configured to monitor a status of Switch/Seal **3010**. This changes the state of n aRFID **2710**.

As illustrated in FIG. **27**. A Sensor **2700** includes Switch **2600** and RFID Tag **2710**. RFID Tag **2710** may be any of the switchable RFID tags discussed herein. RFID Tag **2710** is responsive to the state of Switch **2600**. In some embodiments, RFID Tag **2710** is configured to function in a first manner when Switch **2600** is in the open state and to function in a second manner when Switch **2600** is in the closed state. For example, in some embodiments, RFID Tag **2710** is configured to be inoperative when Switch **2600** is in the open state and to be operative when Switch **2600** is in the closed state. In some embodiments, RFID Tag **2680** is configured to be inoperative when Switch **2600** is in the closed state and to be operative when Switch **2600** is in the open state.

In some embodiments, RFID Tag **2710** is configured to be operative in a first operative state or a second operative state depending on the state of Switch **2600**. For example, in one embodiment RFID Tag **2710** is configured to respond to an RF signal with first response data when Switch **2600** is open to response to the RF signal with second response data when Switch **2600** is closed.

In some embodiments, Switch **2600** is configured to be responsive to Chemical pH. In some embodiments, Switch **2600** includes more than two states and RFID Tag **2710** is configured to be responsive to these more than two states.

In some embodiments, Switch **2600** is configured to short circuit or open circuit a connection between an antenna and another part of an IC of RFID Tag **2710**. In some embodiments, Switch **2600** is configured to short circuit or open circuit a connection related to the power collection circuit of RFID Tag **2710**. In some embodiments, Switch **2600** is configured control a logic circuit in an integrated circuit within RFID Tag **2710**.

In some embodiments, Switch **2600** is configured to respond to a power or current level. For example Switch **2600** may be configured as a fuse in an electrical system. In various embodiments, Switch **2600** is configured to respond to the position of a control device (e.g., a lever, knob, dial key, or the like). In some embodiments, Switch **2600** is included within a system monitoring device and is configured to change state when there is a failure within the system. In various embodiments, Switch **100** is configured to respond to the presence of a water leak, fire, or moisture within a diaper.

FIG. **31** illustrates a Mechanically Programmable RFID Tag **3100**. Mechanically Programmable RFID Tag **3100** is configured to be programmed by manipulation of a plurality

of Switches **3110**. The plurality of Switches **3110** are typically physically coupled through Conductors **3120** to an integrated circuit within Mechanically Programmable RFID Tag **3100**. For example, Switches **3110** and the Mechanically Programmable RFID Tag **3100** are optionally within the same packaging. Mechanically Programmable RFID Tag **3100** may be programmed using sixteen Switches **3110** as illustrated in FIG. **31**. Each of Switches **3110** is coupled to Mechanically Programmable RFID Tag **3100** by Connectors **3120**. Connectors **3120** are, in turn, coupled to logic within Mechanically Programmable RFID Tag **3100**. In alternative embodiments, Mechanically Programmable RFID Tag **3100** may be programmed using a smaller or greater number of Switches **3110**. For example, in various embodiments, 1, 2, 3, 4, 6, 8, 10, 17, 18, 32, 64, 128 or more switches are used.

Instances of Switches **3110** may include a fuse, a conductor configured to be mechanically broken, a mechanical switch, or the like. In some instances, Switches **3110** are configured to be operated by a person, in alternative embodiments, Switches **3110** are configured to be operated by machinery. For example, in one embodiment, automated machinery is configured to activate Switches **3110** in order to program a zip code into Mechanically Programmable RFID Tag **3100**. The machinery is optionally associated with a label preparation equipment. In one embodiment, automated machinery is configured to program Mechanically Programmable RFID Tag **3100** by punching through wires within Switches **3110**. By arranging Switches **3110** is a predetermined pattern and then punching in appropriate locations, Mechanically Programmable RFID Tag **310** can be programmed.

The information programmed into Mechanically Programmable RFID Tag **3100** using Switches **3110** can include a wide variety of data including, for example, destination codes, expiration dates, manufacturing dates, zip codes, serial numbers, identification numbers, model numbers, inventory data, security codes, encryption keys, immigration information, account data, or the like. Each of Switches **3110** may represent a bit of data. Typically, Mechanically Programmable RFID Tag **3100** is configured to communicate with an RFID reader responsive to the programmed information. For example, Mechanically Programmable RFID Tag **3100** may communicate the programmed information to an RFID reader, may use the programmed information as part of an authentication protocol, may use the programmed information for encryption or decryption, or the like. Mechanically Programmable RFID Tag **3100** may include and you the switchable RFID tags discussed elsewhere herein.

In some embodiments, one or more of Switches **3110** are configured to be responsive to tampering with Mechanically Programmable RFID Tag **3110**. For example, if Mechanically Programmable RFID Tag **3100** is included within a passport, Connectors **3120** and switches may be woven or otherwise integrated within a cover or page of the passport. If attempts are made to remove Mechanically Programmable RFID Tag **3100** from the passport, Connectors **3120** and/or Switches **3110** will be broken and Mechanically Programmable RFID Tag **3100** will function accordingly.

Switches **3110** may be inside or outside of an antenna associated with Mechanically Programmable RFID Tag **3100**.

Various embodiments of the invention further include machinery configured for programming Mechanically Programmable RFID Tag **3100** by manipulating Switches **3110**.

Several embodiments are specifically illustrated and/or described herein. However, it will be appreciated that modi-

fications and variations are covered by the above teachings and within the scope of the appended claims without departing from the spirit and intended scope thereof. For example, In some embodiments, the RFID tags discussed herein are active rather than a passive RFID tags. Examples discussed herein in relation to credit cards can equally be applied to other types of financial card such as a debit card, or prepaid card. For example, in some embodiments, the RFID tags discussed herein are configured to change the ON/OFF state in response to a signal from a point of sale system indicating that an item has been sold. In these embodiments, RFID Tag **2220** is optionally configured to send different signals before and after a sale. A first of the different signals may be used to determine that the item has not yet been sold, and a second of the different signals may be used to determine that the item has been sold and/or may be returned. The features illustrated in FIGS. **18-25** are optionally included in embodiments illustrated by other figures of this application.

The embodiments discussed herein are illustrative of the present invention. As these embodiments of the present invention are described with reference to illustrations, various modifications or adaptations of the methods and or specific structures described may become apparent to those skilled in the art. All such modifications, adaptations, or variations that rely upon the teachings of the present invention, and through which these teachings have advanced the art, are considered to be within the spirit and scope of the present invention. Hence, these descriptions and drawings should not be considered in a limiting sense, as it is understood that the present invention is in no way limited to only the embodiments illustrated.

What is claimed is:

**1**. A radio frequency identification (RFID) system comprising:

an antenna;

a switchable RFID tag configured to operate in both a first ON state and a second ON state, and to transmit different information in the first ON state relative to the second ON state; and

a mechanical sliding switch configured to change the RFID tag from the first ON state to the second ON state, wherein the antenna is configured to transmit the different information via a first radio frequency (RF) signal in the first ON state and a second RF signal in the second ON state, wherein the information transmitted in the first ON state indicates that the RFID tag is in the first ON state, and wherein switchable RFID tag is configured to be mounted on a vehicle.

**2**. The system of claim **1**, wherein the mechanical sliding switch is configured to be operated using a finger.

**3**. The system of claim **1**, wherein the mechanical sliding switch is configured to change state while the RFID tag is unpowered.

**4**. The system of claim **1**, wherein the mechanical sliding switch is configured to change state through breaking of a connection.

**5**. The system of claim **1**, wherein the RFID tag is configured to send the first radio frequency signal when the mechanical sliding switch is in an open state and to send the second radio frequency signal when the mechanically sliding switch is in a closed state.

**6**. The system of claim **1**, wherein the RFID tag is a passive RFID tag.

**7**. The system of claim **1**, wherein the mechanical sliding switch is configured to control a logic circuit within RFID tag.

**8**. The system of claim **1**, wherein the RFID tag is configured to transmit an identifier of the RFID tag in both the first ON state and the second ON state.

**9**. The system of claim **1**, wherein the RFID tag is configured to transmit identification data in both the first ON state and the second ON state.

**10**. The system of claim **1**, wherein in the mechanical sliding switch is configured to control debiting of a financial account.

**11**. The system of claim **1**, wherein the mechanical sliding switch is configured to control a financial transaction.

**12**. The system of claim **1**, wherein the RFID tag is configured to transmit an identifier of a financial account.

**13**. The system of claim **1**, wherein the mechanical sliding switch is configured to control an amount of a financial transaction.

**14**. A method of performing a financial transaction, the method comprising:

setting a sliding mechanical switch, the switch being configured to select between a plurality of ON states of a radio frequency identification (RFID) tag, the RFID tag being configured to be mounted on a vehicle, the plurality of ON states of the RFID tag comprising a first ON state and a second ON state;

transmitting in the first ON state, a first radio frequency (RF) signal comprising an account identifier and data representing that the first ON state[M] is selected;

debiting a financial account based on the selection of the first ON state;

transmitting in the second ON state, a second RF signal comprising the account identifier and data representing that the second ON states is selected, wherein the data representing that the first ON state is selected is different than the data representing that the second ON state is selected; and

debiting the financial account based on the selection of the second ON state.

**15**. A method of performing a financial transaction, the method comprising:

providing a sliding mechanical switch, the switch being configured to select between a plurality of ON states of radio frequency identification (RFID) tag, the RFID tag being configured to be mounted on a vehicle, the plurality of ON states of the RFID tag comprising a first ON state and a second ON state;

receiving first and second radio frequency (RF) transmissions from the RFID tag, the first RF transmission including an account identifier and data representing that the first ON states is selected;

debiting a financial account associated with the account identifier, based on the selection of the first ON state;

the second RF transmission including the account identifier and data representing that the second ON state is selected, wherein the data representing that the first ON state is selected is different than the data representing that the second ON state is selected; and

debiting the financial account based on the selection of the second ON state.

**16**. The method of claim **15**, wherein the sliding mechanical switch is configured to select the first ON state of the RFID tag in a first state of the mechanical switch and to select the second ON state of the RFID tag in a second state of the mechanical switch.

**17**. A method of performing a financial transaction, the method comprising:

providing a sliding mechanical switch, the switch being configured to select between a plurality of ON states of

a radio frequency identification (RFID) tag, the RFID tag being configured to be mounted on a vehicle, the plurality of ON states of the RFID tag comprising a first ON state and a second ON state;

receiving first and second radio frequency (RF) transmissions from the RFID tag, the first RF transmission including a first account identifier and data representing that the first ON states is selected;

debiting a first financial account associated with the first account identifier based on the selection of the first ON state;

the second RF transmission including a second account identifier and data representing that the second ON state is selected, wherein the data representing that the first ON state is selected is different than the data representing that the second ON state is selected; and

debiting a second financial account associated with the second account identifier, based on the selection of the second ON state.

* * * * *