# EXHIBIT B



US011270182B2

(12) **United States Patent**
Colby

(10) Patent No.: **US 11,270,182 B2**
(45) Date of Patent: **\*Mar. 8, 2022**

(54) **RFID FINANCIAL DEVICE INCLUDING MECHANICAL SWITCH**

(71) Applicant: **Steven Michael Colby**, Mountain View, CA (US)

(72) Inventor: **Steven Michael Colby**, Mountain View, CA (US)

(73) Assignee: **Mynette Technologies, Inc.**, Menlo Park, CA (US)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 2 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **17/075,633**

(22) Filed: **Oct. 20, 2020**

(65) **Prior Publication Data**

US 2021/0110229 A1 Apr. 15, 2021

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 15/435,231, filed on Feb. 16, 2017, now Pat. No. 10,810,578,
(Continued)

(51) **Int. Cl.**
| *G06K 19/073* | (2006.01) |
| *G06K 19/077* | (2006.01) |
(Continued)

(52) **U.S. Cl.**
CPC ..... *G06K 19/07327* (2013.01); *G06K 19/025* (2013.01); *G06K 19/07749* (2013.01); *H01Q 1/22* (2013.01); *H01Q 1/526* (2013.01)

(58) **Field of Classification Search**
CPC ............. G06K 19/025; G06K 19/0723; G06K 19/07327; G06K 19/07345;
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 4,068,232 A | 1/1978 | Meyers et al. |
| 4,774,148 A | 9/1988 | Goto |
(Continued)

FOREIGN PATENT DOCUMENTS

| EP | 3383059 A1 | 8/1990 |
| EP | 1075781 B1 | 2/2001 |
| GB | 2397272 A | 7/2004 |
| JP | 11-348471 A | 12/1999 |
| WO | 2004038644 A2 | 5/2004 |

OTHER PUBLICATIONS

Kuklinski, "Automated Authentication of Current Identity", 2004 IEEE Conference on Technologies for Homeland Security, Cambridge, MA, Apr. 21-22, 2004.
(Continued)

*Primary Examiner* — Omer S Khan

(57) **ABSTRACT**

Various switchable RFID devices are disclosed. These switchable RFID devices may include one or more RFID tags and one or more switches. Some of these one or more switches are optionally wireless. In various embodiments, the switchable RFID devices include cellular phones, security devices, identity devices, financial devices, remote controls, and the like. In some embodiments, switches are configured to enter data into a switchable RFID device, for example to select a financial account. Switches are optionally configured to program the RFID device or to operate as sensors.

**21 Claims, 28 Drawing Sheets**



ON Position

### Related U.S. Application Data

which is a continuation-in-part of application No. 14/660,927, filed on Mar. 17, 2015, now abandoned, which is a continuation-in-part of application No. 14/468,110, filed on Aug. 25, 2014, now Pat. No. 9,495,852, and a continuation-in-part of application No. 13/481,104, filed on May 25, 2012, now abandoned, and a continuation-in-part of application 13/084,433, filed on Apr. 11, 2011, now abandoned, said application No. 13/481,104 is a continuation of application No. 12/777,474, filed on May 11, 2010, now abandoned, said application No. 14/468,110 is a continuation of application No. 12/577,209, filed on Oct. 12, 2009, now Pat. No. 8,816,826, which is a continuation of application No. 11/468,026, filed on Aug. 29, 2006, now abandoned, said application No. 13/084,433 is a continuation-in-part of application No. 11/458,620 is a continuation-in-part of application No. 11/420,721, filed on May 26, 2006, now abandoned, and a continuation-in-part of application No. 11/382,265, filed on May 8, 2006, now abandoned, said application No. 11/468,026 is a continuation-in-part of application No. 11/382,054, filed on May 8, 2006, now abandoned, said application No. 11/458,620 is a continuation-in-part of application No. 11/382,054, filed on May 8, 2006, now abandoned, and a continuation-in-part of application No. 11/382,264, filed on May 8, 2006, now abandoned, and a continuation-in-part of application No. 11/382, 053, filed on May 7, 2006, now abandoned, said application No. 13/084,433 is a continuation-in-part of application No. 11/382,050, filed on May 7, 2006, now abandoned, said application No. 11/458,620 is a continuation-in-part of application No. 11/382,052, filed on May 7, 2006, now abandoned, said application No. 12/777,474 is a continuation of application No. 11/350,309, filed on Feb. 7, 2006, now Pat. No. 7,719,425.

(60) Provisional application No. 60/746,636, filed on May 6, 2006, provisional application No. 60/744,154, filed on Apr. 3, 2006, provisional application No. 60/782,068, filed on Mar. 13, 2006, provisional application No. 60/758,751, filed on Jan. 13, 2006, provisional application No. 60/752,933, filed on Dec. 21, 2005, provisional application No. 60/715,641, filed on Sep. 10, 2005, provisional application No. 60/712,308, filed on Aug. 30, 2005, provisional application No. 60/700,884, filed on Jul. 19, 2005, provisional application No. 60/685,331, filed on May 27, 2005, provisional application No. 60/678,428, filed on May 6, 2005, provisional application No. 60/650,478, filed on Feb. 7, 2005.

(51) **Int. Cl.**
*H01Q 1/22* (2006.01)
*G06K 19/02* (2006.01)
*H01Q 1/52* (2006.01)

(58) **Field of Classification Search**
CPC ....... G06K 19/07381; G06K 19/07749; H01Q
1/22; H01Q 1/526
See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,880,683 A | 11/1989 | Stow | |
| 5,313,192 A | 5/1994 | Ho et al. | |
| 5,528,222 A | 6/1996 | Moskkowitz et al. | |
| 5,606,313 A | 2/1997 | Allen et al. | |
| 5,627,544 A | 5/1997 | Snodgrass | |
| 5,815,190 A | 9/1998 | Ohshima | |
| 5,869,412 A | 2/1999 | Yenni et al. | |
| 5,963,144 A | 10/1999 | Kruest | |
| 6,008,727 A | 12/1999 | Want et al. | |
| 6,025,783 A | 2/2000 | Steffens, Jr. | |
| 6,041,412 A | 3/2000 | Timson et al. | |
| 6,097,292 A | 8/2000 | Kelly et al. | |
| 6,111,506 A | 8/2000 | Yap et al. | |
| 6,121,544 A | 9/2000 | Petsinger | |
| 6,135,503 A | 10/2000 | Lob | |
| 6,213,702 B1 | 4/2001 | Wesselink | |
| 6,262,364 B1 | 7/2001 | Yoshikawa et al. | |
| 6,344,155 B1 | 2/2002 | Kitahara et al. | |
| 6,380,845 B2 | 4/2002 | Tuttle | |
| 6,424,029 B1 | 7/2002 | Giesler | |
| 6,785,405 B2 | 8/2004 | Tuttle et al. | |
| 6,863,220 B2 | 3/2005 | Selker | |
| 6,972,662 B1 | 12/2005 | Ohkawa et al. | |
| 7,040,981 B2 | 5/2006 | Iliescu et al. | |
| 7,042,332 B2 | 5/2006 | Takamura et al. | |
| 7,083,083 B2 | 8/2006 | Droz | |
| 7,243,840 B2 | 7/2007 | Bason et al. | |
| 7,246,754 B2 | 7/2007 | Siuta et al. | |
| 7,336,184 B2 | 2/2008 | Smith et al. | |
| 7,346,061 B2 | 3/2008 | Takayama et al. | |
| 7,375,631 B2 | 5/2008 | Moskowitz et al. | |
| 7,466,216 B2 | 12/2008 | Kawamura et al. | |
| 7,479,882 B2 | 1/2009 | Mahaffey | |
| 7,701,408 B2 | 4/2010 | Bombay et al. | |
| 7,715,593 B1 * | 5/2010 | Adams ............ | G06Q 20/40145 |
| | | | 382/115 |
| 7,719,425 B2 | 5/2010 | Colby | |
| 7,837,119 B2 | 11/2010 | Graf et al. | |
| 7,924,156 B2 | 4/2011 | Colby | |
| 8,487,828 B2 | 7/2013 | Bombay et al. | |
| 8,744,359 B2 | 6/2014 | Ramsten et al. | |
| 9,524,458 B2 | 12/2016 | Colby | |
| 9,569,777 B2 | 2/2017 | Colby | |
| 2002/0047777 A1 * | 4/2002 | Casden ............ | G06K 19/0723 |
| | | | 340/10.32 |
| 2002/0089434 A1 * | 7/2002 | Ghazarian ....... | G06Q 10/08 |
| | | | 340/988 |
| 2002/0108704 A1 | 8/2002 | Umezawa et al. | |
| 2003/0057286 A1 | 3/2003 | Yamagishi et al. | |
| 2003/0168514 A1 | 9/2003 | Rancien et al. | |
| 2004/0064698 A1 | 4/2004 | Zhang | |
| 2005/0033619 A1 * | 2/2005 | Barnes ................. | G06Q 20/28 |
| | | | 235/377 |
| 2005/0140495 A1 | 6/2005 | Yamazaki et al. | |
| 2005/0141256 A1 | 6/2005 | Yamazaki et al. | |
| 2005/0188167 A1 | 8/2005 | Squibbs et al. | |
| 2005/0240778 A1 | 10/2005 | Saito | |
| 2006/0044206 A1 | 3/2006 | Moskowitz et al. | |
| 2006/0065714 A1 | 3/2006 | Jesme | |
| 2006/0261171 A1 | 11/2006 | Buursma et al. | |
| 2007/0152829 A1 * | 7/2007 | Lindsay .......... | G06K 19/07758 |
| | | | 340/572.3 |
| 2008/0054078 A1 * | 3/2008 | Tanner ............. | G06K 19/07345 |
| | | | 235/492 |
| 2012/0130905 A1 * | 5/2012 | Tsudik .................. | G07F 7/0846 |
| | | | 705/75 |

#### OTHER PUBLICATIONS

"Denmark to Launch First Country-wide Scheme", Smart Card News Ltd., Brighton England, 1992.
"Post Office Plans £19.5m Terminal Network in UK", Smart Card News, Apr. 1993, vol. 2, No. 4.

(56)  **References Cited**

OTHER PUBLICATIONS

"P&O Passengers Enjoy Cashless Cruising", Smart Card News, Apr. 1994.

"Smart Card Payphones on Channel Tunnel Trains", Smart Card News, Aug. 1994.

"Japan and USA to Push Smart Card Technology", Smart Card News, Aug. 1993.

"NatWest Launch Mondex Global Electronic Cash", Smart Card News, Dec. 1993.

"British Govt Launches Smart Card Initiative", Smart Card News, Dec. 1997, vol. 6, No. 12.

"Gaudi Multiservice Smart Card Trials in Dublin", Smart Card News, Feb. 1994.

"Austria Starts Trials for National Electronic Purse", Smart Card News, Feb. 1995.

"Smart Card Being Used in Swiss Ski Resorts", Smart Card News, Jan. 1993, vol. 2, No. 1.

"BT Tender for Smart Payphones and Cards", Smart Card News, Jan. 1994.

"Swiss Electronic Purse to go Nationwide in 1995", Smart Card News, Jul. 1993.

"Shell Loyalty Scheme Launched in Scotland", Smart Card News, Jul. 1994.

"Major Stored Value Card Plan in Australia", Smart Card News, Jun. 1993.

"Mobile Credit Card from Barclaycard and Mercury", Smart Card News, Jun. 1994.

"Lufthansa AirPlus Card for Frequent Flyers", Smart Card News, Mar. 1993, vol. 2, No. 2.

"Portugal to Lead Europe with Electronic Purse", Smart Card News, May 1993, vol. 2, No. 5.

"Patient Smart Card Trials in Portugal and UK", Smart Card News, May 1994.

"Sun Launches Java Card API for Smart Cards", Smart Card News, Nov. 1996, vol. 5, No. 11.

"Social Security Card Pilot in Spain to Prevent Fraud", Smart Card News, Nov. 1994.

"Russian Banks to Introduce Smart Card Technology", Smart Card News, Nov. 1993.

"Spanish Banks to Launch Electronic Purse Scheme", Smart Card News, Oct. 1993.

"British Gas Leads with UK National Network", Smart Card News, Sep. 1992, vol. 1, No. 1.

"Bank Passbook and Purse in Indonesia", Smart Card News, Sep. 1993.

"Mikcon Austria Bid for World Ticket Card", Smart Card News, Sep. 1994.

"Rabobank Success in Electronic Banking", Smart Card News, Feb. 1993, vol. 2, No. 2.

"Emergency Health Card Trials to Start in Ireland", Smart Card News, Mar. 1995.

Passport Statistics, Travel.State.Gov, https://travel.state.gov/content/travel/en/passports/after/passport-statistics.html.

In the United States Court of Federal Claims, Case 1:16-cv-01647-SGB, Document 68, Filed Aug. 17, 18, 43 pages.

International Standard ISO/IEC Fedis 14443-1: Final Draft. Identification cards—Contractless Integrated circuit(s) carrds—Proximity Cards Parts 1: Physical characteristics. ISO/IEC 2000, Jan. 11, 2000.

ISO/IEC JTC 1/SC-17. Identification cards—Contactless integrated circuit(s) cards—Proximity cards = Part 2: Radio frequency power and signal interface, Oct. 8, 2003.

ISO/IEC JTC 1/SC 17. Identification cards m Contactless integrated circuit(s) cards—Proximity cards m Part 3: Initialization and anti-collision, Jul. 27, 2000.

ISO/IEC JTC 1/SC 17, Identification cards m Contactless integrated circuit(s) cards m Proximity cards = Part 4: Transmission protocol, Dec. 4, 2000.

Biometrics Deployment of Machine Readable Travel Documents, ICAO NTWG Biometrics TR v2-0 final TAG 15 Jul. 6, 2004.

Machine Readable Travel Documents. Development of A Logical Data Structure—LDS for Optional Capacity Expansion Technologies, LDS-technical report—Version 1.7 Approved Jun. 4, 2004.

Machine Readable Travel Documents. Supplement to 6th Edition. Part 1.Doc 9303.Release_4.Jun. 2006 Jun. 19, 2006.

Machine Readable Travel Documents Technical Report, PKI for Machine Readable Travel Documents offering ICC Read-Only Access. TR-PKI for MRTDs offering ICC Read-Only Access VI. 1. Oct. 4, 2004.

International Standard ISO/IEC 7816, Information Technology. Identification cards. Integrated circuit(s) cards with contacts.Part 4: Interindustry commands for interchange. May 18, 2001.

International Standard ISO/IEC 7816, Information Technology. Identification cards. Integrated circuit(s) cards with contacts Part 6: Interindustry data elements. May 18, 2001.

International Standard ISO/IEC 7816, Information Technology. Identification cards. Integrated circuit(s) cards with contacts Part 8: Security related interindustry commands. May 18, 2001.

International Standard ISO/IEC 7816, Information Technology. Identification cards. Integrated circuit(s) cards with contacts Part 9: Additional interindustry commands and security attributes. May 18, 2001.

International Standard, ISO/IEC 14443-3. Identification Cards Integrated circuit(s) cards with contacts. Part 3: Initialization and anticollision. Jul. 4, 2005.

International Standard, ISO/IEC 14443-3. Identification Cards Integrated circuit(s) cards with contacts. Proximity cards. Part 4: Transmission Protocol.Jul. 4, 2005.

First Draft Aug. 15, 2005, Machine Readable Travel Documents, Aug. 15, 2005.

International Standard, ISO/IEC 1443-2. Identification cards. Integrated circuit(s) cards with contacts. Proximity Cards. Part 2: Radio frequency power and signal interface. Sep. 18, 2017.

Invalidity of U.S. Pat. No. 7,924,156 in view of MiFare® Functional Product Specification, Revision 3.1, Published Oct. 2002.

Invalidity of U.S. Pat. No. 7,924,156 in view of RFID Handbook: Fundamentals and Applications in Contactless Smart Cards and Identification, Second Edition ("RFID Handbook"), 2003.

Invalidity of U.S. Pat. No. 7,924,156 in view of Smart Card Handbook, Third Edition ("Smart Card Handbook"), 2003.

Invalidity of U.S. Pat. No. 7,924,156 in view of "Squealing Euros: Privacy Protection in RFID-Enabled Banknotes" ("Juels"), published Jan. 27-30, 2003.

Invalidity of U.S. Pat. No. 7,924,156 in view of Juels et al., Security and Privacy Issues in E-Passports ("Juels-2"), No later than Apr. 26, 2005.

Invalidity of U.S. Pat. No. 7,924,156 in view of Knospe—RFID Security (2004) ("Knospe").

Invalidity of U.S. Pat. No. 7,924,156 in view of Gao et al., An Approach to Security and Privacy of RFID System for Supply Chain ("Gao"), Sep. 2004.

Invalidity of U.S. Pat. No. 7,924,156 in view of Weis—Security and Privacy Aspects of Low-Cost Radio Frequency Identification Systems (2004).

Invalidity of U.S. Pat. No. 7,924,156 in view of EPC Global Specification for RFID Protocols ("EPC Global"), Jan. 2005.

Invalidity of U.S. Pat. No. 7,924,156 in view of ICAO 2003 "Use of Contactless Integrated Circuits in MRTDs" Apr. 2003 ("ICAO 2003"), Apr. 16, 2003.

Invalidity of U.S. Pat. No. 7,924,156 in view of Morgantown ePassports Interoperability Test Sessions, Jul. 27-29, 2004.

Invalidity of U.S. Pat. No. 7,719,425 in view of "Annex I—Use of Contactless ICs in MRTDs" ("Annex I"), May 5, 2004.

Technical Report—PKI for Machine Readable Travel Documents Offering ICC Read-Only Access (Version 1.1, Oct. 1, 2004) ("ICAO PKI").

Technical Report—PKI for Machine Readable Travel Documents Offering ICC Read-Only Access (Version V0.43, Apr. 2, 2004).

ISO/IEC 14443-1, Identification cards—Contactless integrated circuit(s) cards—Proximity cards Part 1: Physical characteristics, Apr. 15, 2000.

## (56) References Cited

### OTHER PUBLICATIONS

ISO/IEC 14443-2, Identification cards—Contactless integrated circuit(s) cards—Proximity cards Part 2: Radio frequency power and signal interface, Jul. 1, 2001.

ISO/IEC 14443-3, Identification cards — Contactless integrated circuit(s) cards—Proximity cards Part 3: Initialization and anticollision, Feb. 1, 2001.

Technical Report: Development of a Logical Data Structure—LDS For Optional Capacity Expansion Technologies, ICAO, Revision 1.7, May 18, 2004.

Technical Report: Development and Specification of Globally Interoperable Biometric Standards for Machine Assisted Identity Confirmation using Machine Readable Travel Documents, ICAO-NTWG, Version 2.0, May 21, 2004.

Specifications for discretionary expansion of Data Storage Capacity and Globally Interoperable Biometric Identification, ICAO, Part 1, vol. 2, Nov. 18, 2004.

Securing (biometric) data stored in a contactless chip, ICAO-NTWG, Version 0.7, Sep. 15, 2003.

In the United States Court of Federal Claims, Case 16-cv-01647-RTH, Defendants' Feb. 19, 2021 PRCFC 6-7 Invalidity Contentions, Filed Feb. 19, 21, 105 pages.

Schnee, Thomas, "In Hanau, the portable bus ticket plays at the right price", Berlin, 01net.com, May 2, 2005.

DeLeurence, Guillaume, "Caen, the city where you pay and get information by taking out your mobile phone", 01net.com, Oct. 20, 2005.

Microsoft NFC Blog.

"Identification cards—Contactless integrated circuit(s) cards—proximity cards Pad 2: Radio Frequency power and signal nterface"—ISO/IEC 14443-2, Jul. 1, 2001.

"Technical Repod—PKI for Machine Readable Travel Documents offering ICC Read-Only access", ICAO PKI, Oct. 1, 2004.

"Identification cards—Contactless integrated circuit(s) cards—proximity cards Pad 3: Initialization and anticollision"—ISO/IEC 14443-3, Feb. 1, 2001.

Ellis, "Use of Contactless Integrated Circuits in Machine Readable Travel Documents". ICAO/NTWG, Apr. 16, 2003.

Finkenzeller, "RFID Handbook—Fundamentals and Applications in Contactless Smart Cards and Identification", Second Edition, 2003, John Wiley & Sons Ltd.

Juels, et al., "Squealing Euros: Privacy Protection in RFID-Enabled Banknotes", Conference Paper in Lecture Notes in Computer Science, Jan. 27-30, 2003.

Mifare Data Sheet, Functional Specification, Revision 3.1, Phillips Semiconductors, Oct. 2002.

"Machine Readable Passports, Specifications for Discretionary Expansion of Data Storage Capacity and Globally Interoperable Biometric Identification", ICAO, Second Draft, Part 1 vol. 2, Nov. 18, 2004.

Ranki, et al., "Smart Card Handbook", Third Edition, 2003, John Wiley & Sons Ltd.

"Annex I—Use of Contactless Integrated Circuits in Machine Readable Travel Documents", ICAO, Version 4.0, May 5, 2004.

Kinneging, "Technical Report—PKI for Machine Readable Travel Documents offering ICC read-only access", ICAO, Version 11, Oct. 1, 2004.

* cited by examiner



FIG. 1





open circuit

420

RFID Antenna 140

Switch 170

Photo

Circuit 150

Electrical Connector 410

Name and Address

Tag 160

Switchable RFID Device 100

OFF Position　FIG. 4A



FIG. 4B    ON Position



**FIG. 5A**
**Membrane Switch (OFF)**



**FIG. 5B**
**Membrane Switch (ON)**



FIG. 5C



FIG. 5D



100

FIG. 6
(Top View)



**FIG. 7**



FIG. 8



**FIG. 9**



**FIG. 10**



FIG. 11



**FIG. 12**



FIG. 13

RF transmitter
1410

Controlled Device
1440

Wireless RF Signal

Wireless Return Signal

RF Powered Remote 1400

Power Collection Circuit 1450

Second Switch
1430

Tag
160

First Switch
1420

Return Signal Generator  1460

FIG. 14



**FIG. 15**



FIG. 16A

FIG. 16B



FIG. 16C



FIG. 17



**FIG. 18**



**FIG. 19**



**FIG. 20**

**FIG. 21**



Exit Sensors 2140



Tamper Sensor **2110**

Point of Sale **2130**

Tamper Sensor **2110**

Changing Room **2120**



FIG. 22



**FIG. 23A**



**FIG. 23B**



**FIG. 23C**



**FIG. 24**



**FIG. 25**



**Switch 2600**

**FIG. 26A: Switch
in Open State**



**Switch 2600**

**FIG. 26B: Switch
in Closed State**



**FIG. 27**



**FIG. 30**



**FIG. 28**



Conductor
2020A

Melt Material
2910

Before Melt

Conductor
2920B

**FIG. 29**



Conductor
2020A

After Melt

Conductor
2920B



**FIG. 31**

# RFID FINANCIAL DEVICE INCLUDING MECHANICAL SWITCH

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of US non-provisional application Ser. No. 15/435,231 (U.S. Pat. No. 10,810,578) filed Feb. 16, 2017, which in turn is:

a continuation in part of U.S. non-provisional patent application Ser. No. 14/660,927 filed Mar. 17, 2015, which in turn is:

a continuation in part of U.S. non-provisional patent application Ser. No. 13/481,104 filed May 25, 2012; which is in turn is a continuation of Ser. No. 12/777,474 filed May 11, 2010, which in turn is a continuation of Ser. No. 11/350,309 filed Feb. 7, 2006, now U.S. Pat. No. 7,719, 425, and claims benefit of provisional patent applications:

60/650,478 filed Feb. 7, 2005,
60/678,428 filed May 6, 2005,
60/685,331 filed May 27, 2005,
60/700,884 filed Jul. 19, 2005,
60/712,308 filed Aug. 30, 2005,
60/715,641 filed Sep. 10, 2005,
60/752,933 filed Dec. 21, 2005, and
60/758,751 filed Jan. 13, 2006;

a continuation in part of US non-provisional patent application Ser. No. 13/084,433 filed Apr. 11, 2011 which in turn is a continuation in part of Ser. No. 11/458,620 filed Jul. 19, 2006, now U.S. Pat. No. 7,924,156 which is a continuation in part of:

Ser. No. 11/382,052 filed May 7, 2006,
Ser. No. 11/382,053 filed May 7, 2006,
Ser. No. 11/382,054 filed May 8, 2006,
Ser. No. 11/382,264 filed May 8, 2006,
Ser. No. 11/382,265 filed May 8, 2006, and
Ser. No. 11/420,721 filed May 26, 2006,

and claims benefit of provisional patent applications:

60/700,884 filed Jul. 19, 2005,
60/712,308 filed Aug. 30, 2005,
60/715,641 filed Sep. 10, 2005,
60/752,933 filed Dec. 21, 2005,
60/758,751 filed Jan. 13, 2006,
60/782,068 filed Mar. 13, 2006,
60/744,154 filed Apr. 3, 2006, and
60/746,636 filed May 6, 2006, and is

a continuation in part of Ser. No. 11/382,050 filed May 7, 2006, which claims benefit of provisional patent applications:

60/678,428 May 6, 2005, and
60/685,331 May 27, 2005; and

a continuation in part of U.S. non-provisional patent application Ser. No. 14/468,110 filed Aug. 25, 2014, which is a continuation of Ser. No. 12/577,209 Oct. 12, 2009, now U.S. Pat. No. 8,816,826, which claims benefit of provisional patent applications:

60/700,884 filed Jul. 19, 2005,
60/712,308 filed Aug. 30, 2005,
60/715,641 filed Sep. 10, 2005,
60/752,933 filed Dec. 21, 2005,
60/758,751 filed Jan. 13, 2006,
60/782,068 filed Mar. 13, 2006,
60/744,154 filed Apr. 3, 2006, and
60/746,636 filed May 6, 2006, and
is a continuation in part of
CIP Ser. No. 11/382,052 filed May 7, 2006,
CIP Ser. No. 11/382,053 filed May 7, 2006,

CIP Ser. No. 11/382,054 filed May 8, 2006,
CIP Ser. No. 11/382,264 filed May 2006,
CIP Ser. No. 11/382,265 filed May 8, 2006,
CIP Ser. No. 11/420,721 filed May 26, 2006, and
CIP Ser. No. 11/382,050 filed May 7, 2006 which claims benefit of provisional patent applications:
60/678,428 filed May 6, 2005, and
60/685,331 filed May 27, 2005.

The disclosures of the above provisional and nonprovisional patent applications are hereby incorporated herein by reference. The disclosure of U.S. nonprovisional patent application Ser. No. 11/350,309 filed Feb. 7, 2006 is also hereby incorporated herein by reference.

## BACKGROUND OF THE INVENTION

### Field of the Invention

The invention is in the field of communication devices and more specifically in the field of communication devices including radio frequency identification (RFID) tags.

### Description of Related Art

RFID tags are typically small, flexible, and low profile devices that can be affixed to items for electronic tracking and information storage purposes. An RFID tag can be read by an RFID reader when the RFID tag is brought within a certain vicinity of the reader while the reader is broadcasting an appropriate signal. In some cases, once within that vicinity, the RFID tag receives sufficient power from the broadcast signal to permit the RFID tag to transmit a return radio frequency signal. This type of RFID tag is referred to as a passive RFID tag because it does not include an independent power source. Passive RFID tags may receive power either via a radio frequency signal (e.g., radio waves) or through electromagnetic induction. Typically, electromagnetic induction is easier to implement but operates over a shorter range. Electromagnetic induction may operate at lower frequencies than RF powered RFID tags. In other cases an RFID tag includes an independent power source for generating a radio frequency signal. This type of RFID tag is referred to as an active RFID tag.

RFID tags generate a return radio frequency signal that may include an encoded copy of information stored within the RFID tag. As RFID tags achieve more wide spread use they will become ubiquitous on forms of tagging, labeling, identification, and be included in personal and business effects, such as passports, driver's licenses, keys, cell phones, credit cards, PDAs, and so forth. For example, an RFID tag may be incorporated in a driver's license to store personal information about the licensee or in a product label to track inventory.

A problem with using RFID tags to store security, confidential and/or personal information is that an RFID reader can read any RFID tags that pass within its range. Even if data is encrypted, this creates a possibility of unauthorized access to the personal data and other information stored in the RFID tag.

## BRIEF DESCRIPTION OF DRAWINGS

FIG. 1 is a block diagram of a switchable RFID device, according to various embodiments of the invention;

FIGS. 2 and 3 illustrate some of many possible locations for a switch within a switchable RFID device, according to various embodiments of the invention;

FIG. 4A illustrates an OFF Position of a switch, according to various embodiments of the invention;

FIG. 4B illustrates an ON position of a switch, according to various embodiments of the invention;

FIGS. 5A and 5B illustrates a membrane switch, according to various embodiments of the invention;

FIG. 5C illustrates an embodiment of a membrane switch including a spring, according to various embodiments of the invention;

FIG. 5D illustrates a cross-sectional view of a membrane switch disposed within a switchable RFID Tag, according to various embodiments of the invention;

FIG. 6 illustrates a top view of a membrane switch, according to various embodiments of the invention;

FIG. 7 illustrates a switchable RFID tag in an identity document, according to various embodiments of the invention;

FIG. 8 illustrates the manufacture of instances of an identity document, according to various embodiments of the invention;

FIG. 9 illustrates an exploded view of an embodiment of a switchable RFID device including a driver's license, according to various embodiments of the invention;

FIG. 10 illustrates an embodiment of a switchable RFID Device including a plurality of switches, according to various embodiments of the invention;

FIG. 11 illustrates various embodiments of an tag configured for use in embodiments of a switchable RFID device including a plurality of switches, according to various embodiments of the invention;

FIG. 12 illustrates an instance of a tag, according to various embodiments of the invention;

FIG. 13 illustrates a method according to various embodiments of the invention, according to various embodiments of the invention;

FIG. 14 illustrates a switchable RFID device configured to operate as a remote control, according to various embodiments of the invention;

FIG. 15 illustrates a multiswitch credit card, according to various embodiments of the invention;

FIGS. 16A-16C illustrate an antenna within a credit card, according to various embodiments of the invention;

FIG. 17 illustrates an RFID device including a conductor configured to set a state of an RFID tag, according to various embodiments of the invention.

FIG. 18 is a block diagram illustrating an RFID tag, according to various embodiments of the invention;

FIG. 19 is a flowchart illustrating a method of changing a state of the RFID tag illustrated in FIG. 1, according to various embodiments of the invention;

FIG. 20 is a flowchart illustrating a method of operating the RFID tag illustrated in FIG. 1, according to various embodiments of the invention;

FIG. 21 is block diagram illustrating an environment including exit sensors and RFID security tamper sensors disposed where tampering is possible, according to various embodiments of the invention.

FIG. 22 is a block diagram of an RFID security device, according to various embodiments of the invention.

FIG. 23A-23C illustrate wherein an RFID tag is coupled to an article, according to various embodiments of the invention.

FIG. 24 illustrates embodiments of the invention wherein an RFID tag is connected to plastic, cloth, metal, paper, or similar packaging, according to various embodiments of the invention.

FIG. 25 illustrates alternative embodiments of the systems illustrated in FIGS. 23A-23C.

FIGS. 26A and 26B illustrate a switch in open and closed states, according to various embodiments of the invention.

FIG. 27 illustrates a sensor, according to various embodiments of the invention.

FIG. 28 illustrates an embodiment of a switch is configured to be responsive to tilt, according to various embodiments of the invention.

FIG. 29 illustrates part of a switch configured to be responsive to temperature, according to various embodiments.

FIG. 30 illustrates an example of a switch configured to respond to breaking of a Seal 3010, according to various embodiments of the invention.

FIG. 31 illustrates a mechanically programmable RFID tag, according to various embodiments of the invention.

## SUMMARY

Various embodiments of the invention include a remotely powered RFID (radio frequency identity) tag having an electronically controlled switch. This switch is optionally a remotely (wirelessly) controlled switch. In some embodiments, when the switch is in an off state, the RFID tag will not transmit and when the switch is in an on state the RFID tag will transmit in response to an RF (radio frequency) signal. In some embodiments, the switch includes multiple on states in which different information or signals are transmitted responsive to the state of the switch. The RFID tag includes a memory configured to store the states of the RFID tag and an integrated circuit configured to determine whether to transmit responsive to the stored state of the RFID tag and a received RF signal.

Various embodiments of the invention include switchable RFID devices. These switchable RFID devices can include identity documents such as passports or driver's licenses, financial cards such as credit or debit cards, remote controls, security devices, access devices, communication devices, or the like. In some embodiments, more than one switchable RFID tag is included in a single RFID device. In various embodiments, one or more switches are used to change operation of an RFID tag from a responsive state to a non-responsive state, to change operation of an RFID tag from one responsive state to another responsive state, to enter data into an RFID device, to control an external device, or the like. In various embodiments, the switches are electronic, wireless, and/or mechanical.

Various embodiments of the invention includes an RFID tag comprising an antenna configured to receive data in a first RF signal, to receive energy from the first RF signal, and to transmit data in a second RF signal, the transmission of the second RF signal being powered by the energy received from the first RF signal; and an integrated circuit including an input configured to receive data from the antenna and to receive power resulting from the energy received from the antenna, an output configured to provide an RF signal to the antenna for transmission, a state memory configured to store an ON/OFF state of the RFID tag, a key memory configured for storing a key for changing the ON/OFF state stored in the state memory, and a switch logic configured to receive data from the input, to read the key from the key memory, to compare the received data with the read key, and to change the ON/OFF state stored in the state memory responsive to this comparison, the switch logic is further configured to determine whether or not to provide a

second RF signal to the antenna for transmission, the determination being responsive to the ON/OFF state stored in the state memory.

Various embodiments of the invention include a method of changing an ON/OFF state of an RFID Tag, the method comprising receiving energy sufficient to power the RFID Tag through an RF antenna included in the RFID tag, receiving first data through the RF antenna, reading a key from a key memory, using an integrated circuit to compare the first data received through the RF antenna with the key read from the key memory, the integrated circuit powered by the received energy, and writing data to state memory responsive to the comparison, the data written to the state memory being configured to change the RFID tag from an OFF state in which the RFID tag will not transmit an RF signal to an ON state in which the RFID tag will transmit an RF signal.

Various embodiments of the invention include a method of operating an RFID tag, the method comprising receiving energy sufficient to power the RFID tag through an RF antenna included in the RFID tag, reading a state from state memory, sending an RF response through the RF antenna unless the read state is an OFF state.

Various embodiments of the invention includes a method of operating an RFID tag, the method comprising receiving energy sufficient to power the RFID tag through an RF antenna included in the RFID tag, reading a state from state memory, sending an RF response through the RF antenna if the read state is an ON state, and disabling the RF response through the RF antenna if the read state is an OFF state.

Various embodiments of the invention includes a method of operating an RFID tag, the method comprising receiving energy sufficient to power the RFID tag through an RF antenna included in the RFID tag, reading a state from state memory, sending an RF response through the RF antenna only if the read state is an ON state.

Various embodiments of the invention includes a multilayer identity document comprising a first outer layer, an electrical conductor configured to conduct a current, a spacer layer including an opening configured to contain a switch activator, the switch activator configured to make and break an electrical connection to the electrical connector, and an inner layer disposed such that the spacer layer and switch activator are between the first outer layer and the second outer layer, the inner layer being configured to be pressed to activate the switch activator.

Various embodiments of the invention includes a switchable RFID tag comprising an antenna configured to receive an RF transmission, an integrated circuit configured to generate a response transmission, and a switch configured to turn on and of the ability of the integrated circuit to generate the response transmission, the switch being disposed such that it is surrounded by the antenna.

Various embodiments of the invention includes a system comprising a plurality of switches configured for a user to enter data, logic configured to transmit a first wireless signal responsive to the entered data, and a circuit configured to receive energy from a received second wireless signal and to power the logic and the transmission of the system using the received energy.

Various embodiments of the invention includes a system comprising logic configured to transmit a first wireless signal in response to a received second wireless signal, a wireless I/O configured to receive the second wireless signal and to transmit the first wireless signal, a memory configured to store an account number, the account number being included in the first wireless signal, a physical contact I/O

configured for writing the account number to the memory, logic configured to allow writing of the account number to the memory if the account number is received via the physical contact I/O but if the account number is received via the wireless I/O, and a circuit configured to receive energy from the received second wireless signal and to power the logic and the transmission of the first wireless signal using the received energy.

Various embodiments of the invention includes a system comprising logic configured to transmit a first wireless signal in response to a received second wireless signal, a wireless I/O configured to receive the second wireless signal and to transmit the first wireless signal, the second wireless signal including an identification data associated with a reader, a memory configured to store a log of received identification data received from a plurality of readers, a physical contact I/O configured for uploading the log of received identification data from the memory, logic configured to allow uploading of the log of received identification data from the memory via the physical contact I/O but via the wireless I/O, and a circuit configured to receive energy from the received second wireless signal and to power the logic and the transmission of the first wireless signal using the received energy.

Various embodiments of the invention includes a method comprising mounting a plurality of RFID antenna and RFID tags on a support, mounting a the support on a first side of a spacer, the spacer including opening **140** and optionally including one or more cavity to receive the RFID tags, mounting a cover layer on a second side of the spacer, and cutting the support and spacer to generate a plurality of RFID enabled financial Cards.

Various embodiments of the invention include a method comprising mounting an RFID antenna and RFID tag on a support, mounting a spacer on the support, the spacer being compliant (soft) so that the RFID tag can enter a plane of the spacer to form a cavity, allowing the spacer to harden, and mounting a cover layer on the spacer.

Various embodiments of the invention include a method of assembling an identity device, the method comprising depositing an integrated circuit, antenna and switch contacts on a support layer, and laminating the support layer, spacer and flexible membrane together, the spacer having a cavity in which the integrated circuit fits.

Various embodiments of the invention include a method of assembling an identity device, the method comprising depositing an integrated circuit, antenna and switch contacts on a support layer, depositing a spacer on the support layer, the spacer covering the integrated circuit, and depositing a flexible membrane on the support layer, the flexible membrane or the support layer optionally including an image of a user. The Spacer is optionally configured to create a hermetic seal around the integrated circuit and/or the RFID antenna.

Various embodiments of the invention includes a method comprising programming data to non-volatile memory of an RFID tag in a programmable mode, and changing a state of a switch coupled to the RFID tag so as to change the RFID tag from the programmable mode to a non-programmable mode.

Various embodiments of the invention include an RFID tag comprising an antenna configured to transmit data, a power circuit configured to provide power, an integrated circuit configured to receive power from the power circuit, to provide the data to the antenna, the integrated circuit including a non-volatile memory configured to store the data and a logic circuit configured to determine a state of a

switch, the switch being configured to control whether the volatile memory can or cannot be programmed.

Various embodiments of the invention include an integrated circuit comprising a first logic input configured for determining a state of a switch, a power input configured to receive power from a radio frequency antenna, the received power being sufficient for powering the integrated and transmitting a data output signal via the radio frequency antenna, and a data output configured for generating the data output responsive to the state of the switch as determined by the first logic input.

Various embodiments of the invention include an Identity Device comprising an RFID antenna configured to receive power from and communicate with an RFID reader, a circuit configured to receive power from the RFID Antenna, a tag configured to be powered by power received through the RFID antenna and to generate a signal for transmission between the RFID antenna and the RFID reader, and a switch configured to repeatedly turn on and turn off detectability or readability of the tag.

Various embodiments of the invention include a locking mechanism comprising a RFID tag activation circuit configured to turn on a switchable RFID tag by operating a switch within the switchable RFID tag, an RFID reader configured to read the switchable RFID tag, and a lock configured to open responsive to the RFID reader.

Various embodiments of the invention include a method of operating an RFID tag, the method comprising activating a switch in order to turn on the detectability or readability of the RFID tag, the RFID tag powered by power received through an RFID antenna, and activating the switch in order to turn off the detectability or readability of the RFID tag.

Various embodiments of the invention include a method of operating a switchable RFID tag, the method comprising operating a switch to turn the RFID tag on, responsive to a first action of a user, receiving a signal at an RFID antenna, collecting power from the signal, using the collected power to power an integrated circuit, collecting data from the signal, processing the collected data using the integrated circuit, transmitting a signal generated by the integrated circuit in response to the collected data, using the RFID antenna, and operating the switch to turn the RFID tag off, responsive to a second action of a user.

Various embodiments of the invention include a switchable RFID tag comprising an RFID antenna configured to receive power from and communicate with an RFID reader, a tag configured to be powered by power received through the RFID antenna and to generate a signal for transmission between the RFID antenna and the RFID reader, and a switch configured to repeatedly turn on and turn off detectability or readability of the tag.

Various embodiments of the invention include a method of controlling an electronic device, the method comprising receiving a wireless RF signal from an RF transmitter, converting the received RF signal into electronic power, generating a wireless return signal using the electronic power, the wireless return signal configured to control the electronic device, placing a switch in a first position to turn on the generation of the wireless return signal, placing the switch in a second position to turn off the generation of the wireless return signal, and returning the switch to the first position to turn on the generation of the wireless return signal.

Various embodiments of the invention include a method of controlling an electronic device, the method comprising receiving a wireless RF signal from an RF transmitter; converting the received RF signal into electronic power; repeatedly changing a switch from a first position to a second position; and generating a wireless return signal using the electronic power, the wireless return signal configured to control the electronic device and being responsive to whether the switch is in the first position and the second position.

Various embodiments of the invention include a A system comprising an antenna configured to receive a wireless RF signal from an RF transmitter, a power circuit configured to convert the RF signal into electronic power, a circuit configured to receive the electronic power and to send a wireless response signal in response to the RF signal, and a first switch configured to repeatedly turn on and off a first operation of the circuit under control of a user.

Various embodiments of the invention include a method of receiving control instructions, the method comprising, generating a wireless RF signal, transmitting the wireless RF signal to a RF powered remote control device configured to send a wireless return signal responsive to the states of one or more switches, the return signal being generated and transmitted using power converted from the wireless RF signal, receiving the return signal, and determining the states of the one or more switches using the received return signal.

Various embodiments of the invention include a system comprising a RF transmitter configured to send a wireless RF signal, a controlled device, a RF powered remote control configured to be powered by the wireless RF signal and to send a wireless response signal to the controlled device responsive to a first switch, the first switch configured to be repeatedly turned on and off by a user.

Various embodiments of the invention include a method of operating an RFID tag, the method comprising receiving energy sufficient to power the RFID tag through an RF antenna included in the RFID tag, reading a state from state memory, and sending an RF response through the RF antenna unless the read state is an OFF state.

Various embodiments of the invention include a method of operating an RFID tag, the method comprising receiving energy sufficient to power the RFID tag through an RF antenna included in the RFID tag, reading a state from state memory, sending an RF response through the RF antenna if the read state is an ON state, and disabling the RF response through the RF antenna if the read state is an OFF state.

Various embodiments of the invention include a method of operating an RFID tag, the method comprising receiving energy sufficient to power the RFID tag through an RF antenna included in the RFID tag, reading a state from state memory, sending an RF response through the RF antenna only if the read state is an ON state.]

Various embodiments of the invention include a security system comprising a security device including a passive RFID circuit configured to generate a first signal and a second signal, the first signal being responsive to removal of the security device from an article and the second signal being different from the first signal. These embodiments also comprise an anti-tamper sensor configured to detect the first RF signal, and an anti-theft sensor configured to detect the second RF signal. In some of these embodiments, the circuit includes a conductor configured to be broken when the security device is removed from an article.

Various embodiments of the invention include a method comprising removing an RFID tag from an article, detecting the removal of the RFID tag from the article by detecting a change in state of the RFID tag, recording a sale of the article, and associating the removal of the RFID tag with the sale of the article. Some of these embodiments further comprise logging the presence of the article in inventory

using the passive RFID tag. Other embodiments further comprise recording an identity of a person who removed the RFID tag from the article. Still other embodiments further comprise determining if the RFID tag was removed at a point of sale location or an unauthorized location. Removing the RFID tag from the article, in some embodiments, optionally includes making or breaking an electrical connection.

An RFID tag that can easily be removed but that when removed is modified such that it cannot be easily attached to another device without detection of the removal. It is desirable to attach RFID tags to items such as these items can be tracked. For example, an RFID tag may be attached to a pharmaceutical container to help track that container and thus prevent the distribution of counterfeit drugs. It is also desirable for an RFID tag to be removable so that an end user (e.g., consumer) may remove the RFID tag if desired. There is a problem in that making an RFID tag easily removable may make it possible to transfer the RFID tag from one article to another and thus reduce the utility of the RFID tag in reducing counterfeit drugs or other counterfeit items.

Some embodiments of the invention solve both of these needs by including an RFID tag that is easily removable but once removed cannot be attached to another item without the detection of the removal. The RFID tag of the invention optionally includes a switchable RFID tag whose state changes upon removal or tampering.

## DETAILED DESCRIPTION

FIG. 1 is a block diagram of a Switchable RFID Device 100. In some embodiments, Switchable RFID Device 100 is an identity device such as a passport, identity card, driver's license, immigration document (e.g., green card or visa), student identity card, library card, financial card (e.g., credit card, debit card or prepaid card), social security card, Military ID card, key, keycard or the like. Switchable RFID Device 100 optionally includes Visible Indications 120 such as a barcode, picture, image, name, address, text, and/or the like. Switchable RFID Device 100 further includes one or more Switchable RFID Tag 130. Switchable RFID Tag 130 includes one or more RFID Antenna 140, a Circuit 150, one or more Tag 160 and one or more Switch 170. Switch 170 is optionally disposed within Circuit 150 or Tag 160. RFID Antenna 140 is configured for sending a radio frequency (RF) signal from Switchable RFID Device 100 in response to a received signal. The received signal is optionally used to power Switchable RFID Tag 130. In some embodiments, the received signal is an RF signal received by RFID Antenna 140. In alternative embodiments, the received signal is received through an inductive coupling or a non-RF antenna within Circuit 150. RFID Antenna 140 is optionally a dipole antenna.

In some embodiments, Switchable RFID Tag 130 is configured for a user to be able to repeatedly turn on and off the function (e.g., delectability or readability) of Tag 160 using Switch 170. Circuit 150 typically further includes a diode, capacitor, transistor, and/or the like configured to receive power through RFID Antenna 140 or an inductive coupling or to convey signals between RFID Antenna 140 and Tag 160. In some embodiments, Tag 160 includes an integrated circuit.

Switchable RFID Tag 130 is differentiated from circuits found in RFID tags of the prior art by at least the inclusion of Switch 170. Switch 170 is optical, thermal, magnetic, mechanical, wireless, and/or electronic. Switch 170 is configured to be activated by a magnetic field, an electric field, a wireless signal, light, heat, mechanical force, and/or an

electronic circuit external to Switchable RFID Device 100. Switch 170 is optionally a sliding switch, a flip switch, a rotating switch, membrane switch, pushbutton switch, or other mechanical switch known in the art of mechanical switches. In typical embodiments, Switch 170 is configured for both turning on and turning off function of Tag 160.

In various embodiments, Switch 170 is normally open or normally closed, and the function of Tag 160 can be normally on or normally off. For example, In some embodiments, Switch 170 is a mechanical contact switch activated by applying pressure to an outside surface of Switchable RFID Device 100. In some embodiments, when this pressure is applied the functionality of Tag 160 will be turned on, and when this pressure is not applied the functionality of Tag 160 will be off. In some embodiments, Switch 170 is a mechanical contact switch activated using a magnetic field. In some embodiments, Switch 170 is an electrical switch turned on or off by a circuit external to Switchable RFID Device 100. For example, Switch 170 may include two electrical contacts exposed at the exterior of Switchable RFID Tag 130. When a conductance path, current and/or voltage is applied between these electrical contacts Switch 170 is turned on, or in alternative embodiments, turned off.

In various embodiments, Switch 170 functions by creating a short circuit. For example, Switch 170 can be configured to turn off the function of Tag 160 by short circuiting RFID Antenna 140, a diode within Circuit 150, a capacitor within Circuit 150, a transistor within Circuit 150, and/or a connection within Tag 160.

In various embodiments, Switch 170 functions by creating an open circuit. For example, Switch 170 can be configured to create an open circuit between (or within) RFID antenna 140, Circuit 150, and/or Tag 160.

In some embodiments, Switchable RFID Device 100 is configured to operate as a key and Switch 170 is activated to turn on the functions of Tag 160 by mechanical insertion of the key into a locking device. In these embodiments, the functions of Tag 160 are typically off when the key is not inserted in the locking device. The locking device is configured to activate Switch 170 using an electronic circuit, a mechanical force, or a magnetic field.

In alternative embodiments, an instance of Switch 170 is included in Tag 160 and/or Circuit 150. Thus, Switchable RFID Tag 130 may include a plurality of Switch 170, one Switch 170 in Circuit 150 and one Switch 170 in Tag 160. As is described further herein, these instances of Switch 170 may be configured to perform different functions.

FIG. 2 illustrates some of many possible locations for Switch 170 within Switchable RFID Device 100 where Switch 170 creates an open circuit. FIG. 3 illustrates some of man possible locations for Switch 170 within Switchable RFID Device 100 wherein Switch 170 creates a short circuit. The embodiments illustrated by FIGS. 2 and 3 include a Transistor 210, a Diode 220, and a Capacitor 230. Possible positions for Switch 170 are indicated by an "X."

In some embodiments, Switch 170 is configured to partially limit the functionality of Tag 160. Thus, Tag 160 may be configured to respond with data indicating a first state when Switch 170 is on and to respond with data indicating a second state when Switch 170 is off. For example, Switch 170 can be connected to logic circuits of Tag 160 in such a way that Tag 160 will transmit a limited amount of data when Switch 170 is off and a less limited amount of data when Switch 170 is on. For example, Tag 160 may be configured to respond with data indicating the name of a person when Switch 170 is off and to respond with the data including the name, an address, an account number and a

telephone number when Switch 170 is on. When Switch 170 is connected to a circuit within Tag 160, Switch 170 (or a plurality thereof) is optionally configured to separately control detection of and readability of Tag 160. Detection occurs when Tag 160 sends any response signal, while readability is a function of the data that may be included in the contents of the response signal.

FIGS. 4A and 4B illustrate one embodiment of Switchable RFID Device 100 in which Switch 170 is a sliding switch disposed along an Edge 420 of Switchable RFID Device 100. FIG. 4A illustrates an OFF Position wherein an Electrical Connector 410 between Circuit 150 and Tag 160 is in an open circuit state. In this state, Tag 160 is not normally detectable or readable. FIG. 4B illustrates an ON position wherein Switch 170 completes an electrical connection between Circuit 150 and Tag 160. In this position, Tag 160 is detectable and readable. In this embodiment, Switch 170 is configured to be moved between the on position and the off position, for example using a finger. In the on position, Switch 170 optionally extends from Edge 420 of Switchable RFID Device 100. In the off position, Switch 170 is optionally approximately flush with Edge 420. Some embodiments of the invention include a switch configured to be approximately flush with an edge of a financial card (e.g., credit card or debit card) in at least one position. Some embodiments of the invention include a switch configured to be below an edge of a financial card in at least one position. Switch 170 may be bistable or astable. Other features illustrated in FIGS. 4A and 4B are optional.

FIGS. 5A and 5B illustrates a Membrane Switch, generally designated 500, (and surrounding area) for use in a switchable RFID device such as Switchable RFID Device 100. Membrane Switch 500 is optionally an embodiment of Switch 170. Membrane Switch 500 is shown in the OFF and ON positions, in FIGS. 5A and 5B respectively. The use of a finger to operate Membrane Switch 500 is optional, other devices may be used to activate the switch. By bringing electrical conductors on a Surface 530 and a Surface 525 together, a switchable RFID tag is controlled, activated or deactivated. Typically, Surface 525 and Surface 530 are coated with an electrical conductor, such as copper. In some embodiments, a Support Layer 510 is disposed at a First Surface 515 of Switchable RFID Device 100 and a Flexible Membrane 520 is disposed at a Second Surface 535 of Switchable RFID Device 100. Thus, the Flexible Membrane 520 includes both Surface 525 and an outer surface, e.g., Surface 535 of Switchable RFID Device 100. In some embodiments, Surface 535 extends beyond Membrane Switch 500 to Surrounding Areas 550. As such Flexible Membrane 520 is essentially flush with a surface of Switchable RFID Device 100. Flexible membrane 520 and Support Layer are separated by a Spacer 540. In some embodiments, Spacer 540 extends beyond the immediate vicinity if Membrane Switch 500 to Surrounding Areas 550. Spacer 540 optionally extends essentially throughout Switchable RFID Device 100. As such, Surface 535 can be essentially smooth, e.g. does not include raised portions near Membrane Switch 500. Support Layer 510 is typically stiffer than Flexible Membrane 520.

In various embodiments, Membrane Switch 500 is included in an identity device such as a passport, driver's license, immigration card, key card, financial card, ID card, or the like. For example, In some embodiments, Membrane Switch 500 is included within a passport or other identity device having a clamshell configuration. In these embodiments, Flexible Membrane 520 is optionally disposed toward an interior of the identity device when the identity

device is closed. In this position, Flexible Membrane 520 is protected from inadvertent contact and typically can only be pressed after the identity device is opened.

In various embodiments, Membrane Switch 500 is included in a financial card (e.g., a credit card, debit card or the like). In some of these embodiments, Flexible membrane 520 is essentially flush with Surrounding Areas 550 of the financial card including Surface 525, as illustrated in FIGS. 5A and 5B. In this position Membrane Switch 500 does not substantially stick out from First Surface 525 of the financial card and is, thus, protected by Surrounding Areas 550 from inadvertent activation. In some embodiments, Membrane Switch 500 is recessed below First Surface 535.

FIG. 5C illustrates an embodiment of Membrane Switch 500 further including a Spring 555. Spring 555 may be considered a switch activator. Spring has an activation height at which the spring center will spring into contact with the Support Layer 510 this activation height is typically below First Surface 535.

FIG. 5D illustrates a cross-sectional view of Membrane Switch 500 disposed within Switchable RFID Tag 130. Tag 160 is at least partially disposed within Spacer 540 and/or Support Layer 510. Spacer 540 and/or Support Layer 510 optionally include a cavity configured to receive Tag 160. In some embodiments, Tag 160 is deposited on Support Layer 510 before Spacer 540 is deposited on Support Layer 540. In these embodiments, Support Layer 540 is formed around Tag 160. In some embodiments, Spacer 540 is configured to hermetically seal Tag 160 and/or Membrane Switch 500.

In various embodiments, an Opening 570 within Membrane Switch 500 is less than or equal to 2.0 mm, 1.5 mm, 1.75 mm, 1.25 mm, 1.0 mm, 0.75 mm, or 0.5 mm think as measured from Surface 525 to Surface 530.

The membrane switch illustrated in FIGS. 5A and 5C is optionally disposed such that Flexible Membrane 520 is approximately flush with, or recessed in, First Surface 535 of an identity device such as a driver's license or credit card. As such, Spacer 540 prevents the membrane switch from being activated when a force is applied to the entire first surface. For example, when the identity device is placed within a wallet and the wallet is compressed.

Spacer 540 optionally extends essentially throughout an identity device. For example, where Switchable RFID Device 100 is a credit card, Spacer 540 may extend to the outer edges of the credit card. Flexible Membrane 520 optionally includes a picture of a user and/or an indication of the location of Opening 570 in Spacer 540. In some embodiments, Flexible Membrane 520 is transparent and Spacer 540 includes a picture of a user or a credit card number. In some embodiments, Spacer 540 includes a cavity configured to fit an integrated circuit, the integrated circuit configured to operate as part of Tag 160 and optionally mounted on Support Layer 540. In some embodiments, Support Layer 540 includes conductive traces configured to connect Tag 160 to an RFID Antenna 140. In some embodiments, Spacer 540 is generally rectangular in shape, (e.g., in the shape of a financial card).

FIG. 6 illustrates a top view of Membrane Switch 500 of FIG. 5C, according to various embodiments of the invention. In these embodiments, the shape of the Opening 570 is configured to prevent Spring 555 from rotating. A wide variety of alternative shapes may be used in alternative embodiments.

FIG. 7 illustrates Switchable RFID Tag 130 in an embodiment wherein Switchable RFID Device 100 includes an Identity Document 700 having a clamshell configuration (e.g., a passport). Switchable RFID Tag 130 may be included

in a Cover **740**, a Cover **730**, or an interior page (not shown) of Identity Document **700**. Identity Document **700** optionally includes Shielding **710**. Flexible Membrane **520** is typically disposed such that it is on the interior of Identity Document **700** when Identity Document **700** is closed. See U.S. nonprovisional patent application Ser. No. 11/350,309 filed Feb. 7, 2006 for further details of Identity Document **700**, according to some embodiments.

FIG. **8** illustrates the manufacture of instances of Identity Document **700**. At one stage in the manufacturing process, Shielding **710** is dispensed in the form of a strip. The strip is laid down over what will be several separate instances of Identity Document **700** (after when the manufacturing is completed). A plurality of Switchable RFID Tag **130** are deposited, creating a device including several Switchable RFID Tag **130**. The assembled material, including Shielding **710** is optionally cut to separate the locations where the instances of Switchable RFID tag **130** are deposited or to be deposited. As a result a plurality of Identity Document **700** are produced. Pages are optionally added to the assembled material prior to cutting. See U.S. nonprovisional patent application Ser. No. 11/350,309 filed Feb. 7, 2006 for further details, according to some embodiments.

In the above and other embodiments, Switchable RFID Tag **130** is optionally disposed such that the switch mechanism is accessed from the inside of Cover **730** or Cover **740**, the inside being the sides that face each other when Identity Document **700** is closed. This orientation is optionally configured to reduce the probability of inadvertently activating Switch **170** when Identity Document **700** is closed. For example, in these embodiments, Flexible membrane **510** may be to the inside (of the closed Identity Document **700**) and Support Layer **510** may be to the outside. Support Layer **510** optionally includes a stiffener in the region near Opening **570**.

FIG. **9** illustrates an exploded view of an embodiment of Switchable RFID Device **100** including a Driver's License, generally designated **900**. In this view, for clarity, Spacer **540** is removed and Flexible Membrane **520** is separated from Tag **160**, RFID Antenna **140**, Circuit **150** and Support Layer **510**. A location of Membrane Switch **500** is indicated by Markings **920** visible at Flexible Membrane **520**. Surface **535** is of uniform level across the face of Driver's License **900**. As such, Switchable RFID Device **100** can smoothly be placed in a wallet and Membrane Switch **500** is protected from inadvertent activation by Spacer **540**. Membrane Switch **500** is optionally disposed at least partially within RFID Antenna **140**. A similar embodiment of Switchable RFID Device **100** may include a credit card or similar financial device.

FIG. **10** illustrates an embodiment of Switchable RFID Device **100** including a plurality of Switches, designated **1010**, **1020** and **1030**. These embodiments of Switchable RFID Device **100** may include an identity device, financial device, credit card, debit card, remote control, product label, communication device, or the like. Any of Switches **1010**, **1020**, and **1030** are optional. Switch **1030** is configured for turning Switchable RFID Device **100** ON and OFF. For example, as illustrated, Switch **1030** may be disposed in a connection between RFID Antenna **140** and a Power Circuit **1040**. Power Circuit **1040** is an embodiment of Circuit **150** configured to generate electrical power from a received signal to power Tag **160**.

Switch **1010** and Switch **1020** are configured to control processing logic within Tag **160**. For example, in some embodiments, Switch **1010** and Switch **1020** are configured to provide Boolean (true/false) values to a logic circuit

within Tag **160**. Some embodiments include further switches (e.g., 3, 4, 6, 8, 10 or more) configured to control processing logic.

In various embodiments, the processing logic within Tag **160** can be configured to perform a wide variety of functions responsive to Switch **1010**, Switch **1020**, and any additional switches present. For example, in some embodiments, the processing logic is configured such that when Switch **1010** is activated a transaction amount is approved and when Switch **1020** is activated the transaction amount is disapproved. Alternatively, Switch **1010** and Switch **10** may be part of a set of switches used to enter a PIN (personal identification number), an encryption key, an amount, an authorization code, an RFID reader identification number, an identification number associated with Switchable RFID Device **100**, a selection of a mode of Tag **160**, text, numbers, and/or other data.

In some embodiments, data sent by Tag **160** using RFID Antenna **140** is responsive to Switch **1010** and/or Switch **1020**. For example, in some embodiments, Tag **160** will send a different identification number depending on whether Switch **1010** or Switch **1020** is activated. In some embodiments, Tag **160** is configured to allow a transaction up to a certain value if neither Switch **1010** nor Switch **1020** is activated, and progressively higher values if Switch **1010** or Switch **1020** is activated. In some embodiments, Tag **160** is configured to require that Switch **1010** and Switch **1020** be activated in a specific combination, order and/or with a specific temporal pattern in order to perform some operation, e.g., a financial transaction.

While the embodiment of Switchable RFID Device **100** illustrated in FIG. **10** includes one instance of Tag **160**, as discussed elsewhere herein, Switchable RFID Device **100** optionally includes more than one instance of Tag **160**. When more that one instance of Tag **160** is present, a separate instance of Switch **1030** may be disposed between RFID Antenna **140** (or Circuit **150**) and each instance of Tag **160**. In this configuration, the instances of Switch **1030** may be used to select which instance of Tag **160** to activate. Switch **1010** and/or Switch **1020** may, likewise, be configured to select, activate or control different instances of Tag **160**.

In some embodiments, Switchable RFID Device **100** includes a Memory **1050**. Memory **1050** is optionally programmable. For example, in some embodiments, Memory **1050** is programmable using data entered through instances of Switch **1010** and Switch **1020**. In some embodiments, Memory **1050** is changed from a write state to a read only state, using Switch **1010**. In various embodiments, Memory **1050** is configured to store data to be broadcast, encryption information, data keys, values to be used in conjunction with data entered suing Switch **1010**, data for logic processing, identifying data, account data, mode data characterizing a mode of Switchable RFID Device **100**, or the like. Memory **1050** can be volatile or non-volatile, FLASH, SDRAM, ROM, DDRAM, DRAM, or the like. Some embodiments of the invention include an automated device configured to actuate Switch **170** in order to place Switchable RFID Tag **130** in a programmable mode.

FIG. **11** illustrates various embodiments of Tag **160** configured for use in embodiments of Switchable RFID Device **100** including a plurality of switches. In the illustrated embodiments, Tag **160** includes a First Logic Input **1110** and an optional Second Logic Input **1120**, configured to be coupled to Switch **1010** and Switch **1020**, respectively. First Logic Input **1110** and Second Logic Input **1120** are each configured to be responsive to a different switch. First Logic

Input 1110 and Second Logic Input 1120 are configured to control the function of Tag 160.

For example, in some embodiments, Tag 160 is configured to output different data via a Data Input/Output 1140 depending on the state of Switch 1010 as determined by the First Logic Input 1110. Tag 160 is optionally configured to output different data depending on whether a switch coupled to First Logic Input 1110 or a switch coupled to Second Logic Input 1120 is activated.

In some embodiments, the switches illustrated in FIG. 11 are membrane switches. In some embodiments, the switches illustrated in FIG. 11 are irreversible switches.

FIG. 12 illustrates an instance of Tag 160, according to various embodiments of the invention. These embodiments include a plurality (e.g., 2, 3, 4, 8, 10, 12 or more) of switch inputs, such as First Logic Input 1110, Second Logic Input 1120 and Third Logic Input 1230. First Logic Input 1110, Second Logic Input 1120 and Third Logic Input 1230 are configured to receive inputs from Switch 1010, Switch 1020, Switch 1030, or the like, respectively. The state of connected switches (Switch 1010, Switch 1020, etc.) is monitored by an optional Switch State Monitor 1240 and a Processing Logic 1250. Switch State Monitor 1240 is optionally a multiplexer, latch, logic circuit, or the like.

In some embodiments, Processing Logic 1250 is configured to process data received through a Data Input From Antenna 1260, to receive power from a Power Input From Antenna 1130, and to generate data for output through a Data Output to Antenna 1270 responsive to the states of Switch 1010, Switch 1030, etc. The generated data is optionally further responsive to data stored in Memory 1050 and/or data received from Data Input from Antenna 1260.

The data received from Memory 1050 can include codes required for Processing Logic 1250 to generate specific data for communication through Data Output to Antenna 1270. For example, in some embodiments, Tag 160 is configured to output an RF signal only if data in Memory 1050 matches a state of Switches 1010 and 1020. In some embodiments, the state of switches is used to determine which of several different alternative RF signals to transmit. For example, if Switch 1010 is activated then a first signal is transmitted, if Switch 1020 is activated then a second signal is transmitted, and if no switches are depressed than no signal is transmitted or an third signal is transmitted. The first and second signals are optionally associated with different financial accounts and/or different functions.

Some embodiments of the invention include a multi-switch credit card including one or more instances of Tag 160. This multiswitch credit card optionally is configured to be associated with more than one financial account and switches may be used to indicate which of the more than one financial account should be used for a transaction. In one example, the multiswitch credit card includes an instance of Tag 160 configured for engaging in a financial transaction responsive to Switch 1010 and also configured to operate an electronic lock responsive to Switch 1020.

Some embodiments of the invention optionally include programming of Tag 160 to make associations with the one or more financial account. This programming can include entering data within Memory 1050. Alternatively, Tag 160 is configured to include a plurality of exchangeable Memory 1050. In these embodiments, Tag 160 is programmed to operate with different financial accounts and/or functions by inserting different instances of Memory 1050 within Switchable RFID Tag 130. The multiswitch credit card is, thus, optionally a multi account credit card.

Some embodiments of Switchable RFID Device 100 are configured to include a plurality of Tag 160. Each member of the plurality of Tag 160 may be responsive to one or more switches. In some embodiments, Switchable RFID Device 100 is configured to receive one or more replaceable instances of Tag 160. In these embodiments, Switchable RFID Device 100 may be programmed by replacing an instance of Tag 160. Multiple instances of Tag 160 optionally share one instance of RFID Antenna 140 and/or one instance of Memory 1050.

FIG. 13 illustrates a method according to various embodiments of the invention. In these embodiments, power is received by Tag 160 through an RF or inductive signal in a Receive Power Step 1310. The RF signal optionally includes data received in a Receive Data Step 1320. The state of one or more of Switches 1010, Switch 1020, etc. is then determined in a Determine Switch State 1330 Step. This state is used to determine an RF response, of any, in a Determine Response Step 1340. The RF response is then sent in a Send Response Step 1350.

FIG. 14 illustrates various embodiments of the invention in which Switchable RFID Device 100 is configured as a RF Powered Remote 1400 configured to control external devices. This RF Powered Remote 1400 optionally does not require an internal power source (e.g., is powered wirelessly). Power is received from an RF (radio frequency) signal via RFID Antenna 140 and used to send a return signal, typically through the same instance of RFID Antenna 140. RF Powered Remote 1400 uses one or more Switchable RFID Tag 130 to activate and deactivate or modify the return signal. The one or more Switchable RFID Tag 130 optionally share RFID Antenna 140, power circuits, and/or processing logic. RF Powered Remote 1400 is typically a multifunction remote control.

RF Powered Remote 1400 is optionally used as part of a locking mechanism, such as in a vehicle lock or door lock. RF Powered Remote 1400 is optionally configured to control electronic equipment, such as a computing device, a video recording device, projector, a game, a stereo, or a television. RF Powered Remote 1400 is optionally configured to control a garage door opener.

As illustrated in FIG. 14, a Transmitter 1410 is configured to send an RF signal to provide power to RF Powered Remote 1400. This RF signal is received by RF Powered Remote 1400. When a switch (e.g. a First Switch 1420 or a Second Switch 1430), included in RF Powered Remote 1400, is in a first position the received power is used to send a return signal from RF Powered Remote 1400 to the device being controlled, e.g. a Controlled Device 1440. Transmitter 1410 is optionally included in Controlled Device 1440. When First Switch 1420 and/or Second Switch 1430 is in a second position the received power is not used to send the return signal from the remote, or is used to send a different return signal. The return signal may include audio, RF, infrared light, visible light, or the like. First Switch 1420 and Second Switch 1430 are optionally embodiments of Switch 1010, Switch 1020, or Switch 1030. In various embodiments, RF Powered Remote 1400 includes 1, 2, 3, 4 or more switches, such as First Switch 1420 and Second Switch 1430. Typically, different switches are configured to control different functions of Controlled Device 1440.

In some embodiments, First Switch 1420 and/or Second Switch 1430 are configured to control the collection of power from the RF signal. In some embodiments, First Switch 1420 and/or Second Switch 1430 are configured to prevent the power from flowing through an integrated circuit within the RF Powered Remote 1400. In some embodi-

ments, the First Switch **1420** and/or Second Switch **1430** are configured to decouple an instance of RFID Antenna **140** within RF Powered Remote **1400**. In some embodiments, the First Switch **1420** and/or Second Switch **1430** are configured to prevent data transmission from RF Powered Remote **1400**. In some embodiments, First Switch **1420** and/or Second Switch **1430** are configured to control logic within an instance of Tag **160** within RF Powered Remote **1400**. In various embodiments, First Switch **1420** and/or Second Switch **1430** are normally on or normally off. In some embodiments, more than one switch is configured to control logic within the same integrated circuit.

The embodiments of RF Powered Remote **1400** illustrated in FIG. **14** include a Power Collection Circuit **1450** configured to convert the received RF signal to electrical power of the operation of one or more Tag **160**. RF Powered Remote **1400** is configured to power an integrated circuit, e.g., Tag **160**, and send a return signal using the electrical power produced by Power Collection Circuit **1450**. The RF Powered Remote optionally receives all of its electrical power from the Power Collection Circuit **1450**.

Depending on the state of Switch **1420** and/or Switch **1430**, Tag **160** may cause the return signal to be transmitted using a Return Signal Generator **1460**. Return Signal Generator **1460** is optionally included in Tag **160**. Return Signal Generator **1460** is optionally shared by a plurality of Tag **160** within RF Powered Remote **1400**. In some embodiments, Return Signal Generator **1460** includes an instance of RFID Antenna **140**.

First Switch **1420** and Second Switch **1430** each control Tag **160**, such that the return signal is responsive to the states of these, and optionally further, switches. For example, in some embodiments, if First Switch **1420** is on, then Tag **160** will include a first data in the return signal, and if Second Switch **1430** is on, then Tag **160** will include a second (typically different) data in the return signal.

The RF Transmitter **1410** and Controlled Device **1440** are optionally separate. For example, the RF transmitter may be included in an automobile and the controlled device may be a garage door.

In some embodiments, First Switch **1420** is activated by insertion of RF Powered Remote **1400** in part of a locking system.

In some embodiments, First Switch **1420** is coupled to a button configured for turning the volume of an electronic device up and/or Second Switch **1430** is coupled to a different button configured for changing a channel.

In some embodiments, RF Powered Remote **1400** is configured to unlock a car.

In various embodiments, RF Powered Remote **1400** includes a wireless keypad, a wireless computer mouse, a wireless keyboard, a wireless microphone, a key, a telephone, an identity document, or the like.

In some embodiments, RF Powered Remote **1400** is included in a hermetically sealed and/or waterproof housing. Because the RF powered remote is remotely powered, there is no necessity for a battery compartment or power plug.

First Switch **1420** and Second Switch **1430** may include a push-button switch, a membrane switch, a sliding switch, a magnetic switch, or any of the many other switches known in the art to make and break electrical connections. First Switch **1420** is optionally part of a roller, wheel or dial that makes and breaks an electrical connection as it is turned. First Switch **1420** and Second Switch **1430** are optionally embodiments of Switch **170**.

In some embodiments, a single instance of RF Transmitter **1420** is configured to power a plurality of Tag **160**. Each of

this plurality of Tag **160** is optionally configured to control a separate electronic device or operate different functions in a single electronic device. The plurality Tags **160** optionally included in the same RF Powered Remote **1400**.

In some illustrative embodiments, an instance of RF Transmitter **1410** is disposed within a vehicle dashboard and a plurality of Tag **160** are disposed within a steering wheel of the vehicle or rear view mirror. One of the plurality Tag **160** is configured to control an audio system and another of the plurality of switchable RFID tags is configured to control a climate system (e.g., air conditioner or heating). In some embodiments, the wireless response signals generated by both of these Tag **160** is received by a RF receiver and communicated to a circuit that then controls the separate electronic devices. In alternative embodiments, each of the separate electronic devices (e.g., audio system and climate system) includes a separate RF receiver configured to receive the response signals.

FIG. **15** illustrates an embodiment of Switchable RFID Device **100** including a Multiswitch Credit Card **1500**, according to various embodiments of the invention. Multiswitch Credit Card **1500** includes two or more switches, such as Switch **1510**, Switch **1511**, and optional Switch **1512**. Switches **1510**, **1511** and **1512** are optionally embodiments of Switch **1010** and Switch **1020**. Multiswitch Credit Card **1500** further includes one or more instances of Tag **160**, an optional instance of Circuit **150** configured to generate power for used by Tag **160**, and RFID Antenna **140**. In embodiments without Circuit **150**, Multiswitch Credit Card **1500** includes its own power source (not shown).

Switches **1510**-**1512** are each configured to make or break an electrical connection, the state of which can be determined by the resistance of electric current flow or the presence of a current or voltage. In some embodiments, Switches **1510**-**1512** are membrane switches, such as Membrane Switch **500**. In various embodiments, Multiswitch Credit Card **1500** including Switches **1510**-**1512** is less than 4, 3, 2, 1.5, 1, or 0.5 mm thick. In various embodiments, Switches **1510**-**1512** are essentially flush with a front surface of Multiswitch Credit Card **1500**.

In some embodiments, Circuit **150** is configured to generate electrical power from the RF signal received via RFID Antenna **140** for use by one or more instances of Tag **160**. In some embodiments, Circuit **150** and/or RFID Antenna **140** are shared by several instances of Tag **160** within Multiswitch Credit Card **1500**. In some embodiments, Multiswitch Credit Card **1500** is configured not to transmit an RF signal unless at least one of Switches **1510**-**1512** is activated. In some embodiments, Switches **1510**-**1512** are configured for entering an access code, such as PIN or password. The access code is optionally encoded by an order in which the states of switches are changed, by a switch combination, and/or by a temporal relationship between changes in switch state, e.g., a temporal pattern.

In some embodiments, Switches **1510**-**1512** are configured for approving the amount of a financial transaction. In some embodiments, Switches **1510**-**1512** are configured for selecting from among a plurality of financial accounts. For example, activating Switch **1510** may result in a transaction being debited from a checking account, activating Switch **1511** may result in a transaction being applied a first charge account, and activating Switch **1512** may result in a transaction being applied to a second charge account.

In some embodiments, Multiswitch Credit Card **1500** (or other embodiments of Switchable RFID Tag **100**) includes encryption logic configured to operate in response to the activation of switches. For example, the encryption logic

may be configured to use data received via switches as an encryption or decryption key. The encryption logic may be configured to encrypt data received via switches prior to transmission of this data. In some embodiments, Switchable RFID Tag **100** is configured to make use of rolling codes for security purposes. In these embodiments, synchronization of the codes is optionally be coordinated by a central server configured to communicate with point of sale stations. In some embodiments, a switch is activated using a biometric sensor. The features described herein with respect to various embodiments of Switchable RFID Tag **100**, such as Multi-switch Credit Card **1500**, may be included in other types of identity devices.

In various embodiments of the invention, an identity device includes both one or more electrical contact configured to make physical electrical contact with a reader and a RFID tag configured to communicate wirelessly with a reader. The physical contact is optionally used to convey communication that is different from the wireless communication. For example, the physical connection based communication may include programming of a circuit within the RFID tag (e.g., programming account number), while the wireless communication may be more limited than the physical connection based programming, (e.g., the wireless communication may be limited to reading the programmed account number). In another example, the wireless communication may be configured for a limited set of transaction types (e.g., those less than $50, or deposits), while the physical communication is configured for additional transaction types (e.g., larger value withdrawals). Further, the physical communication may be used for downloading transaction logs or other data stored on the ID card. Transaction logs are optionally stored using power received through RFID Antenna **140**.

In various embodiments, an identity device includes a plurality of switches and is configured to engage in a transaction or allow access (to an account, data, or a physical location) responsive to whether proper members of the plurality of switches are pressed. For example, in one embodiment the ID card includes 10 switches configured for a user to enter a PIN (personal identification number) or password. Only when the proper data is entered using the plurality of switches will the ID card participate in certain functions, such as an electronic payment or opening of a lock. As described further herein, different numbers of switches are possible.

In various embodiments, an identity device includes logic configured to process data entered using a plurality of switches. This logic may, for example, prevent the identity device from transmitting an RF signal unless the entered data matches previously stored data, for example, if an entered PIN matches a stored access code. The logic may be responsive to the order of switches activated, combinations of switch activation (e.g., which switches are activated at the same time), or which of the plurality of switches are activated. Timing may be achieved through the use of appropriate RC (resister-capacitor) circuits or a clock signal.

Various embodiments of the invention include a modified version of Basic Access Control. In these embodiments, the logic is configured to prevent the identity device from transmitting certain data unless the data entered using switches on the identity device matches an ID number of a RFID reader making a request. The logic may be configured to implement Basic Access Control, such as that used in electronic U.S. passports, but unlike the system used in

current passports, the data entered is an ID of the reader and the data is entered at the passport (or other identity device) rather than at the reader.

In various embodiments, the identity device includes a plurality of switches configured for a user to enter data associated with a reader. For example, In some embodiments, the switches are configured to receive an ID number of a point of sale (POS) device. Logic within the identity device may then use this ID number to assure that a transaction is communicated to the correct POS device. For example, if several vending devices are positioned adjacent to each other, the ID number of one of the vending devices may be entered in the identity device using the plurality of switches and the ID card may then be enabled to engage in a transaction with that particular vending device but not the other nearby vending devices.

Passwords, PINs, or the like received by the identity device through the plurality of switches are optionally stored in volatile memory within the identity device. When the identity device ceases to receive energy through an RF signal the data stored in this volatile memory is discarded (lost). In some embodiments, this data is stored in non-volatile memory and thus retained between RF transmissions.

In some embodiments, the identity device is configured to store an account balance in static memory. Logic within the identity device is optionally configured such that the account balance can only be increased using a physical connection, while the account balance can be debited using a wireless connection. Alternatively, logic within the identity device is optionally configured such that the account balance can only be debited using a physical connection.

Some embodiments of the invention include methods of purchasing using a switchable RFID. The identity device is placed within the reading range of a wireless POS device. One of a plurality of switches within identity device is activated such that an RFID tag will respond to an RF signal from the POS device. The RFID tag responses to the RF signal from the POS by energizing itself using the RF signal and generating a response RF signal. The responsive RF signal includes an account number such as a checking or savings account number, a credit card number, identity number, or the like, responsive to the switch.

FIGS. **16A**-**16C** illustrate positions of RFID Antenna **140** within Multiswitch Credit Card **1500**, according to various embodiments of the invention. As illustrated in FIG. **16A**, in some embodiments, RFID Antenna **140** is disposed such that Embossed Lettering or Numbering **1520** is inside of RFID Antenna **140**. In these embodiments, at least part of Switch **170** (or a plurality thereof) is optionally disposed inside of RFID Antenna **140**. As illustrated in FIGS. **16B** and **16C**, in some embodiments, RFID Antenna **140** is disposed primarily in the part of a credit card (e.g., the upper half) that does not include Embossed Lettering or Numbering **1520**. In these embodiments, Switch **170** (or a plurality thereof) may be disposed either inside and/or out side of RFID Antenna **140**. As illustrated in FIG. **16C**, when Switch **170** is disposed outside of RFID Antenna, Connections **1510** between Switch **170** and Tag **160** are optionally routed to avoid Embossed Lettering or Numbering **1520**. In some embodiments, Spacer **540** is comprised of a material that can be embossed to form raised lettering and numbering (e.g., a name and credit card number). In these embodiments, the manufacture of Embossed Lettering or Numbering **1520** can be made through Spacer **540**.

In some embodiments, of the invention, one or more instances of Switch **170** are configured to control whether

Tag **160** (and/or associated memory) are in a programmable state or a non-programmable state. For example, when an instance of Switch **170** is in a first state writing to non-volatile memory within Tag **160** is allowed and when Switch **170** is in a second state writing to the non-volatile memory is not allowed but reading of the non-volatile memory may be allowed. In some embodiments, Switch **170** is initially in a state wherein the non-volatile memory can be written to and the switch is then irreversible changed to a state wherein the non-volatile memory can no longer be written to.

The irreversible change optionally includes breaking of a conductor. For example, in some embodiments, an RFID enabled identity device is configured such that an instance of Switch **170** comprises a Conductor **1710** coupled to Tag **160**. As illustrated in FIG. **17**, when Conductor **1710** is unbroken Tag **160** is in a programmable state, e.g., non-volatile memory within Switchable RFID Tag **130** can be written to. After programming this conductor is broken and Tag **160** is thus irreversibly changed to a nonprogrammable state. Data already programmed within Switchable RFID Tag **130** may be locked by the breaking of Conductor **1750**. In one embodiment, Conductor **1710** is broken through the manufacture of Embossed Lettering or Numbering **1520**. For example, embossing a credit card number into a credit card can break a conductor and thus lock the contents of non-volatile memory within the credit card. In alternative embodiments, an identity device includes a plurality of Conductor **1710** and members of this plurality are broken in order to program function of Tag **160**. Each member of the plurality of Conductor **1710** that is or is not broken represents one bit of logic programmed.

Some embodiments of the invention include a switchable RFID tag is configured to be remotely switched using an RF signal. In some embodiments, in an OFF state, the RFID tag will not transmit a response signal and thus is not remotely detectable using an RF signal. In an ON state, the RFID tag will transmit a response signal The RFID tag is switched between the ON state and the OFF state through receipt of a specific command or commands, through an RF signal. In alternative embodiments, the RFID tag includes multiple ON states, optionally in combination with an OFF state.

FIG. **18** illustrates a remotely switchable RFID Tag **1800** including an Antenna **1810**, a Power Electronics **1820**, and an Integrated Circuit **1830**. RFID Tag **1800** is optionally an embodiment of other RFID tags disclosed herein. Likewise, Antenna **1810**, Power Electronics **1820** and Integrated Circuit **1830** are optionally embodiments of other antennae, power electronics and integrated circuits disclosed herein. Antenna **1810** is configured to send and receive data encoded in an RF signal and also optionally configured to receive sufficient energy to power RFID Tag **1800**.

Power Electronics **1820** are configured to receive energy through Antenna **1810** and to power Integrated Circuit **1830** using this received energy. Power Electronics **1820** typically include elements such as a diode, capacitor, transistor, or the like.

Integrated Circuit **1830** includes an Input **1835** configured to receive data from Antenna **1810** and power from Power Electronics **1820**. Integrated Circuit **1830** further includes an Output **1840** configured to convey data to Antenna **1810** for transmission as an RF signal.

Integrated Circuit **1830** further includes an optional State Memory **1845** configured to store the current state of the RFID Tag, e.g., ON or OFF. In various embodiments, State Memory **1845** includes a memory location in a static random access memory, a magnetic memory, or the like. In these embodiments, the state stored within State Memory **1845** is

preserved without a constant source of power. In some embodiments, State Memory **1845** includes memory configured to store data only while power is available. In this embodiment, the ON state is typically temporary and automatically reverts to the OFF state after power is no longer available.

Integrated Circuit **1830** further includes an optional Data Memory **1850** configured to store data received through Antenna **1810**, and/or to be transmitted using Antenna **1810**. The data stored in Data Memory **1850** may include a serial number of RFID Tag **1800**, identification data, biometric data, medical information, license information, or the like.

Integrated Circuit **1830** further includes a Key Memory **1855** configured to store a key required to change the state of the RFID Tag **1800** from ON to OFF, from OFF to ON, and/or between two ON states. Key Memory **1855** is typically static memory, and optionally read only memory or write-once memory. In other embodiments, the Key Memory **1855** is memory configured for temporary storage of data.

Integrated Circuit **130** further includes Switch Logic **1860** configured to read the state stored in State Memory **1845** and, responsive to the read state, either transmit or not transmit an RF signal using Antenna **1810**. The transmitted data optionally includes data stored in Data Memory **1850**. In some embodiments, Switch Logic **1860** is configured to not transmit an RF signal unless the state read from State Memory **1845** indicates that the RFID Tag is in an on state. In some embodiments, Switch Logic **1860** is configured to read the state stored in State Memory **1845** and, responsive to the read state, transmit one of a plurality of alternative data stored in Data Memory **1850**. In some embodiments, Switch Logic **1860** is configured to read the state stored in State Memory **1845** and, responsive to the read state, transmit different amounts of data stored in Data Memory **1850**.

In some embodiments, Switch Logic **1860** is configured to receive data through Antenna **1810**, to read a key from Key Memory **1855**, to compare the received data with the read key, and to change the state stored in State Memory **1845** responsive to this comparison. For example, in some embodiments, if the read key matches the received data, the state of the RFID Tag **1800** is set to ON, or changed from one ON state to another ON state. In some embodiments, Switch Logic **1860** includes logic configured to decrypt or apply a hash function to the received data prior to the comparison. The Switch Logic **1860** can include software, hardware, and/or firmware. In some embodiments, State Memory **1845** is configured to store a rolling code.

In some embodiments, Integrated Circuit **1830** is embodied in several devices. For example, the functionality of Integrated Circuit **1830** may be distributed among several chips. In some embodiments, Key Memory **1855**, Antenna **1810**, Switch Logic **1860** and/or State Memory **1845** are configured to be shared by more than one instance of Integrated Circuit **1830**. For Example, two or more instances of RFID Tag **1800** may be included in a single device and these two or more instances of RFID Tag **1800** may share a single instance of Key Memory **1855**, Antenna **1810**, Switch Logic **1860** and/or State Memory **1845**.

In some embodiments, RFID Tag **1800** further includes a mechanical switch configured to control operation of RFID Tag **1800**. This switch may include, for example, Switch **170** (FIG. **1**). For example, in one embodiment, Switch Logic **1860** is configured for turning ON and OFF operation of RFID Tag **1800**, while Switch **170** is configured to select between alternative ON states. In an alternative embodi-

ment, Switch **170** is configured for turning ON and OFF operation of RFID Tag **1800** and Switch Logic **1860** is configured for selecting between alternative ON states. In some embodiments, proper activation of both Switch **170** and Switch Logic **1860** is required to turn RFID Tag **1800** to an ON state. Thus, in order for RFID Tag **1800** to transmit certain information, or to transmit at all, Switch **170** must be activated by a person and Switch Logic **1860** must receive a proper key from an RF reader. This provides a dual layer of mechanical and key based security. In some embodiments, the switch must be activated and a proper key must be received in order for RFID Tag **1800** to transmit certain information. In some embodiments, use of Switch **170** will activate RFID Tag **1800** in a first ON state and use of Switch Logic **1860** (through an RF signal) will activate RFID Tag **1800** in a second ON state. The second ON state optionally requires use of both Switch **170** and Switch Logic **1860**.

In some embodiments, Integrated Circuit **1830** also includes an independent Power Supply **1865** such as a battery or capattery.

In some embodiments, the switchable RFID Tag **1800** of FIG. **1** is included in an identification document such as a driver's license, green card, passport, or the like. In some embodiments, the Switchable RFID Tag **1800** is included in a wireless key configured to open a lock, to access data, to gain entry, or the like. In some embodiments, Switchable RFID Tag **1800** is included in a cellular telephone or an other device configured to communicate using WiFi, WiMAX, or similar non-RFID standards.

FIG. **2** is a flowchart illustrating a method of changing a state of RFID Tag **1800**. In an optional Receive Energy Step **1910**, energy sufficient to power RFID Tag **1800** is received by Antenna **1810**. Receive Energy Step **1910** is typically similar to Receive Power Step **1310**. In a Receive Data Step **1920**, data is received by Antenna **1810** in the form of an RF signal. In some embodiments, Receive Data Step **1920** requires that a mechanical switch be activated. In a Read Key Step **1930**, a key is read from Key Memory **1855**. Optionally, the data received in the Receive Data Step **1920** is decrypted or otherwise processed. In a Compare Step **1940**, the read key is compared with the, optionally processed, data received in the Receive Data Step **1920**.

In a Change State Step **1950**, the state of RFID Tag **1800** is changed responsive to results of the comparison made in the Compare Step **1940**. In some embodiments, if there is a match between the key and the data then the state of RFID Tag **1800** is set to ON. Setting the state ON optionally includes writing a value to State Memory **1845**. In some embodiments, if there is no match between the key and the data then the state is set to OFF. In some embodiments, if there is a match between the key and the data, then the state is set to one of two or more possible ON states. In one of the two or more possible ON states, RFID Tag **1800** can transmit a response RF signal but the data that can be included in the response RF signal is restricted relative to another of the two or more possible ON states. For example, in one embodiment, in one ON state RFID tag **1800** is configured to include a name in the response RF signal, but another ON state RFID tag **1800** is configured to include the name and medical information in the response RF signal.

In some embodiments, RFID Tag **1800** is automatically returned to the OFF state from the ON state, in a Revert Step. For example, in one embodiment the ON state remains only so long as there is charge on a capacitor. When this charge dissipates or is used, the RFID automatically returns to a default OFF state. The automatic switch back to the OFF state can be dependent on when power is no longer received

from an RF signal, on the timing characteristics of an RC (resistor-capacitor) circuit, on Switch **170**, on an RF signal received, and/or the like.

FIG. **20** is a flowchart illustrating a method of operating the RFID Tag **1800** illustrated in FIG. **18**. In an optional Receive Energy Step **1910** energy sufficient to power the RFID is received by Antenna **1810**. In a Read State Step **2020** the state of the RFID Tag is read from State Memory **145**. In a State? Step **2030** the read state is examined. If the read state is ON, then in a Send Response Step **2040** an RF response is sent from the RFID Tag **1800** using Antenna **1810**. If the read state is OFF, then the RFID Tag **1800** is prevented from sending an RF response, in an Abort Response Step **2050**. In some embodiments, that include more than two states, the read state can be something other than ON or OFF. If the read state is a state other than ON or OFF then a restricted RF response is sent in a Send Restricted Response Step **2060**. The restricted response typically includes less or different data than would be included if the read state had been ON.

The steps shown in FIGS. **19** and **20** are optionally performed using Integrated Circuit **1830** of FIG. **18**.

In some embodiments, first data in a transmission is configured to change the state of an RFID tag to ON. Further data in the transmission is then configured to elicit a responding transmission from the RFID tag. After the transmission is concluded the RFID tag automatically reverts to the OFF state. These embodiments optionally include non-volatile memory for storage of the state.

In some embodiments, data in a transmission is configured to change the state of an RFID tag to ON. The ON state persists until the RFID tag receives data configured to change the state of the RFID tag to OFF.

Some embodiments of the invention include RFID security devices including a tamper detection switch. These security devices are configured to function as an RFID device to prevent shoplifting. As such, the RFID security devices include an anti-theft mode configured to be detected by sensors at, for example, an exit of a retail establishment. Typically, this mode is always active. The RFID security devices include a second tamper mode in which tampering of the device is detectable. The tamper mode is configured to detect if, for example, the RFID security device is removed from a retail item. Both modes may be operable at the same time.

In some embodiments, the RFID security device includes two RFID tags the first operating in the anti-theft mode and the second being a switchable RFID tag. The switchable RFID tag is configured to become activated when the RFID security device is tampered with. For example the switchable RFID tag may be configured to generate an RFID signal after a conductor is broken or the RFID security device is removed from an article. This conductor is optionally disposed such that it is broken when tampering occurs.

Referring to FIG. **21**, a typically embodiment includes the RFID security device and an attached retail item, a tamper sensor **2110** disposed in a location where tampering is possible, e.g., a changing room **2120**, and an exit sensor **2140** configured to detect theft. The tamper sensor **2110** is configured to detect the tamper mode of the RFID security device.

If someone attempts to remove the RFID security device near the tamper sensor **2110** then the tampering will be detected. If the security device and retail article are passed through the exit sensor **2140**, then this will be detected as well. When a legitimate sale occurs, the RFID security device may be removed at a point of sale **2130** device. In

some embodiments, a tamper sensor **2110** is also located at this location. This tamper sensor **2110** may be configured to detect the removal of the RFID security device from the retail article by an authorized sales person.

The detection of this event is optionally used for the purposes of inventory management. In some embodiments, the authorized sales person is optionally required to login so that he or she can be identified. In some embodiments, the RFID security device includes two separate RFID tags, one supporting the tamper mode and one supporting in the anti-theft mode. These two RFID tags optionally share an antenna. In some embodiments, the RFID security device includes one RFID tag configured to support both the anti-theft mode and the tamper mode.

FIG. **22** illustrates and embodiment of an RFID security device **2200**. The two RFID tags (**2210** and **2220**) illustrated are typically configured to transmit different signals. These two different RFID tags optionally share an antenna. In alternative embodiments the two RFID tags are combined into one RFID tag **2220** configured to send at least two signals, one for anti-theft and one for anti-tamper.

Some embodiments of the invention include a switchable RFID tag **2220** having an electrical conductor **2230** coupled with a link between the anti-tamper RFID tag **2220** and an article **2240**. The link is configured such that it is modified if the RFID tag **2220** is removed from the article **2240**. The signal or signals sent by RFID tag **2220** are dependent on whether electrical conductor **2230** is broken or an intact conductor. For example, RFID Tag **2220** may transmit a first signal when electrical Conductor **2230** is intact and a different signal when electrical Conductor **2230**. The different signals are optionally distinguished by Tamper Sensor **2110**.

FIG. **22** illustrates an embodiment of an RFID Security Device **2200**, wherein RFID Tag **2220** is coupled to Article **2240** via Conductor **2230** in the form of a conductive loop. In this embodiment, detaching the RFID Tag **2220** from the article includes opening a circuit within the conductive loop (e.g., breaking Conductor **2230**) and thus changing the state of RFID Tag **2220**. This stage change is detectable, it can thus be determined if RFID Tag **2220** is moved from an instance of Article **2240**. The conductive loop of Conductor **2230** optionally includes a pin and a clamping mechanism configured to receive the pin. The pin is optionally metal and part of the conductive loop. The conductive loop is optionally configured to be attached to a bottle. In alternative embodiments, the conductive loop is intact when RFID Security Device **2200** is detached from an article and broken when attached to the article.

RFID Security Device **2200** optionally further includes a second (e.g., an Anti-theft) RFID Tag **2210** configured to transmit a different signal than RFID Tag **2220**. Alternatively, RFID Tag **2220** may be configured to transmit different signals before and after Conductor **2230** is broken. As such, the breaking of Conductor **2230** can be detected by security systems, such as Tamper Sensors **2110**.

One advantage of using a mechanical switchable RFID tag is that the state of the RFID tag **2220** can be changed while the RFID tag is not powered.

FIGS. **23A**-**23C** illustrate an embodiment of the invention wherein the RFID tag **2220** is coupled to the article **2240** via a tag layer **2320** and an adhesive layer **2340**. In this embodiment the RFID tag **2220** is disposed in the tag layer **2320** and includes an Electrical Conductor **2230** configure such that the Conductor **2230** is broken if the RFID tag **2220** is separated from the adhesive layer **2340**. The adhesive layer **2340** is configured not to detach from the article **2240**

if the RFID tag **2220** is removed from the article **2240**, e.g., the adhesive layer **2340** is typically more firmly attached to the article layer than the RFID tag **2220** (and tag layer **2320**) is attached to the adhesive layer **2340**.

The adhesive layer **2340** may be attached to the article using an adhesive, or in alternative embodiments via stitching, rivet, pin, bolt, screw, thermal bonding, embedding, plastic connector, or the like. Specifically, as illustrated in FIG. **23A**, a RFID Tag **2220** is disposed within a Tag Layer **2320**. Tag Layer **2320** is configured to be attached to an Article **2240** via an Adhesive Layer **2340**. Tag Layer **2320** optionally includes a Removal Tab **2350** configured for removing Tag Layer **2320** and RFID Tag **2220** from Article **2240**. Tag Layer **2320** optionally includes a label and/or information on removing Tag Layer **2320** from Article **2230**. Tag Layer **2320** may be plastic, paper, paper, cloth or other material suitable for holding RFID Tag **2220**. In some embodiments Tag Layer **2320** includes an antenna attached to RFID Tag **2220**.

RFID Tag **2220** is optionally a switchable RFID tag the operation of which is responsive to a state of the Conductor **2230**. For example the switchable RFID discussed elsewhere herein. See also, U.S. patents and patent applications incorporated herein above by reference, which further disclose switchable RFID tags as may be included in various embodiments of the invention. Conductor **2230** may be coupled to logic circuits, power circuits, antenna circuits, data circuits, or the like within RFID Tag **2220**. In one embodiment, Conductor **2230** is part of an antenna that becomes non-functional or less functional when broken. In some embodiments, breaking Conductor **2230** is configured to disable a first antenna while a second antenna within the same device remains operational. For example, the first antenna may be configured for communication at a longer range or at a different frequency than the second antenna. Thus, breaking of Conductor **2230** results in a device having a reduced communication range.

Conductor **2230** is coupled to Adhesive Layer **2340**, and is configured to be broken when Tag Layer **2320** is removed from Article **2240**. For example, in various embodiments Conductor **2230** is disposed around, though, or partially within Adhesive Layer **2340**. Conductor **2230** may include a thin wire, a metal film, conductive ink, or the like.

In various embodiments, Tab **2350** and/or Tag Layer **2320** includes visually displayed price or product information.

FIG. **23B** illustrates an exploded view of the system illustrated in FIG. **23A**. In this view the length of Conductor **2230** may be exaggerated for clarity. While the path of Conductor **2230** is shown as going around Adhesive Layer **2340** and between Adhesive Layer **2340** and Article **2240**, in alternative embodiments Conductor **2230** may exit Tag Layer **2320** closer to the center of Tag Layer **2320** and/or Conductor **2230** may pass through Adhesive Layer **2340**.

FIG. **23C** illustrates the result of removing Tag Layer **2320** from Article **2240**. Tag Layer **2320** has separated from Adhesive Layer **2340** while Adhesive Layer **2340** has remained in contact with Article **2240**. As a result, Conductor **2230** is broken. This changes a state of RFID Tag **2220**, it can thus be determined if RFID Tag **2220** is moved from one instance of Article **2240**, for example to another instance of Article **2240**.

Tag layer **2320** and Adhesive Layer **2340** do not necessarily have to have a clearly defined boundary between them.

FIG. **24** illustrates embodiments of the invention wherein RFID Tag **2220** is connected to plastic, cloth, metal, paper, or similar packaging. The packaging includes a Package

Interior **2410**, and a plurality of Package Walls **2420**. The plurality of Package Walls **2420** are connected at a pair of Bonded Edges **2430**. This bonding is performed using pressure, heat, adhesive, stitches, screws, bolts, rivets, staples, and/or the like. Conductor **2230** is disposed between Bonded Edges **2430** and configured to be broken if RFID Tag **2220** is removed from the packaging and/or Bonded Edges **2430** are separated. Optional Removal Tab **2350** is configured for removal of RFID Tag **2220**.

FIG. **25** illustrates alternative embodiments of the systems illustrated in FIGS. **23A-23C**. In FIG. **25**, Adhesive Layer **2340** is not necessarily disposed between Tag Layer **2320** and Article **2240**. Tag Layer **2320** is optionally connected to Article **2240**. Adhesive layer **2340** is optionally configured to function as a seal or closure of a package. In these embodiments Conductor **2230** is optionally configured to break if Tag Layer **2320** and/or Adhesive Layer **2340** are removed from Article **2240**.

For example, in one embodiment, Article **2240** is a CD Jewel case and Adhesive Layer **2340** is one of the plastic seals used to seal the case closed. Adhesive Layer **2340** optionally includes a hologram.

While the examples herein describe embodiments where RFID Tag **2220** is removed from Article **2240** or packaging in order to break Conductor **2230**, in alternative embodiments Tab **2350** is connected to Conductor **2230** and when pulled breaks Conductor **2230** while leaving RFID Tag **2220** connected to Article **2240** or the packaging.

Various embodiments of the invention include a portable communication device such as a cellular telephone, a blackberry, a wireless personal digital assistant, or the like. The portable communication device includes an optionally switchable RFID tag configured to communicate with a local device via RFID technology as well as more distant devices using other RF technology such as Bluetooth, WiFi, WiMAX, 802.11 or cellular standards. The communication via the RFID tag is optionally at a different frequency than the communication using other technology. Two separate antenna are optionally used to communicate at these different frequencies. An electronically configurable antenna is optionally used to communicate at these different frequencies.

A user interface of the communication device is configured to control operation of the RFID tag. For example, the user interface may be used to turn on or off operation of the RFID tag, to enter security data into the RFID tag, to enter financial information (e.g., a credit or debit card number into the RFID tag), to enter an identifying number (e.g., telephone number) into the RFID Tag, or to enter account number into the RFID tag. The communication device may be configured for a user to enter the above data into the communication device using the user interface for later transmission (optionally encrypted) using the RFID Tag. For example, a user may enter a credit card number that is later transmitted in an encrypted for to an RFID reader.

In Various embodiments, the communication device is configured to receive one or more memory devices configured to store data such as financial or account information. For example, in some embodiments the communication device includes a plurality of slots configured to receive memory having credit card data stored thereupon. In these embodiments, the memory is used to provide the data to the communication device. A particular communication device is configurable to operate with respect to different financial accounts dependent on which particular memories have been inserted into the slots. Thus, a user may receive a first memory issued by a first bank and a second memory issued

by a second bank, and install both the first memory and the second memory into the communication device. The user interface of the communication device may then be used to select which account (e.g., the first bank or second bank accounts) should be used for a particular transaction. For example, activating a first switch may result in a transaction being debited from a first account and activating a second switch may result in a transaction being debited from a second account. In some of these embodiments, the use of RFID is optional. For example, the transactions may be performed using cellular RF transmissions from a cellular telephone.

In some embodiments, the memory device may be configured to fit both a financial card including an RFID tag for transmission of data stored in the memory device, and also to fit within one of one or more slots within a cellular phone or similar communication device. In these embodiments, the memory device is optionally configured to act as a key allowing whatever device it is attached to engage in a financial transaction.

In some embodiments, the memory devices are each packaged with an optionally switchable RFID tag. Thus, both the memory and the RFID tag are inserted in to a slot of the communication device. The communication device need not include an RFID tag prior to insertion of a memory device. In some embodiments, the memory devices further include a separate antenna for use by the RFID tag. In alternative embodiments, the RFID tag is configured to use an antenna previously installed in the communication device.

Various embodiments of the invention include a memory device configured to be disposed within a financial card such as a credit card, to be removed from the credit card and to be inserted into the communication device. Thus, the memory device can be transferred from a credit card to the communication device. In some embodiments, transfer of the memory device includes transfer of an RFID tag. In some embodiments, transfer of the memory device includes transfer of an antenna for use by the RFID tag. In alternative embodiments the RFID tag is configured to use a first antenna included in the credit card and a second antenna included in the communication device, these antenna being separateable from the memory device.

In some embodiments the user interface of the communication device is configured to enter an ID of an RFID reader in order to assure that a transaction takes place with the proper RFID reader. For example, in one embodiment several vending machines each include a numbered RFID reader. A user enters the number of a desired member of the several vending machines in order to be sure that the transaction doesn't accidentally occur with an adjacent vending machine.

In some embodiments, the user interface of the communication device is configured for entering an amount of a financial transaction, e.g., an amount of an electronic payment.

In some embodiments, the communication device is configured to use voice recognition to approve an RFID based financial transaction. For example, in some embodiments voice recognition authentication may be required before an RFID tag is activated.

Some embodiments of the invention include a cellular phone configured to use two or more communication modes: one mode for cellular operation and one mode, e.g., RFID, for short range financial transactions or lock operation. These modes may use different frequency ranges.

In some embodiments, a memory device inserted in a slot of the communication device is configured to operate a lock, optionally via RFID. The communication device may be configured to accept more than one memory device configured to activate a lock and/or engage in a financial transaction. In some embodiments, a memory device inserted in a slot of the communication device is configured as a remote control (e.g., as a car remote or a television remote).

In some embodiments, the user interface of the communication device is configured to receive an access code before the RFID tag is detectable. For example, prior to receiving the access code the RFID tag may be disabled from sending radio frequency signals.

In some embodiments, a power source of the communication device is used to power the RFID tag. In these embodiments the RFID tag does not need to generate power from a received inductive or RF signal. In some embodiments, the RFID tag is configured to receive power from the power source of the communication device when the communication device is ON, and to generate power from a received inductive or RF signal when the communication device is off. In some embodiments, the RFID tag is configured to receive power from the power source of the communication device when the communication device is ON, and to be unresponsive when the communication device is off In some embodiments, the RFID tag is configured to receive power from the power source of the communication device when the communication device is ON or OFF. For example, in one embodiment the RFID tag is configured to draw power from the power source of the communication when an incoming signal is detected but to draw reduced or no power from the power source when no incoming signal is detected.

In some embodiments, the RFID tag is included in a replaceable battery cover of the communication device. Thus, the RFID tag may be changed by changing the battery cover. In some embodiments, the RFID tag or memory device is included in a replaceable antenna component of the communication device. In some embodiments the RFID tag or memory device is configured to fit into an audio plug of the communication device. In some embodiments, the memory device or RFID tag is configured to fit into a MiniSD slot of the communication device. In some embodiments, the memory device or RFID tag is configured to fit into the same interface as a power source of the communication device. In some embodiments the communication device has a form factor that can be opened and closed (e.g., a clamshell cell phone) and operation of the RFID tag is responsive to whether the communication device is open or closed. For example, in one embodiment the RFID tag is inactive unless a cell phone is opened.

Some embodiments of the invention include a sensor including an RFID tag and an irreversible or reversible switch configured to change a state of the RFID tag. The switch is configured to operate without the use of electrical power or an RF signal. Thus, the switch may change the state of the RFID tag while the sensor is unpowered, e.g. lacks an electrical power source and is not receiving energy wirelessly. The switch may be normally open or normally closed.

Referring to FIGS. **26**A and **26**B, a Switch **2600** may be in an open or closed state. Switch **2600** may be configured to detect shock, temperature, tilt, moisture, pressure, breaking of a seal, and/or the like.

In some embodiments, Switch **2500** is configured to be responsive to shock (e.g., vibration or dropping). In these embodiments, switch **2600** may be normally closed and be

configured to become open as a result of shock. For example, Switch **2600** can include a conductor configured to bread or move responsive to shock. When this conductor breaks or moves an electrical connection is broken creating an open circuit. Switch **2600** can include a thin wire optionally supporting a weight. When a shock occurs, the thin wire is broken. Switch **2600** can include a fragile material such as glass, paper thread, plastic or the like, that includes a conductor coating or conductive core and is configured to break in response to shock. These changes in switch **2600** are typically irreversible. Thus, once the state of switch is changed mechanically as the result of shock, this change is irreversible unless specific steps are taken, such as replacement of a broken wire.

Switch **2600** may alternatively be normally open and be configured to become closed as a result of a shock. For example, Switch **2600** may contain a fragile vial containing a conductive fluid, e.g., liquid or powder. When a shock occurs this vial breaks and the conductive liquid flows to where it becomes part of a closed electrical circuit.

FIG. **28** illustrates an embodiment of Switch **2600** is configured to be responsive to tilt. For example, Switch **2600** may be normally closed and include a metal Ball **2810** configured to roll through a Channel **2815** to break a Conductor **2820** when a tilt occurs. Breaking of Conductor **2820** changes Switch **2600** from a closed to an open state. Alternatively, the metal Ball **2810** may be configured to close an electrical Connector **2820** when a tilt occurs. For example, when a tilt occurs, the Channel **2815** is configured such that the Ball **2810** rolls (or a conductive powder flows) to a new position where it is irreversibly trapped and also becomes part of a closed circuit.

FIG. **29** illustrates part of a Switch **2600** configured to be responsive to temperature. For example, Switch **2600** may become irreversibly open or close when an upper temperature limit or when lower temperature limit is reached. In those embodiments responsive to an upper temperature limit, Switch **2600** may include a Material **2910** that melts or otherwise change phase near the upper temperature limit. The melting can open or close Switch **2600** by, for example, altering support for a conductor, breaking a connection between conductors, eliminating an insulation layer between two conductors, or the creation of a conductive connection between two conductors. For example, the melting material **2910** may be conductive and flow such as to close a connection where a threshold temperature is reached. In one embodiment, two Conductors **2920**A and **2920**B are held together by a Material **2910** configured to melt the Conductors **2920**A and **2920**B are also under a slight tension so that when the melting Material **2910** melts the Conductors **2920**A and **2920**B will no longer touch, as illustrated in FIG. **29**.

In some embodiments, Switch **2600** is configured to respond to a lower temperature limit. For example, the expansion or contraction of a liquid on freezing can be configured to open or close Switch **2600**. Specifically, Switch **2600** may be configured such that a glass vial includes a liquid that expands on freezing. When freezing occurs, the vial is broken and conductors within the vial are separated creating an open circuit.

In some embodiments, Switch **2600** is configured to be responsive to moisture. For example, Switch **2600** may be configured to respond to the presence of water. In one embodiment, Switch **2600** includes a material configured to hold two conductors together and soften in the presence of moisture. In reaction to the moisture, the material is configured to release the conductors such that conduction

between them is broken. In alternative embodiments, the release of a conductor results in making a connector contact another conductor and, thus, establish a connection.

In some embodiments, Switch **2600** includes a material configured to mix with a liquid and create a conductive path.

In some embodiments, Switch **2600** is responsive to pressure. For example, Switch **2600** can include a connector configured to break under pressure thus breaking or making an electrical connection. Alternatively, Switch **2600** may include a part configured to allow two conductors to irreversibly come together when a threshold pressure is applied.

FIG. **30** illustrates an example of Switch **2600** is configured to respond to breaking of a Seal **3010**, according to various embodiments. When breaking a seal, conductive loop **3020** is broken and Switch **2600** changes from a closed circuit to an open circuit. The Seal **3010** may be, for example, a safety seal, a security seal, or the like. For example, in some embodiments, Seal **3010** is used to in association with the access [e.g. lid, door, etc.] a container. If the Seal **3010** is broken, Switch **2600** is converted from closed to open states. Some embodiments include a RFID reader configured to monitor a status of Switch/Seal **3010**. This changes the state of n aRFID **2710**.

As illustrated in FIG. **27**. A Sensor **2700** includes Switch **2600** and RFID Tag **2710**. RFID Tag **2710** may be any of the switchable RFID tags discussed herein. RFID Tag **2710** is responsive to the state of Switch **2600**. In some embodiments, RFID Tag **2710** is configured to function in a first manner when Switch **2600** is in the open state and to function in a second manner when Switch **2600** is in the closed state. For example, in some embodiments, RFID Tag **2710** is configured to be inoperative when Switch **2600** is in the open state and to be operative when Switch **2600** is in the closed state. In some embodiments, RFID Tag **2680** is configured to be inoperative when Switch **2600** is in the closed state and to be operative when Switch **2600** is in the open state.

In some embodiments, RFID Tag **2710** is configured to be operative in a first operative state or a second operative state depending on the state of Switch **2600**. For example, in one embodiment RFID Tag **2710** is configured to respond to an RF signal with first response data when Switch **2600** is open to response to the RF signal with second response data when Switch **2600** is closed.

In some embodiments, Switch **2600** is configured to be responsive to Chemical pH. In some embodiments, Switch **2600** includes more than two states and RFID Tag **2710** is configured to be responsive to these more than two states.

In some embodiments, Switch **2600** is configured to short circuit or open circuit a connection between an antenna and another part of an IC of RFID Tag **2710**. In some embodiments, Switch **2600** is configured to short circuit or open circuit a connection related to the power collection circuit of RFID Tag **2710**. In some embodiments, Switch **2600** is configured control a logic circuit in an integrated circuit within RFID Tag **2710**.

In some embodiments, Switch **2600** is configured to respond to a power or current level. For example Switch **2600** may be configured as a fuse in an electrical system. In various embodiments, Switch **2600** is configured to respond to the position of a control device (e.g., a lever, knob, dial key, or the like). In some embodiments, Switch **2600** is included within a system monitoring device and is configured to change state when there is a failure within the system. In various embodiments, Switch **100** is configured to respond to the presence of a water leak, fire, or moisture within a diaper.

FIG. **31** illustrates a Mechanically Programmable RFID Tag **3100**. Mechanically Programmable RFID Tag **3100** is configured to be programmed by manipulation of a plurality of Switches **3110**. The plurality of Switches **3110** are typically physically coupled through Conductors **3120** to an integrated circuit within Mechanically Programmable RFID Tag **3100**. For example, Switches **3110** and the Mechanically Programmable RFID Tag **3100** are optionally within the same packaging. Mechanically Programmable RFID Tag **3100** may be programmed using sixteen Switches **3110** as illustrated in FIG. **31**. Each of Switches **3110** is coupled to Mechanically Programmable RFID Tag **3100** by Connectors **3120**. Connectors **3120** are, in turn, coupled to logic within Mechanically Programmable RFID Tag **3100**. In alternative embodiments, Mechanically Programmable RFID Tag **3100** may be programmed using a smaller or greater number of Switches **3110**. For example, in various embodiments, 1, 2, 3, 4, 6, 8, 10, 17, 18, 32, 64, 128 or more switches are used.

Instances of Switches **3110** may include a fuse, a conductor configured to be mechanically broken, a mechanical switch, or the like. In some instances, Switches **3110** are configured to be operated by a person, in alternative embodiments, Switches **3110** are configured to be operated by machinery. For example, in one embodiment, automated machinery is configured to activate Switches **3110** in order to program a zip code into Mechanically Programmable RFID Tag **3100**. The machinery is optionally associated with a label preparation equipment. In one embodiment, automated machinery is configured to program Mechanically Programmable RFID Tag **3100** by punching through wires within Switches **3110**. By arranging Switches **3110** is a predetermined pattern and then punching in appropriate locations, Mechanically Programmable RFID Tag **310** can be programmed.

The information programmed into Mechanically Programmable RFID Tag **3100** using Switches **3110** can include a wide variety of data including, for example, destination codes, expiration dates, manufacturing dates, zip codes, serial numbers, identification numbers, model numbers, inventory data, security codes, encryption keys, immigration information, account data, or the like. Each of Switches **3110** may represent a bit of data. Typically, Mechanically Programmable RFID Tag **3100** is configured to communicate with an RFID reader responsive to the programmed information. For example, Mechanically Programmable RFID Tag **3100** may communicate the programmed information to an RFID reader, may use the programmed information as part of an authentication protocol, may use the programmed information for encryption or decryption, or the like. Mechanically Programmable RFID Tag **3100** may include and you the switchable RFID tags discussed elsewhere herein.

In some embodiments, one or more of Switches **3110** are configured to be responsive to tampering with Mechanically Programmable RFID Tag **3110**. For example, if Mechanically Programmable RFID Tag **3100** is included within a passport, Connectors **3120** and switches may be woven or otherwise integrated within a cover or page of the passport. If attempts are made to remove Mechanically Programmable RFID Tag **3100** from the passport, Connectors **3120** and/or Switches **3110** will be broken and Mechanically Programmable RFID Tag **3100** will function accordingly.

Switches **3110** may be inside or outside of an antenna associated with Mechanically Programmable RFID Tag **3100**.

Various embodiments of the invention further include machinery configured for programming Mechanically Programmable RFID Tag **3100** by manipulating Switches **3110**.

Several embodiments are specifically illustrated and/or described herein. However, it will be appreciated that modifications and variations are covered by the above teachings and within the scope of the appended claims without departing from the spirit and intended scope thereof. For example, In some embodiments, the RFID tags discussed herein are active rather than a passive RFID tags. Examples discussed herein in relation to credit cards can equally be applied to other types of financial card such as a debit card, or prepaid card. For example, in some embodiments, the RFID tags discussed herein are configured to change the ON/OFF state in response to a signal from a point of sale system indicating that an item has been sold. In these embodiments, RFID Tag **2220** is optionally configured to send different signals before and after a sale. A first of the different signals may be used to determine that the item has not yet been sold, and a second of the different signals may be used to determine that the item has been sold and/or may be returned. The features illustrated in FIGS. **18-25** are optionally included in embodiments illustrated by other figures of this application.

The embodiments discussed herein are illustrative of the present invention. As these embodiments of the present invention are described with reference to illustrations, various modifications or adaptations of the methods and or specific structures described may become apparent to those skilled in the art. All such modifications, adaptations, or variations that rely upon the teachings of the present invention, and through which these teachings have advanced the art, are considered to be within the spirit and scope of the present invention. Hence, these descriptions and drawings should not be considered in a limiting sense, as it is understood that the present invention is in no way limited to only the embodiments illustrated.

What is claimed is:

**1**. A radio frequency identification (RFID) system comprising:

an antenna;

a switchable RFID tag configured to operate in both a first ON state and a second ON state, and to transmit different information in the first ON state relative to the second ON state; and

a mechanical switch configured to change the RFID tag from the first ON state to the second ON state, wherein the antenna is configured to transmit the different information via a first radio frequency (RF) signal in the first ON state and a second RF signal in the second ON state, wherein the information transmitted in the first ON state indicates that the RFID tag is in the first ON state.

**2**. The system of claim **1**, wherein the mechanical switch is configured to be operated using a finger.

**3**. The system of claim **1**, wherein the mechanical switch is configured to change state while the RFID tag is unpowered.

**4**. The system of claim **1**, wherein the mechanical switch is configured to change state through breaking of a connection.

**5**. The system of claim **1**, wherein the RFID tag is configured to send the first radio frequency signal when the mechanical switch is in an open state and to send the second radio frequency signal when the mechanical switch is in a closed state.

**6**. The system of claim **1**, wherein the RFID tag is configured to be disposed in a vehicle.

**7**. The system of claim **1**, wherein the mechanical switch is configured to control a logic circuit within the RFID tag.

**8**. The system of claim **1**, wherein the RFID tag is configured to transmit an identifier of the RFID tag in both the first ON state and the second ON state.

**9**. The system of claim **1**, wherein the RFID tag is configured to transmit identification data in both the first ON state and the second ON state.

**10**. The system of claim **1**, wherein in the mechanical switch is configured to control debiting of a financial account.

**11**. The system of claim **1**, wherein the mechanical switch is configured to control a financial transaction.

**12**. The system of claim **1**, wherein the RFID tag is configured to transmit an identifier of a financial account.

**13**. The system of claim **1**, wherein the mechanical switch is configured to control an amount of a financial transaction.

**14**. A method of performing a financial transaction, the method comprising:

setting a mechanical switch, the switch being configured to select between a plurality of ON states of a radio frequency identification (RFID) tag, the plurality of ON states of the RFID tag comprising a first ON state and a second ON state;

transmitting in the first ON state, a first radio frequency (RF) signal comprising an account identifier and data representing that the first ON state is selected;

debiting a financial account based on the selection of the first ON state;

transmitting in the second ON state, a second RF signal comprising the account identifier and data representing that the second ON state is selected, wherein the data representing that the first ON state is selected is different than the data representing that the second ON state is selected; and

debiting the financial account based on the selection of the second ON state.

**15**. The method of claim **14**, wherein the mechanical switch is configured to control an amount of a financial transaction.

**16**. The method of claim **14**, wherein the RFID tag is configured to be disposed within a vehicle.

**17**. A method of performing a financial transaction, the method comprising:

providing a mechanical switch, the switch being configured to select between a plurality of ON states of a radio frequency identification (RFID) tag, the plurality of ON states of the RFID tag comprising a first ON state and a second ON state;

receiving first and second radio frequency (RF) transmissions from the RFID tag, the first RF transmission including an account identifier and data representing that the first ON states is selected;

debiting a financial account associated with the account identifier, based on the selection of the first ON state;

the second RF transmission including the account identifier and data representing that the second ON state is selected, wherein the data representing that the first ON state is selected is different than the data representing that the second ON state is selected; and

debiting the financial account based on the selection of the second ON state.

**18**. The method of claim **17**, wherein the mechanical switch is configured to select the first ON state of the RFID tag in a first state of the mechanical switch and to select the second ON state of the RFID tag in a second state of the mechanical switch.

**19**. The method of claim **17**, wherein the mechanical switch is configured to control an amount of a financial transaction.

**20**. The method of claim **17**, wherein the RFID tag is configured to be disposed within a vehicle.

**21**. A method of performing a financial transaction, the method comprising:

provided a mechanical switch, the switch being configured to select between a plurality of ON states of a radio frequency identification (RFID) tag, the plurality of ON states of the RFID tag comprising a first ON state and a second ON state;

receiving first and second radio frequency (RF) transmissions from the RFID tag, the first RF transmission including a first account identifier and data representing that the first ON states is selected;

debiting a first financial account associated with the first account identifier based on the selection of the first ON state;

the second RF transmission including a second account identifier and data representing that the second ON state is selected, wherein the data representing that the first ON state is selected is different than the data representing that the second ON state is selected; and

debiting a second financial account associated with the second account identifier, based on the selection of the second ON state.

\* \* \* \* \*