**EXHIBIT C**

| OFFICIAL USE ONLY *(Date/Time Stamp)* |  **CLAIM FOR DAMAGES** | OFFICIAL USE ONLY Claim Number: |
|---|---|---|

Claims for death or injury to persons or personal property must be filed not later than six months after the occurrence. (Government Code §911.2)
Claims for any other cause of action (ex: contracts and real property) must be filed not later than one year after the occurrence. (Government Code §911.2)
Attach separate sheets, if necessary, to give full details and **sign each accompanying sheet.**

**Claim must be mailed or delivered to (Gov. Code §915a):**
San Diego Association of Governments
401 B Street, 8th Floor
San Diego, CA 92101
Attn: Clerk of the Board

*Required fields per Government Code §910.
Other fields are optional, but will assist SANDAG in determining whether the claim has merit.

| *Name of Claimant(s) HOT Systems, LLC | | | | | |
|---|---|---|---|---|---|
| *Home Address Box 837 | *City Verdi | *State NV | *Zip 89439 | Home or Cell Phone No. 650-966-6006 | |

*Provide address to which Claimant desires notices to be sent. If same as above, leave blank.
Rimon PC, 800 Oak Grove Avenue, Suite 250 Menlo Park, CA 94025 Attn. Gabriel G. Gregg, Esq.

1. *How did the indebtedness, obligation, injury, damage or loss occur? Provide all details.

Patent infringement under federal law of U.S. Patents Nos. 11,270,182 and 10,810,578 which cover the systems and methods of collecting tolls using a switchable toll transponder, e.g., FasTrak Flex.

2. Provide date, time and location of incident/occurrence.

| *Date: Current/Ongoing | Time: | *Location: Toll roads managed by SANDAG. |
|---|---|---|

3. *What particular act or omission by SANDAG or its employees do you claim caused the indebtedness, obligation, injury, damage or loss? Provide names of SANDAG employee(s), if known.

At least the the infringing acts of distribution of switchable toll transponders and the collection of tolls therewith.

4. *What indebtedness, obligation, injury, damage or loss do you claim resulted? (If your Claim involves property damage to a vehicle, include license, year, make and model of vehicle.)

Based on common industry metrics, claimed past damages of 5-8% of tolls collected using switchable transponders, subject to apportionment.

5. For personal injury claims, if eligible for Medicare, the following information is required pursuant to Section 111 of the Medicare, Medicaid and SHIP Extension (MMSEA) Act of 2007:

| Date of Birth: | Social Security Number: | Medicare Beneficiary Number *(if applicable)*: |
|---|---|---|

| | |
|---|---|
| 6. *What is the total amount of money you are seeking to recover? (Check one of the boxes below.) | |
| ☐ | The total amount claimed is less than or equal to $10,000. |
| ☐ | The total amount claimed is more than $10,000, but not over $25,000; jurisdiction rests in Superior Court (Limited Civil). |
| X | The total amount claimed is more than $25,000; jurisdiction rests in Superior Court (Unlimited Civil). |

7. *If the claim is less than or equal to $10,000, give the PRESENT AMOUNT you claim for each item of indebtedness, obligation, injury, damage or loss and basis of the computation (ex: bills, receipts, invoices, etc.). Please attach documents.

| |
|---|
| |
| |
| |

8. *Give the ESTIMATED AMOUNT you claim for each item of prospective (future) indebtedness, obligation, injury, damage or loss as far as you know. Give basis of the computation.

| |
|---|
| Based on common industry metrics, claimed future obligation of 5-8% of tolls collected |
| using switchable transponders, subject to apportionment. |

9. Provide name of insurance company and contact information for insurance agent. Provide amounts of insurance payments you have received, if any.

| |
|---|
| |
| |
| |

10. Provide name and address of witnesses, doctors and hospitals, if applicable.

| Name | Address | Phone Number |
|---|---|---|
| | | |
| | | |
| | | |

**WARNING: IT IS A CRIMINAL OFFENSE TO FILE A FALSE CLAIM**
**(Penal Code § 72; Insurance Code § 556.1)**

I have read the matters and statements made in the above claim and I know the same to be true of my own knowledge, except as to those matters stated upon information or belief and as to such matters, I believe the same to be true. I certify under penalty of perjury that the foregoing is TRUE and CORRECT.

| Name of Agent *(if on behalf of Claimant)* | | | |
|---|---|---|---|
| Rimon PC - Gabriel Gregg, Esq.   gabriel.gregg@rimonlaw.com | | | |
| Address of Agent | City | State | Zip |
| 800 Oak Grove Avenue, Suite 250 | Menlo Park | CA | 94025 |
| Office Phone Number | Fax Number | Cellular Phone Number | |
| 408-669-5354 | | | |
| *Signature of Claimant *(or Agent)* *[signature: Gabriel Gregg]* | | Date 02/07/2025 | |

***NOTE: Is this Claim being submitted on behalf of a Class (i.e., more than one person)?***
***If so, pursuant to Government Code §910, please attach to this claim, on a separate***
***sheet, the applicable information for each Claimant.***