**EXHIBIT D**



March 19, 2025

Gabriel Gregg, Esq.
Rimon PC
800 Oak Grove Avenue, Suite 250
Menlo Park, CA 94025

Dear Gabriel Gregg:

Subject: NOTICE OF REJECTION OF CLAIM

SANDAG is in receipt of the *Claim Against SANDAG* you filed on behalf of your client, HOT System, LLC, on or about February 7, 2025. Investigation of the claim concluded that SANDAG is not liable for the alleged damages. Therefore, notice is hereby given that the above-referenced claim was rejected in its entirety by the SANDAG Chief Executive Officer on March 19, 2025.

### WARNING

Subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim. See Government Code Section 945.6. You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

Sincerely,

*Peter Stevens*

PETER STEVENS
Associate Legal Counsel

---

Please be advised that pursuant to Section 128.5 and 1038 of the California Code of Civil Procedure, a person who files a lawsuit against a public agency without reasonable cause and in bad faith may be required to pay all of the costs incurred by the public agency in defending against the claim. Also, SANDAG will pursue the recovery of legal fees and costs associated with defending any claim or lawsuit deemed "frivolous," pursuant to Code of Civil Procedure Section 1038 and the California Supreme Court's decision in *Kobzoff v. Los Angeles County Harbor UCLA Medical Center*.

   

# Declaration of Service by Mail

*State of California*
*County of San Diego*

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within cause or claim. My business address is:

> San Diego Association of Governments
> 401 B Street, Suite 800
> San Diego, CA 92101

I am familiar with the practice of the San Diego Association of Governments for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, correspondence is deposited with the United States Postal Service the same day it is submitted for mailing.

I served the foregoing **Notice of Rejection of Claim** by placing a true copy thereof for the collection and mailing, in the course of ordinary business practice with other correspondence of the San Diego Association of Governments, located at 401 B Street, Suite 800, San Diego, California, on October 18, 2024 enclosed in a sealed envelope, with the postage thereon fully prepaid, addressed as follows:

> Gabriel Gregg, Esq.
> Rimon PC
> 800 Oak Grove Avenue, Suite 250
> Menlo Park, CA 94025

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _MARCH 20, 2025_ at San Diego, California.

| CHRISTOPHER POLITE | *(signature)* |
|---|---|
| Printed Name | Signature |