**EXHIBIT E**

| FORM 1449* | INFORMATION DISCLOSURE STATEMENT IN AN APPLICATION (Use several sheets if necessary) | Docket Number: 16690.0021US01 | Application Number: 13/416,706 |
|---|---|---|---|
| | | Applicant: ROESNER | |
| | | Filing Date: 03/09/2012 | Group Art Unit: 2612 |

| U.S. PATENT DOCUMENTS ||||||| 
|---|---|---|---|---|---|---|
| EXAMINER INITIAL | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
| | 3,568,197 | 03/02/1971 | Cubley | | | |
| | 3,663,932 | 05/16/1972 | Mount et al. | | | |
| | 3,688,250 | 08/29/1972 | Howlett | | | |
| | 3,693,059 | 09/19/1972 | Harris | | | |
| | 3,696,429 | 10/03/1972 | Tressa | | | |
| | 3,876,946 | 04/08/1975 | La Clair et al. | | | |
| | 3,984,835 | 10/05/1976 | Kaplan et al. | | | |
| | 4,243,955 | 01/06/1981 | Daniel et al. | | | |
| | 4,297,672 | 10/27/1981 | Fruchey et al. | | | |
| | 4,325,057 | 04/13/1982 | Bishop | | | |
| | 4,509,123 | 04/02/1985 | Vereen | | | |
| | 4,595,915 | 06/17/1986 | Close | | | |
| | 4,849,706 | 07/18/1989 | Davis et al. | | | |
| | 4,857,925 | 08/15/1989 | Brubaker | | | |
| | 4,870,391 | 09/26/1989 | Cooper | | | |
| | 4,873,529 | 10/10/1989 | Gibson | | | |
| | 4,903,033 | 02/20/1990 | Tsao et al. | | | |
| | 4,968,967 | 11/06/1990 | Stove | | | |
| | 5,012,225 | 04/30/1991 | Gill | | | |
| | 5,021,780 | 06/04/1991 | Fabiano et al. | | | |
| | 5,038,283 | 08/06/1991 | Caveney | | | |
| | 5,095,536 | 03/10/1992 | Loper | | | |
| | 5,165,109 | 11/17/1992 | Han et al. | | | |
| | 5,278,563 | 01/11/1994 | Spiess | | | |
| | 5,278,569 | 01/11/1994 | Ohta et al. | | | |
| | 5,293,408 | 03/08/1994 | Takahashi et al. | | | |

| EXAMINER | DATE CONSIDERED |
|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form for next communication to the Applicant.

| FORM 1449* | INFORMATION DISCLOSURE STATEMENT | Docket Number: 16690.0021US01 | Application Number: 13/416,706 |
| | IN AN APPLICATION | Applicant: ROESNER | |
| | (Use several sheets if necessary) | Filing Date: 03/09/2012 | Group Art Unit: 2612 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | 5,334,822 | 08/02/1994 | Sanford |  |  |  |
|  | 5,381,157 | 01/10/1995 | Shiga |  |  |  |
|  | 5,396,489 | 03/07/1995 | Harrison |  |  |  |
|  | 5,430,441 | 07/04/1995 | Bickley et al. |  |  |  |
|  | 5,444,864 | 08/22/1995 | Smith |  |  |  |
|  | 5,461,374 | 10/24/1995 | Lewiner et al. |  |  |  |
|  | 5,477,215 | 12/19/1995 | Mandelbaum |  |  |  |
|  | 5,495,500 | 02/27/1996 | Jovanovich et al. |  |  |  |
|  | 5,506,584 | 04/09/1996 | Boles |  |  |  |
|  | 5,519,729 | 05/21/1996 | Jurisch et al. |  |  |  |
|  | 5,539,394 | 07/23/1996 | Cato et al. |  |  |  |
|  | 5,608,379 | 03/04/1997 | Narlow et al. |  |  |  |
|  | 5,613,216 | 03/18/1997 | Galler |  |  |  |
|  | 5,630,072 | 05/13/1997 | Dobbins |  |  |  |
|  | 5,648,767 | 07/15/1997 | O'Connor et al. |  |  |  |
|  | 5,649,295 | 07/15/1997 | Shober et al. |  |  |  |
|  | 5,661,485 | 08/26/1997 | Manuel |  |  |  |
|  | 5,661,494 | 08/26/1997 | Bondyopadhyay |  |  |  |
|  | 5,668,558 | 09/16/1997 | Hong |  |  |  |
|  | 5,708,423 | 01/13/1998 | Ghaffari et al. |  |  |  |
|  | 5,729,576 | 03/17/1998 | Stone et al. |  |  |  |
|  | 5,745,037 | 04/28/1998 | Guthrie et al. |  |  |  |
|  | 5,777,561 | 07/07/1998 | Chieu et al. |  |  |  |
|  | 5,784,414 | 07/21/1998 | Bruckers et al. |  |  |  |
|  | 5,825,753 | 10/20/1998 | Betts et al. |  |  |  |
|  | 5,831,578 | 11/03/1998 | Lefevre |  |  |  |
|  | 5,841,814 | 11/24/1998 | Cupo |  |  |  |
|  | 5,850,187 | 12/15/1998 | Carrender et al. |  |  |  |
|  | 5,861,848 | 01/19/1999 | Iwasaki |  |  |  |

| EXAMINER | DATE CONSIDERED |
|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form for next communication to the Applicant.

| | | | | | | |
|---|---|---|---|---|---|---|
| | FORM 1449* | INFORMATION DISCLOSURE STATEMENT | | Docket Number: 16690.0021US01 | | Application Number: 13/416,706 |
| | | IN AN APPLICATION | | Applicant: ROESNER | | |
| | | (Use several sheets if necessary) | | Filing Date: 03/09/2012 | | Group Art Unit: 2612 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 5,892,396 | 04/06/1999 | Anderson et al. | | | |
| | 5,898,405 | 04/27/1999 | Iwasaki | | | |
| | 5,905,405 | 05/18/1999 | Ishizawa | | | |
| | 5,940,006 | 08/17/1999 | MacLellan et al. | | | |
| | 5,974,301 | 10/26/1999 | Palmer et al. | | | |
| | 6,025,780 | 02/15/2000 | Bowers et al. | | | |
| | 6,026,378 | 02/15/2000 | Onozaki | | | |
| | 6,084,530 | 07/04/2000 | Pidwerbetsky et al. | | | |
| | 6,094,149 | 07/25/2000 | Wilson | | | |
| | 6,107,910 | 08/22/2000 | Nysen | | | |
| | 6,121,929 | 09/19/2000 | Olson et al. | | | |
| | 6,137,447 | 10/24/2000 | Saitoh et al. | | | |
| | 6,177,861 | 01/23/2001 | MacLellan et al. | | | |
| | 6,192,225 | 02/20/2001 | Arpaia et al. | | | |
| | 6,219,534 | 04/17/2001 | Torii | | | |
| | 6,229,817 | 05/08/2001 | Fischer et al. | | | |
| | 6,229,987 | 05/08/2001 | Greeff et al. | | | |
| | 6,232,837 | 05/15/2001 | Yoo et al. | | | |
| | 6,275,192 | 08/14/2001 | Kim | | | |
| | 6,317,027 | 11/13/2001 | Watkins | | | |
| | 6,320,542 | 11/20/2001 | Yamamoto et al. | | | |
| | 2001/0048715 A1 | 12/06/2001 | Lee et al. | | | |
| | 2002/0021208 A1 | 02/21/2002 | Nicholson et al. | | | |
| | 6,366,216 | 04/02/2002 | Olesen | | | |
| | 2002/0067264 A1 | 06/06/2002 | Soehnlen | | | |
| | 2002/0072344 A1 | 06/13/2002 | Souissi | | | |
| | 6,412,086 | 06/25/2002 | Friedman et al. | | | |
| | 6,414,626 | 07/02/2002 | Greef et al. | | | |
| | 6,442,276 | 08/27/2002 | Doljack | | | |

| EXAMINER | DATE CONSIDERED |
|---|---|
| | |

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form for next communication to the Applicant.

| FORM 1449* | INFORMATION DISCLOSURE STATEMENT | Docket Number: 16690.0021US01 | Application Number: 13/416,706 | | |
|---|---|---|---|---|---|
| | IN AN APPLICATION | Applicant: ROESNER | | | |
| | (Use several sheets if necessary) | Filing Date: 03/09/2012 | Group Art Unit: 2612 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 2002/0119748 A1 | 08/29/2002 | Prax et al. | | | |
| | 6,456,668 | 09/24/2002 | MacLellan et al. | | | |
| | 6,459,687 | 10/01/2002 | Bourlas et al. | | | |
| | 2002/0141347 A1 | 10/03/2002 | Harp et al. | | | |
| | 6,466,130 | 10/15/2002 | Van Horn et al. | | | |
| | 6,492,933 | 12/10/2002 | McEwan | | | |
| | 6,501,807 | 12/31/2002 | Chieu et al. | | | |
| | 2003/0021367 A1 | 01/30/2003 | Smith | | | |
| | 6,531,957 | 03/11/2003 | Nysen | | | |
| | 2003/0052161 A1 | 03/20/2003 | Rakers et al. | | | |
| | 6,538,564 | 03/25/2003 | Cole | | | |
| | 6,566,997 | 05/20/2003 | Bradin | | | |
| | 6,567,648 | 05/20/2003 | Ahn et al. | | | |
| | 2003/0107877 A1 | 06/12/2003 | Mennecart et al. | | | |
| | 2003/0116634 A1 | 06/26/2003 | Tanaka | | | |
| | 6,603,391 | 08/05/2003 | Greeff et al. | | | |
| | 6,639,509 | 10/28/2003 | Martinez | | | |
| | 2003/0228860 A1 | 12/11/2003 | Jou | | | |
| | 6,700,547 | 03/02/2004 | Mejia et al. | | | |
| | 6,714,121 | 03/30/2004 | Moore | | | |
| | 6,714,133 | 03/30/2004 | Hum et al. | | | |
| | 6,768,441 | 07/27/2004 | Singvall et al. | | | |
| | 6,774,685 | 08/10/2004 | O'Toole et al. | | | |
| | 6,784,789 | 08/31/2004 | Eroglu et al. | | | |
| | 6,794,000 | 09/21/2004 | Adams et al. | | | |
| | 6,798,384 | 09/28/2004 | Aikawa et al. | | | |
| | 6,816,125 | 11/09/2004 | Kuhns et al. | | | |
| | 6,819,938 | 11/16/2004 | Sahota | | | |
| | 6,831,603 | 12/14/2004 | Menache | | | |

| EXAMINER | DATE CONSIDERED |
|---|---|
| | |

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form for next communication to the Applicant.

*Substitute Disclosure Statement Form (PTO-1449)        Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

| | | | | | | |
|---|---|---|---|---|---|---|
| FORM 1449* INFORMATION DISCLOSURE STATEMENT IN AN APPLICATION (Use several sheets if necessary) | | Docket Number: 16690.0021US01 | | Application Number: 13/416,706 | | |
| | | Applicant: ROESNER | | | | |
| | | Filing Date: 03/09/2012 | | Group Art Unit: 2612 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 6,838,989 | 01/04/2005 | Mays et al. | | | |
| | 2005/0084003 A1 | 04/21/2005 | Duron et al. | | | |
| | 6,888,509 | 05/03/2005 | Atherton | | | |
| | 2005/0099270 A1 | 05/12/2005 | Diorio et al. | | | |
| | 2005/0099340 A1 | 05/12/2005 | Suzuki | | | |
| | 2005/0107051 A1 | 05/19/2005 | Aparin et al. | | | |
| | 2005/0114326 A1 | 05/26/2005 | Smith et al. | | | |
| | 2005/0116867 A1 | 06/02/2005 | Park et al. | | | |
| | 2005/0156031 A1 | 07/21/2005 | Goel et al. | | | |
| | 2005/0179520 A1 | 08/18/2005 | Ziebertz | | | |
| | 2005/0237843 A1 | 10/27/2005 | Hyde | | | |
| | 2005/0259768 A1 | 11/24/2005 | Yang et al. | | | |
| | 6,974,928 | 12/13/2005 | Bloom | | | |
| | 2006/0022800 A1 | 02/02/2006 | Krishna et al. | | | |
| | 7,009,496 | 03/07/2006 | Arneson et al. | | | |
| | 7,034,689 | 04/25/2006 | Teplixky et al. | | | |
| | 2006/0086809 A1 | 04/27/2006 | Shanks et al. | | | |
| | 7,039,359 | 05/02/2006 | Martinez | | | |
| | 7,043,269 | 05/09/2006 | Ono et al. | | | |
| | 2006/0098765 A1 | 05/11/2006 | Thomas et al. | | | |
| | 2006/0103533 A1 | 05/18/2006 | Pahlavan et al. | | | |
| | 7,053,755 | 05/30/2006 | Atkins et al. | | | |
| | 7,058,368 | 06/06/2006 | Nicholls et al. | | | |
| | 2006/0125603 A1 | 06/15/2006 | Nahear | | | |
| | 2006/0132313 A1 | 06/22/2006 | Moskowitz | | | |
| | 7,083,083 | 08/01/2006 | Droz | | | |
| | 7,084,769 | 08/01/2006 | Bauer et al. | | | |
| | 7,088,248 | 08/08/2006 | Forster | | | |
| | 7,091,828 | 08/15/2006 | Greeff et al. | | | |

| EXAMINER | DATE CONSIDERED |
|---|---|
| | |

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form for next communication to the Applicant.

*Substitute Disclosure Statement Form (PTO-1449)          Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

| FORM 1449* | INFORMATION DISCLOSURE STATEMENT | Docket Number: 16690.0021US01 | Application Number: 13/416,706 |
| --- | --- | --- | --- |
| | IN AN APPLICATION | Applicant: ROESNER | |
| | (Use several sheets if necessary) | Filing Date: 03/09/2012 | Group Art Unit: 2612 |

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 2006/0183454 A1 | 08/17/2006 | Al-Mahdawi | | | |
| | 7,095,324 | 08/22/2006 | Conwell et al. | | | |
| | 7,095,985 | 08/22/2006 | Hofmann | | | |
| | 7,099,406 | 08/29/2006 | Najarian et al. | | | |
| | 7,099,671 | 08/29/2006 | Liang | | | |
| | 7,100,835 | 09/05/2006 | Selker | | | |
| | 7,109,867 | 09/19/2006 | Forster | | | |
| | 2006/0214773 A1 | 09/28/2006 | Wagner et al. | | | |
| | 2006/0238302 A1 | 10/26/2006 | Loving et al. | | | |
| | 2006/0252398 A1 | 11/09/2006 | Park et al. | | | |
| | 2006/0267734 A1 | 11/30/2006 | Taki et al. | | | |
| | 7,155,172 | 12/26/2006 | Scott | | | |
| | 2006/0290502 A1 | 12/28/2006 | Rawlings | | | |
| | 2007/0001809 A1 | 01/04/2007 | Kodukula et al. | | | |
| | 2007/0001813 A1 | 01/04/2007 | Maguire et al. | | | |
| | 2007/0018792 A1 | 01/25/2007 | Taki et al. | | | |
| | 7,180,402 | 02/20/2007 | Carrender et al. | | | |
| | 2007/0046432 A1 | 03/01/2007 | Aiouaz et al. | | | |
| | 2007/0060075 A1 | 03/15/2007 | Mikuteit | | | |
| | 7,197,279 | 03/27/2007 | Bellantoni | | | |
| | 7,199,713 | 04/03/2007 | Barink et al. | | | |
| | 2007/0082617 A1 | 04/12/2007 | McCallister | | | |
| | 7,215,976 | 05/08/2007 | Brideglall | | | |
| | 2007/0109101 A1 | 05/17/2007 | Colby | | | |
| | 7,221,900 | 05/22/2007 | Reade et al. | | | |
| | 2007/0133392 A1 | 06/14/2007 | Shin et al. | | | |
| | 2007/0139200 A1 | 06/21/2007 | Yushkov et al. | | | |
| | 2007/0152829 A1 | 07/05/2007 | Lindsay et al. | | | |
| | 2007/0164868 A1 | 07/19/2007 | Deavours et al. | | | |

| EXAMINER | DATE CONSIDERED |
| --- | --- |
| | |

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form for next communication to the Applicant.

| FORM 1449* INFORMATION DISCLOSURE STATEMENT IN AN APPLICATION (Use several sheets if necessary) || Docket Number: 16690.0021US01 | Application Number: 13/416,706 ||
|---|---|---|---|---|
| ||| Applicant: ROESNER ||
| ||| Filing Date: 03/09/2012 | Group Art Unit: 2612 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 7,256,682 | 08/14/2007 | Sweeney, II | | | |
| | 7,257,079 | 08/14/2007 | Bachrach | | | |
| | 2007/0188305 A1 | 08/16/2007 | Drucker | | | |
| | 2007/0205953 A1 | 09/06/2007 | Bombay et al. | | | |
| | 2007/0206704 A1 | 09/06/2007 | Zhou et al. | | | |
| | 2007/0206705 A1 | 09/06/2007 | Stewart | | | |
| | 2007/0222604 A1 | 09/27/2007 | Phipps et al. | | | |
| | 2007/0222606 A1 | 09/27/2007 | Phipps et al. | | | |
| | 2007/0236335 A1 | 10/11/2007 | Aiouaz et al. | | | |
| | 7,284,703 | 10/23/2007 | Powell et al. | | | |
| | 2007/0285238 A1 | 12/13/2007 | Batra | | | |
| | 2007/0290858 A1 | 12/20/2007 | Janke et al. | | | |
| | 2007/0290846 A1 | 12/20/2007 | Schilling et al. | | | |
| | 2008/0012688 A1 | 01/17/2008 | Ha et al. | | | |
| | 2008/0018431 A1 | 01/24/2008 | Turner et al. | | | |
| | 2008/0048867 A1 | 02/28/2008 | Oliver et al. | | | |
| | 2008/0049870 A1 | 02/28/2008 | Shoarinejad et al. | | | |
| | 2008/0065957 A1 | 03/13/2008 | Shoarinejad et al. | | | |
| | 2008/0068173 A1 | 03/20/2008 | Alexis et al. | | | |
| | 2008/0084310 A1 | 04/10/2008 | Nikitin et al. | | | |
| | 7,357,299 | 04/15/2008 | Frerking | | | |
| | 7,375,634 | 05/20/2008 | Sprague | | | |
| | 7,385,511 | 06/10/2008 | Muchkaev | | | |
| | 2008/0136595 A1 | 06/12/2008 | Finkenzeller | | | |
| | 7,388,468 | 06/17/2008 | Diorio et al. | | | |
| | 7,388,501 | 06/17/2008 | Tang et al. | | | |
| | 2008/0143486 A1 | 06/19/2008 | Downie et al. | | | |
| | 7,409,194 | 08/05/2008 | Shi et al. | | | |
| | 7,411,505 | 08/12/2008 | Smith et al. | | | |

| EXAMINER | DATE CONSIDERED |
|---|---|
| | |

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form for next communication to the Applicant.

*Substitute Disclosure Statement Form (PTO-1449)　　　　　　　　　　　Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

| FORM 1449* | INFORMATION DISCLOSURE STATEMENT | Docket Number: 16690.0021US01 | Application Number: 13/416,706 |
| --- | --- | --- | --- |
| | IN AN APPLICATION | Applicant: ROESNER | |
| | (Use several sheets if necessary) | Filing Date: 03/09/2012 | Group Art Unit: 2612 |

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 2008/0191961 A1 | 08/14/2008 | Tuttle | | | |
| | 7,413,124 | 08/19/2008 | Frank et al. | | | |
| | 7,429,953 | 09/30/2008 | Buris et al. | | | |
| | 7,432,817 | 10/07/2008 | Phipps et al. | | | |
| | 7,432,874 | 10/07/2008 | Meissner | | | |
| | 7,440,743 | 10/21/2008 | Hara et al. | | | |
| | 2008/0258916 A1 | 10/23/2008 | Diorio et al. | | | |
| | 7,450,919 | 11/11/2008 | Chen et al. | | | |
| | 2008/0278286 A1 | 11/13/2008 | Takaluoma et al. | | | |
| | 7,460,014 | 12/02/2008 | Pettus | | | |
| | 7,477,887 | 01/13/2009 | Youn | | | |
| | 7,479,874 | 01/20/2009 | Kim et al. | | | |
| | 2009/0022067 A1 | 01/22/2009 | Gotwals | | | |
| | 7,492,812 | 02/17/2009 | Ninomiya et al. | | | |
| | 2009/0053996 A1 | 02/26/2009 | Enguent et al. | | | |
| | 2009/0091454 A1 | 04/09/2009 | Tuttle | | | |
| | 2009/0096612 A1 | 04/16/2009 | Seppa et al. | | | |
| | 2009/0101720 A1 | 04/23/2009 | Dewan et al. | | | |
| | 7,526,266 | 04/28/2009 | Al-Mahdawi | | | |
| | 7,548,153 | 06/16/2009 | Gravelle et al. | | | |
| | 7,551,085 | 06/23/2009 | Pempsell et al. | | | |
| | 7,557,762 | 07/07/2009 | Shimaski et al. | | | |
| | 7,561,866 | 07/14/2009 | Oliver et al. | | | |
| | 7,562,083 | 07/14/2009 | Smith et al. | | | |
| | 7,570,164 | 08/04/2009 | Chakraborty et al. | | | |
| | 7,576,657 | 08/18/2009 | Duron et al. | | | |
| | 7,580,378 | 08/25/2009 | Carrender et al. | | | |
| | 7,583,179 | 09/01/2009 | Wu et al. | | | |
| | 7,586,416 | 09/08/2009 | Ariyoshi et al. | | | |

| EXAMINER | DATE CONSIDERED |
| --- | --- |

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form for next communication to the Applicant.

*Substitute Disclosure Statement Form (PTO-1449)　　　　　　　　　　　　　　　　　Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FORM 1449* | INFORMATION DISCLOSURE STATEMENT | | Docket Number: 16690.0021US01 | | Application Number: 13/416,706 | | |
| | IN AN APPLICATION | | Applicant: ROESNER | | | | |
| | (Use several sheets if necessary) | | Filing Date: 03/09/2012 | | Group Art Unit: 2612 | | |

| | 7,592,898 | 09/22/2009 | Ovard et al. | | | | |
|---|---|---|---|---|---|---|---|
| | 7,592,915 | 09/22/2009 | Liu | | | | |
| | 7,594,153 | 09/22/2009 | Kim et al. | | | | |
| | 7,595,729 | 09/29/2009 | Ku et al. | | | | |
| | 7,596,189 | 09/29/2009 | Yu et al. | | | | |
| | 7,606,532 | 10/20/2009 | Wuidart | | | | |
| | 7,609,163 | 10/27/2009 | Shafer | | | | |
| | 7,612,675 | 11/03/2009 | Miller et al. | | | | |
| | 2010/0194542 A1 | 08/05/2010 | Noakes et al. | | | | |
| | 7,782,206 | 08/24/2010 | Burnett et al. | | | | |
| | 2010/0302012 A1 | 12/02/2010 | Roesner | | | | |
| | 7,999,682 | 08/16/2011 | Burnett et al. | | | | |
| | 8,018,344 | 09/13/2011 | Chang et al. | | | | |
| | **FOREIGN PATENT DOCUMENTS** | | | | | | |
| | DOCUMENT NO. | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION | |
| | | | | | | YES | NO |
| | 2,218,269 | 04/15/1999 | CA | | | | |
| | 10 2005 062 827 A1 | 06/28/2007 | DE | | | Abstract | |
| | 0 133 317 B1 | 09/21/1988 | EP | | | | |
| | 0 156 440 B1 | 01/24/1990 | EP | | | | |
| | 0 498 369 A2 | 08/12/1992 | EP | | | | |
| | 0 915 573 A2 | 05/12/1999 | EP | | | | |
| | 0 923 061 A1 | 06/16/1999 | EP | | | Abstract | |
| | 1 095 427 B1 | 07/30/2003 | EP | | | | |
| | 1 436 857 B1 | 01/23/2008 | EP | | | | |
| | 2 178 023 A2 | 04/21/2010 | EP | | | | |
| | 2 648 602 A1 | 12/21/1990 | FR | | | Abstract | |
| | 1 270 456 | 04/12/1972 | GB | | | | |
| | 1-158836 | 06/21/1989 | JP | | | Abstract | |

| EXAMINER | DATE CONSIDERED |
|---|---|
| | |

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form for next communication to the Applicant.

*Substitute Disclosure Statement Form (PTO-1449)　　　　　　　　　　　Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

| FORM 1449* | INFORMATION DISCLOSURE STATEMENT | Docket Number: 16690.0021US01 | Application Number: 13/416,706 |
| --- | --- | --- | --- |
| | IN AN APPLICATION | Applicant: ROESNER | |
| | (Use several sheets if necessary) | Filing Date: 03/09/2012 | Group Art Unit: 2612 |

| | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | 2002-185381 | 06/28/2002 | JP | | | Abstract | |
| | 2005-227818 | 08/25/2005 | JP | | | Abstract | |
| | 2005-253058 | 09/15/2005 | JP | | | Abstract | |
| | 2006-252367 | 09/21/2006 | JP | | | Abstract | |
| | 2002-0091572 | 12/06/2002 | KR | | | Abstract | |
| | WO 90/16119 | 12/27/1990 | PCT | | | | |
| | WO 99/05659 | 02/04/1999 | PCT | | | | |
| | WO 01/24407 A1 | 04/05/2001 | PCT | | | | |
| | WO 03/044892 A1 | 05/30/2003 | PCT | | | | |
| | WO 2004/001445 A1 | 12/31/2003 | PCT | | | | |
| | WO 2005/072137 A2 | 08/11/2005 | PCT | | | | |
| | WO 2006/037241 A1 | 04/13/2006 | PCT | | | Abstract | |
| | WO 2006/068635 A1 | 06/29/2006 | PCT | | | | |
| | WO 2007/003300 A1 | 01/11/2007 | PCT | | | Abstract | |
| | WO 2007/094787 A1 | 08/23/2007 | PCT | | | | |
| | WO 2007/126240 A1 | 11/08/2007 | PCT | | | | |
| | WO 2009/058809 A2 | 05/07/2009 | PCT | | | | |
| | **OTHER DOCUMENTS** (Including Author, Title, Date, Pertinent Pages, Etc.) | | | | | | |
| | "Developments in Printed Conductors and Tags," IDTechEx, retrieved from http:///www.idtechex.com/research/articles/developments_in_printed_conductors_and-tags_00000188.asp, 1 page (June 6, 2005) | | | | | | |
| | "Near Field UHF Versus HF," IDTechEx, retrieved from http://www.idtechex.com/research/articles/near_field_uhf_versus_hf_00000474.asp, 3 pages (May 16, 2006) | | | | | | |
| | "New Alien Software Can Identify Velocity, Position of Tags," RFID News, retrieved from http://www.rfidnews.org/2008/04/14/new-alien-software-can-identify-velocity-position-of-tags, 2 pages (April 14, 2008) | | | | | | |
| | "Radio Frequency Identification (RFID Primer," retrieved from http://ocw.mit.edu/NR/rdonlyres/Sloan-School-of-Management/15-762JSpring-2005/23F46055-7F21-4046-B2C3-7E96680790DD/0/rfid_primer.pdf, 23 pages (2005) | | | | | | |
| | Binu, P. et al., "A New Microstrip Patch Antenna for Mobile Communications and Bluetooth Applications," Microwave and Optical Technology Letters, Vol. 33, No. 4, pp. 285-286 (May 20, 2002) | | | | | | |
| | Bridgelall, R., "Bluetooth/802.11 Protocol Adaptation for RFIT Tags," paper presented at the 2002 European Wireless Conference, retrieved from http://www2.ing.unipi.it/ew2002/proceedings/001.pdf, 4 pages (2002) | | | | | | |

| EXAMINER | | DATE CONSIDERED | |
| --- | --- | --- | --- |
| EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form for next communication to the Applicant. | | | |

*Substitute Disclosure Statement Form (PTO-1449)　　　　　　　　　　Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

| FORM 1449* | | Docket Number: | Application Number: |
|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT | | 16690.0021US01 | 13/416,706 |
| IN AN APPLICATION | | Applicant: ROESNER | |
| (Use several sheets if necessary) | | Filing Date: 03/09/2012 | Group Art Unit: 2612 |

| | | |
|---|---|---|
| | | Burgener, E.C., "A Personal Transit Arrival Time Receiver," IEEE - IEE Vehicle Navigation & Information Systems Conference, Ottawa, Ontario, Canada, retrieved from http://ieeexplore.ieee.org/xpl/freeabs_all.jsp?arnumber=585583, pp. 54-55 (1993) |
| | | Cavoukian, A., "Adding an On/Off Device to Activate the RFID in Enhanced Driver's Licenses: Pioneering a Made-in-Ontario Transformative Technology that Delivers Both Privacy and Security," Information and Privacy Commissioner of Ontario, Ontario, Canada, retrieved from http://www.ipc.on.ca/images/Resources.edl.pdf, pp. 1-3 (March 2009) |
| | | Desmons, D., "UHF Gen 2 for Item-level Tagging," Impinj, INc., retrieved from http://www.impinj.com/files/Impinj_ILT_RFID_World.pdf, pp. 1-24 (February 27-march 1, 2006) |
| | | Donovan, J., "Software-Defined Radio Tackles Wireless Compatibility Issues," Portable Design, retrieved from http://www.qmags.com/download/default.aspx?pub=PD&upid=11675&fl=others/PD/PD_20060401_Apr_2006.pdf, pp. 8-12 (April 2006) |
| | | Garg et al., "Microstrip Radiators," Microstrip Antenna Design Handbook, Artech House, Inc., Norwood, MA, pp. 1-72 (2001) |
| | | Han, Y. et al., "System Modeling and Simulation of RFID," Auto-ID Labs at Fudan University, Shanghai, P.R. China, retrieved from http://citeseerx.ist.psu.edu/viewdoc/download?doi=10.1.1.116.7275&rep=rep1&type=pdf, 12 pages |
| | | Hansen, T. et al., "Method for Controlling the Angular Extent of Interrogation Zones in RFID," IEEE Antennas and Wireless Propagation Letters, Vol. 5, pp. 134-137 (2006) |
| | | Hiltunen, K., "Using RF Repeaters to Improve WCDMA HSDPA Coverage and Capacity Inside Buildings," The 17th Annual IEEE International Symposium on Personal, Indoor, and Mobile Radio Communications (PIMRC-06), retrieved from http://www.ericsson.com/technology/research_papers/wireless_access/doc/PIMRC06_hiltunen.pdf, 5 pages (2006) |
| | | International Preliminary Report on Patentability issued in International Application No. PCT/US2010/036878, dated 08/29/2011, 9 pages |
| | | International Search Report and Written Opinion issued in International Application No. PCT/US2010/036878, mailed August 31, 2010, 15 pages |
| | | Jiming, Q. et al., "Development of a 3cm Band Reflected Power Canceller," Radar, 2001 CIE Internatinoal Conference on, Proceedings, pp. 1098-1102 (2001) |
| | | Khandelwal, G. et al., "Intelligent MAC Design for RFID Networks," The Pennsylvania State University, 1 page |
| | | Khandelwal, G. et al., "OPT: Optimal Protocol Tree for Efficient Tag Identification in Dense RFID Systems," IEEE International Conference on Communications, pp. 128-133 (June 2006) |
| | | Kusy et al., "Tracking Mobile Nodes Using RF Doppler Shifts," Vanderbilt University, Nashville, Tennessee, retrieved from http://www.isis.vanderbilt.edu/sites/default/files/Kusy_B_11_7_2007_Tracking_M.pdf, 14 pages |
| | | O'Connor, Mary Catherine, "Wal-Mart Seeks UHF for Item-Level," RFID Journal, Inc., retrieved from http:/www.rfidjournal.com/article/articleview/2228/1/1/, pp-1-3 (March 30, 2006) |

| EXAMINER | DATE CONSIDERED |
|---|---|
| EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form for next communication to the Applicant. | |

| FORM 1449* | INFORMATION DISCLOSURE STATEMENT | Docket Number: 16690.0021US01 | Application Number: 13/416,706 |
|---|---|---|---|
| | IN AN APPLICATION | Applicant: ROESNER | |
| | (Use several sheets if necessary) | Filing Date: 03/09/2012 | Group Art Unit: 2612 |

| | | |
|---|---|---|
| | | Rohatgi, A. et al., "Implementation of an Anti-Collision Differential-Offset Spread Spectrum RFID System," IEEE Antennas and Propagation Society International Symposium 2006, Vol. 1, retrieved from http://www.propagation.gatech.edu/Archive/PG_CP_060710_AR/PG_CP_060710_AR.prd, 6 pages (2006) |
| | | Ryu, H-K. et al., "Size Reduction in UHF Band RFID Tag Antenna Based on Circular Loop Antenna," 18th International Conference on Applied Electromagnetics and Communications, ICECom, pp. 1-4 (October 12-14, 2005) |
| | | Waldrop, J. et al., "Colorwave: A MAC for RFID Reader Networks," IEEE Wireless Communications and Networking, Vol. 3, pp. 1701-1704 (2003) |
| | | Yu, P. et al., "Securing RFID with Ultra-wideband Modulation,"2nd Workshop on RFID Security (RFIDSec 2006), Graz, Austria, retrieved from http://events.iaik.tugraz.at/RFIDSec06/Program/papers/004%20-%20Ultra%20Wideband%20Modulation.pdf, 12 pages (July 2006) |

**23552**
PATENT TRADEMARK OFFICE

| EXAMINER | DATE CONSIDERED |
|---|---|
| EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form for next communication to the Applicant. | |

*Substitute Disclosure Statement Form (PTO-1449)　　　　　　　　　　　Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

S/N 13/416,706                                                            PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| Applicant: | ROESNER | Examiner: | UNKNOWN |
|---|---|---|---|
| Serial No.: | 13/416,706 | Group Art Unit: | 2612 |
| Filed: | MARCH 9, 2012 | Docket No.: | 16690.0021US01 |
| Title: | SWITCHABLE RFID TAG | | |

## INFORMATION DISCLOSURE STATEMENT (37 C.F.R. § 1.97(b))

Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

```
23552
PATENT TRADEMARK OFFICE
```

Attention: Commissioner for Patents

With regard to the above-identified application, the items of information listed on the enclosed Form 1449 are brought to the attention of the Examiner.

This statement should be considered because it is submitted before the mailing date of a first Office Action on-the-merits. Accordingly, no fee is due for consideration of the items listed on the enclosed Form 1449.

In accordance with 37 C.F.R. §1.98(a)(2), a copy of each foreign patent and/or a copy of each publication, other than U.S. patents and U.S. patent application publications, listed on the accompanying Form 1449 is enclosed.

No representation is made that a reference is "prior art" within the meaning of 35 U.S.C. §§ 102 and 103 and Applicants reserve the right, pursuant to 37 C.F.R. § 1.131 or otherwise, to establish that the reference(s) are not "prior art." Moreover, Applicants do not represent that a reference has been thoroughly reviewed or that any relevance of any portion of a reference is intended.

Consideration of the items listed is respectfully requested. Pursuant to the provisions of M.P.E.P. 609, it is requested that the Examiner return a copy of the attached Form 1449, marked as being considered and initialed by the Examiner, to the undersigned with the next official communication.

Please charge any additional fees or credit any overpayment to Deposit Account No. 13-2725.

Respectfully submitted,

MERCHANT & GOULD P.C.
P.O. Box 2903
Minneapolis, Minnesota 55402-0903
(612) 332-5300

Date: 10/24/2012

Andrew J. Lagatta
Reg. No. 62,529
AJL:PLSkaw