**BUCHALTER LLP**
SANJAY BHANDARI (SBN: 181920)
JONATHON TALCOTT (*Pro Hac Vice Forthcoming*)
CATHERINE MANESS (*Pro Hac Vice Forthcoming*)
655 West Broadway, Suite 1600
San Diego, CA 92101
Telephone: 619.219.5335
Email: sbhandari@buchalter.com

Attorneys for Defendant
NEOLOGY, INC., a Delaware corporation

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOT SYSTEMS, LLC, a Nevada limited liability company,<br><br>             Plaintiff,<br><br>      vs.<br><br>SAN DIEGO ASSOCIATION OF GOVERNMENTS, a California public agency, and NEOLOGY, INC., a Delaware corporation.<br><br>             Defendants. | Case No. 26-cv-00738-H-BJW<br><br><br>**RULE 40.2 NOTICE OF PARTIES WITH FINANCIAL INTEREST OF NEOLOGY, INC.** |

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELESE

1

Defendant NEOLOGY, INC. ("Neology"), submits this Notice of Party with Financial Interests, as required by Local Rule 40.2. The undersigned, counsel of record for Neology, certifies that the following parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| PARTY CONNECTION | INTEREST |
| --- | --- |
| Hot Systems, LLC | Plaintiff |
| San Diego Association of Governments | Defendant |
| Neology, Inc. | Defendant |
| OEP Neology Parent, Inc. | Affiliate of Defendant Neology, Inc. |
| New Neology Intermediate Co, Inc. | Affiliate of Defendant Neology, Inc. |
| New Neology Holdco, Inc. | Affiliate of Defendant Neology, Inc. |
| OEP Neology Cayman, L.P. | Affiliate of Defendant Neology, Inc. |
| One Equity Partners VI, LP | Affiliate of Defendant Neology, Inc. |

DATED:  April 20, 2026           BUCHALTER LLP

By:    _/s/ Sanjay Bhandari_
SANJAY BHANDARI
JONATHON TALCOTT (*Pro Hac Vice Forthcoming*)
CATHERINE MANESS (*Pro Hac Vice Forthcoming*)
Attorneys for Defendant
NEOLOGY, INC.